UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

SECURITIES AND EXCHANGE COMMISSION,

    *Plaintiff,*

-v.-

OLEKSANDR DOROZHKO

    *Defendant,*

Case No. 07 Cv 9606

---

### NOTICE OF PLAINTIFF SECURITIES AND EXCHANGE COMMISSION'S EMERGENCY APPLICATION FOR A TEMPORARY RESTRAINING ORDER, AN ORDER FREEZING ASSETS AND GRANTING OTHER RELIEF, AND AN ORDER TO SHOW CAUSE WHY A PRELIMINARY INJUNCTION SHOULD NOT ISSUE

Plaintiff Securities and Exchange Commission, through its counsel, respectfully moves for a temporary restraining order, an order freezing assets and granting other relief, and an order to show cause why a preliminary injunction should not issue. In bringing this application, the SEC relies on:

1. the Complaint;

2. the Memorandum Of Law In Support Of Emergency Application For A Temporary Restraining Order, An Order Freezing Assets And Granting Other Relief, And An Order To Show Cause Why A Preliminary Injunction Should Not Issue;

3. Local Rule 6.1(d) Declaration Of Paul A. Gumagay In Support Of Plaintiff's Emergency Application For A Temporary Restraining Order, An Order Freezing Assets And Granting Other Relief, And An Order To Show Cause Why A Preliminary Injunction Should Not Issue; and

4. the Declaration of Paul A. Gumagay and exhibits attached thereto.

Dated: 10/29/7                                              Respectfully submitted,

_____        _____
Robert B. Blackburn (RB 1545)                   Carl A. Tibbetts (Trial Counsel)
Local Counsel                                   Christopher R. Conte
U.S. Securities and Exchange Commission         Charles E. Cain
3 World Financial Center, Room 4300             Christine E. Neal
New York, New York 10281-1022                   Paul A. Gumagay (PG0805)
(212) 336-1050                                  Attorneys for Plaintiff
(212) 336-1317 (Fax)                            U.S. Securities and Exchange Commission
                                                100 F Street, N.E.
                                                Washington, DC 20549-4030
                                                (202) 551-4483 (Tibbetts)
                                                (202) 551-4443 (Gumagay)
                                                (202) 772-9233 (Fax)