**JUDGE BUCHWALD**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

SECURITIES AND EXCHANGE COMMISSION,

    *Plaintiff,*

    -v.-

OLEKSANDR DOROZHKO

    *Defendant,*

07 CIV 9606

Case No. _____

*COPY*

---

## EMERGENCY APPLICATION FOR A TEMPORARY RESTRAINING ORDER, AN ORDER FREEZING ASSETS AND GRANTING OTHER RELIEF, AND AN ORDER TO SHOW CAUSE WHY A PRELIMINARY INJUNCTION SHOULD NOT ISSUE

Pursuant to Rule 65 of the Federal Rules of Civil Procedure, Plaintiff Securities and Exchange Commission (the "SEC") hereby moves this Court for an Order:

(1) freezing all assets in account number U412281 at Interactive Brokers LLC in the name of Defendant Dorozhko;

(2) temporarily restraining Defendant from violating Section 10(b) of the Securities Exchange Act of 1934 ("Exchange Act"), 15 U.S.C. § 78j(b), and Rule 10b-5 thereunder, 17 C.F.R. § 240.10b-5;

(3) prohibiting the destruction, alteration, or concealment of documents;

(4) authorizing alternative means for service of process;

(5) directing Defendant Oleksandr Dorozhko ("Dorozhko" or "Defendant") to show cause why an order should not be entered preliminarily enjoining

Defendant from violating Section 10(b) of the Exchange Act, 15 U.S.C. § 78j(b), and Rule 10b-5 thereunder, 17 C.F.R. § 240.10b-5; and

(6) providing for expedited discovery in preparation for a hearing on this Order to Show Cause.

The grounds supporting this application are fully set forth in (1) the <u>Complaint</u> filed by the SEC on October 29, 2007; (2) the <u>Plaintiff Securities And Exchange Commission's Memorandum Of Law In Support Of Emergency Application For A Temporary Restraining Order, An Order Freezing Assets And Granting Other Relief, And An Order To Show Cause Why A Preliminary Injunction Should Not Issue</u>; and (3) the <u>Declaration of Paul A. Gumagay</u>, executed on October 29, 2007, and the exhibits attached thereto. A proposed form of Order is filed herewith.

Dated: 10/29/7

_____
Robert B. Blackburn (RB 1545)
Local Counsel
U.S. Securities and Exchange Commission
3 World Financial Center, Room 4300
New York, New York 10281-1022
(212) 428-1980
(212) 336-1317 (Fax)

Respectfully submitted,

_____
Carl A. Tibbetts (Trial Counsel)
Christopher R. Conte
Charles E. Cain
Christine E. Neal
Paul A. Gumagay (PG0805)
Attorneys for Plaintiff
U.S. Securities and Exchange Commission
100 F Street, N.E.
Washington, DC 20549-4030
(202) 551-4483 (Tibbetts)
(202) 551-4443 (Gumagay)
(202) 772-9233 (Fax)