# EXHIBIT A



Page                                                                                       Equity**GPO**
Hit <MENU> to return to graph or <PAGE> to continue.
                              RX US Equity                                                  Page 2/3
THIS PAGE:   10/19/07 - 10/01/07                                                    Currency   USD

|   | DATE  | OPEN  | HIGH   | LOW   | CLOSE | MA1    | MA2    | MA3    | VOL      | VAVG    |
|---|-------|-------|--------|-------|-------|--------|--------|--------|----------|---------|
| F | 10/19 | 23.07 | 24.02  | 22.93 | 23.89 | 23.890 | 27.110 | 29.374 | 6700600  | 2689697 |
| T | 10/18 | 22.75 | 24.00  | 21.20 | 23.12 | 23.120 | 28.322 | 29.824 | 23606400 | 2281504 |
| W | 10/17 | 29.59 | 29.66  | 29.04 | 29.56 | 29.560 | 29.686 | 30.333 | 832500   | 747397  |
| T | 10/16 | 29.60 | 29.78  | 29.36 | 29.36 | 29.360 | 29.852 | 30.418 | 859600   | 771677  |
| M | 10/15 | 29.92 | 30.085 | 29.45 | 29.62 | 29.620 | 30.074 | 30.476 | 514800   | 801677  |
| F | 10/12 | 29.86 | 30.11  | 29.72 | 29.95 | 29.950 | 30.226 | 30.450 | 602753   | 826493  |
| T | 10/11 | 30.60 | 30.78  | 29.88 | 29.94 | 29.940 | 30.336 | 30.399 | 866100   | 841296  |
| W | 10/10 | 30.47 | 30.52  | 30.32 | 30.39 | 30.390 | 30.488 | 30.340 | 479100   | 808809  |
| T | 10/09 | 30.50 | 30.64  | 30.27 | 30.47 | 30.470 | 30.498 | 30.267 | 710200   | 814736  |
| M | 10/08 | 30.51 | 30.58  | 30.37 | 30.38 | 30.380 | 30.564 | 30.183 | 395000   | 825536  |
| F | 10/05 | 30.75 | 30.96  | 30.32 | 30.50 | 30.500 | 30.786 | 30.061 | 812200   | 881009  |
| T | 10/04 | 30.63 | 30.79  | 30.51 | 30.70 | 30.700 | 30.814 | 29.944 | 505300   | 865569  |
| W | 10/03 | 30.78 | 30.92  | 30.44 | 30.44 | 30.440 | 30.826 | 29.811 | 1085600  | 883263  |
| T | 10/02 | 31.50 | 31.56  | 30.77 | 30.80 | 30.800 | 30.904 | 29.731 | 1076900  | 864029  |
| M | 10/01 | 30.58 | 31.50  | 30.52 | 31.49 | 31.490 | 30.790 | 29.648 | 1298400  | 844703  |

Australia 61 2 9777 8600        Brazil 5511 3048 4500        Europe 44 20 7330 7500        Germany 49 69 920410
Hong Kong 852 2977 6000  Japan 81 3 3201 8900  Singapore 65 6212 1000  U.S. 1 212 318 2000 Copyright 2007 Bloomberg L.P.
                                                                                      G718-891-1 19-Oct-2007 17:48:17

Page                 Equity**GPO**
Hit <MENU> to return to graph or <PAGE> to continue.
RX US Equity          Page 3/3
THIS PAGE:    09/28/07 - 09/28/07          Currency   USD

| | DATE | OPEN | HIGH | LOW | CLOSE | MA1 | MA2 | MA3 | VOL | VAVG |
|---|---|---|---|---|---|---|---|---|---|---|
| F | 09/28 | 30.75 | 30.78 | 30.46 | 30.64 | 30.640 | 30.338 | 29.484 | 577700 | 800096 |
| T | 09/27 | | | | | | | | | |
| W | 09/26 | | | | | | | | | |
| T | 09/25 | | | | | | | | | |
| M | 09/24 | | | | | | | | | |

Australia 61 2 9777 8600     Brazil 5511 3048 4500     Europe 44 20 7330 7500     Germany 49 69 920410
Hong Kong 852 2977 6000 Japan 81 3 3201 8900 Singapore 65 6212 1000 U.S. 1 212 318 2000 Copyright 2007 Bloomberg L.P.
G718-891-1 19-Oct-2007 17:48:18