# EXHIBIT B



http://websrv3/~docstore/docs/DATA_20070920/IB-UK-382430.jpg          10/19/2007