# EXHIBIT C

# ACCOUNT INFORMATION FOR OLEKSANDR DOROZHKO

### ACCOUNT SUMMARY FOR OLEKSANDR DOROZHKO

| User name: doroz222 | Account ID: U412281 | IB Entity: IB-UK | Currency: USD | Clearing Status: Open |
|---|---|---|---|---|
| Started: 19 Sep 2007 | Approved: 10 Oct 2007 | Opened: 10 Oct 2007 | Funded: 04 Oct 2007 | Closed: |
| Type of Account: INDIVIDUAL | | Capabilities: MRGN MULT OPT STK | | E-mail Address odorozhko@yahoo.com |
| Phylum Code: C | STP Invited ? Yes | Priority: LOW Set/Unset Employer | | TMS tickets |
| | | Reg. Status: APP_STATUS (2.0) | | Assign Operator |
| RELATIONSHIP TO FORMER ML RISK COUNTRY – Applicant (Legal Residence/Mailing Address) Account Holder ||||
| RELATIONSHIP TO OTHER JURISDICTION THAT MAY POSE INCREASED FRAUD RISK – Applicant (Legal Residence/Mailing Address) Account Holder ||||
| RELATIONSHIP TO Non FATF COUNTRY – Applicant (Legal Residence/Mailing Address) Account Holder ||||

### PRIOR NOTES

NOTE: In September 2007, Interactive Brokers increased its threshold financial and other criteria for approval to use IB's IDEAL PRO trading platform. This account was approved for forex trading under the prior criteria existing before October 2007. Since this account was properly approved for forex trading via IDEAL PRO under the then-existing criteria, and has significant experience with forex trading and with IB and the IB system, the account is authorized to continue forex trading via IDEAL PRO.
(ACES)

MW certified
(mwahlkvist)

MW certified
(mwahlkvist)

UK Impersonation Check for Oleksandr Dorozhko
(ebrennan)

customer advised:
I'm independent engineering consultant for the energy producing industry
(ebrennan)

Nature of business requested
(cbattig)

### ACCOUNT APPROVAL DECISION

Decision: Accepted

Proclamations:
Deciding Officer: mwahlkvist
Deciding Time: 10 Oct 2007 11:16:05 EDT

**Compliance Officer:** mwahlkvist
**Compliance Time:** 10 Oct 2007 11:16:05 EDT

**Additional Remarks:**

## ACCOUNT UPGRADE DECISIONS

No Upgrade Decisions yet

## ADDITIONAL APPLICANT/REGISTRATION INFORMATION

Applicant ID: 394151
US Tax ID: N/A
Country of Legal residence: Ukraine
State of Legal residence: N/A

Market Data Status: Non-Professional

Primary Phone: +7 916 245 6491

Mailing Address #: Gojdi Str. 24-15
Uzngorod, N/A 88000
Ukraine

Maketing/Sales Info:
Assisted by: self

Change this Information

## IPO CERTIFICATION INFORMATION

No response

## INVESTMENT EXPERIENCE

|             | Years of Experience | # of Trades per Year | Knowledge Level |
|-------------|---------------------|----------------------|-----------------|
| Stocks      | 2                   | 51 - 100             | Good            |
| Options     | 2                   | > 100                | Good            |
| Commodities | 0                   | 0                    | 0               |
| Bond        | 0                   | 0                    | 0               |
| FX          | 1                   | 11 - 25              | Limited         |

## FINANCIAL INFORMATION

| | | | |
|---|---|---|---|
| Estimated Net Worth | 100,001 - 250,000 | Estimated Liquid Net Worth | 100,001 - 250,000 |
| Net Income | 45,001 - 50,000 | Sources of Funds (Other than regular income): | N/A |
| Investment objective | Speculation | Total Assets: | N/A |
| Is Accredited investor for Private Placement ? | No | Invited to Private Placement ? | No |

## W8 INFO

| TaxPayer ID# | Business Name | Form Name | For | Other data | Time |
|---|---|---|---|---|---|
| | | | | reference_number=
city_state=Uzhgorod, 88000
part_2_10_income_type=
action=
foreign_tax_id=
account_title=Oleksandr | |

|   |   |   |   |
|---|---|---|---|
| | Ben | Interest: No<br>Divident: No<br>Broker: No | Dorozhko<br>address=Gojdi Str. 24-15<br>part_2_10_reasons=<br>part_2_10_article=<br>sequence=587634599<br>part_2_9a_country=Ukraine<br><br>country=Ukraine<br>mail_city_state=<br>mail_country=<br>citizenship=N/A<br>part_2_9a=part_2_9a<br>part_2_10_percent=<br>y=13<br>owner_type=Individual<br>signatures=Oleksandr Dorozhko<br>x=59<br>tax_id=<br>mail_address= | 19 Sep 2007<br>10:33:14 EDT |

## PERSONAL INFORMATIONS                                            SHOW ALL

Personal Information for **Oleksandr Dorozhko** (Account Holder)    show

| | | |
|---|---|---|
| **Name:** Oleksandr Dorozhko | **Citizenship:** Ukraine<br>**DOB:** 13 Aug 1954<br>**Passport:** EC565300 (Ukraine) | **# of Dependents:** 2<br>**Marital Status:** M<br>**Mother's Maiden Name:** Marija Mirovska |
| **% of Ownership:** 100 | **Home Phone:** +7 916 245 6491 | |
| Request Proof of ID and DOB<br>Request Proof of Address | **Residential Address:** Gojdi Str. 24-15<br>Uzhgorod , 88000<br>Ukraine<br>**Mailing Address:** Same as residential address | **Occupation:** Consultant<br>**Employment Status:** SELFEMPLOYED<br>**Employer Business:** Basic industry |

Add Individual                                   add Legal Entity

### DISCIPLINARY EVENTS

| | |
|---|---|
| Has the account holder ever been the subject of, or initiated, litigation, arbitration or any other type of dispute or settlement procedure with another broker or dealer ? | No |
| Has the account holder ever been the subject of an investigation or proceeding by any commodities or securities exchange or regulatory authority or self-regulatory authority ? | No |

### COMPLIANCE/REGULATORY INFORMATION

Add Broker-Dealer Affiliation

| | |
|---|---|
| Is the account holder a member of an exchange or an associated person, affiliated person or employee of an exchange member ? | No |
| Is the account holder a member of a regulatory or a self-regulatory organization ? | No |
| Is the account holder: i) a director; ii) a 10% shareholder; or iii) a policy-making officer of any publicly traded company? (Restriced or Controlled Stock) | No |
| Does the account holder control the trading in, or have an ownership interest in, any other Interactive Brokers accounts ? | No |
| Accepted Arbitration Agreement ? | Yes |

Account Information for Oleksandr Dorozhko                                    Page 4 of 5

Edit Compliance Information                              Change Arbitration Agreement

## EXCHANGE MEMBERSHIP AND COMMISSION INFO

Customer's current **Commodities** commission status: Bundled

Customer's current **Securities** commission status: Bundled

## OTHER IB ACCOUNTS LINKED TO THIS CUSTOMER

No Other Accounts linked to this Applicant

Link another Account to this account

## EQUIFAX ID/OFAC REPORTS

No Equifax or OFAC Verification reports for this Account.

## OFAC AND PROHIBITED CUSTOMERS CHECKS

| NAME | MATCHES | STATUS/ACTION |
|---|---|---|
| OFAC, SANCTIONED AND CONTROL LIST SEARCH RESULT (# 14943060) FOR OLEKSANDR DOROZHKO (ACCOUNT HOLDER) | | |
| Oleksandr Dorozhko | No Match. | Complete - no match found 12 Oct 2007 18:31:27 EDT |

## WORLDCHECK TASKS

| NAME | MATCHES | STATUS/ACTION |
|---|---|---|
| WORLDCHECK RESULT (# 14943061) FOR OLEKSANDR DOROZHKO (ACCOUNT HOLDER) | | |
| Oleksandr Dorozhko | No WorldCheck Match. | Complete - no match found 19 Sep 2007 10:45:19 EDT |

## DOCUMENT SUBMISSION TASKS

Reject Multiple

| DOCUMENT SUBMISSION TASK | DOCUMENT RECEIVED | STATUS | ACTIONS |
|---|---|---|---|
| Proof of Identity and Date of birth for Oleksandr Dorozhko (Account Holder) | Received Passport(IB-UK-882430.jpg) via E-mail on 20 Sep 2007 10:05:08 EDT | Approved (mwahlkvist) on 10 Oct 2007 11:16:06 EDT  Additional Notes: MW certified (mwahlkvist) | |
| | | Approved (mwahlkvist) on 10 Oct 2007 11:16:06 | |

https://websrv3/CAST/DocumentHandling/accountInformation                          10/19/2007

| Proof of address for Oleksandr Dorozhko (Account Holder) | Received Bank Statement (IB-UK-382431.jpg) via E-mail on 20 Sep 2007 10:05:08 EDT | EDT<br><br>Additional Notes: MW certified (mwahlkvist) | |

\* - Not Required for approval but required for Exchange Access/Trading

### CONFIDENTIAL CHECKS

| TASK | STATUS |
| --- | --- |
| Additional Verification of Account Information for Oleksandr Dorozhko | Completed on 01 Oct 2007 11:18:26 EDT<br><br>customer advised:<br>I'm independent engineering consultant for the energy producing industry (ebrennan) |
| UK Impersonation Check for Oleksandr Dorozhko | Completed on 10 Oct 2007 10:27:45 EDT<br><br>UK Impersonation Check for Oleksandr Dorozhko (ebrennan) |