# EXHIBIT D

# DEPOSITS

## ACCOUNT SUMMARY FOR OLEKSANDR DOROZHKO

| User name: doroz222 | Account ID: U412281 | IB Entity: IB-UK | Currency: USD | Clearing Status: Open |
| --- | --- | --- | --- | --- |
| Started: 19 Sep 2007 | Approved: 10 Oct 2007 | Opened: 10 Oct 2007 | Funded: 04 Oct 2007 | Closed: |
| Type of Account: INDIVIDUAL | Capabilities: MRGN MULT OPT STK | | | E-mail Address: odorozhko@yahoo.com |
| Phylum Code: C | STP Invited? Yes | Priority: LOW Set/Unset Employer | | TMS tickets |
| | | Reg. Status: APP_STATUS (2.0) | | Assign Operator |

### WIRE DEPOSIT NOTIFICATIONS

| ID | Amount | Currency | Sending Institution | Request Time | Last Action | State |
| --- | --- | --- | --- | --- | --- | --- |
| 4076095 | 42500 | USD | CIB | 19 Sep 2007 10:39:40 EDT | 05 Oct 2007 18:16:22 EDT | Processed |

### WIRE DEPOSITS RECIEVED

| ID | Amount | Currency | Received | Bank Info |
| --- | --- | --- | --- | --- |
| 1352086 | 42500 | USD | 04 Oct 2007 01:20:50 EDT | 04036772 CENTRAL EUROPEAN INTERNATIONAL BANK LTD ATT: INTERNATIONAL DIVISION MEDVE UTCA 4-14 |

**By Order Of:** HU20107004195801279450000005 DOROZHKO OLEKSANDR UA-X GOJDI STR. 24 88 UZHGOROD

**Payment details:** /INS/C0103