# EXHIBIT E

| Cashier Entry | |
|---|---|
| Currency | USD |
| Amount | 42,500.00 |
| Account No. | U412281 |
| Account Title | Oleksandr Dorozhko |
| Entry Id | EFTDeposit.20071004.1352086 |
| Value Date | 2007-10-04 |
| When Entered | 2007-10-04 01:20:38.0 |
| Operator Name | autoDepositMatcher |
| Matched By | EFTDepositMatcher |
| When Matched | 2007-10-04 |
| Bank Account | 40806826 |
| Label | IB-CLRNG-CITI NY-USD-RECEIPTS |
| Type | EFTDeposit |

| Bank Activity | |
|---|---|
| Currency | USD |
| Amount | 42,500.00 |
| Payment Details | /INS/CO103 \| GID C00727705550201 CHP0045681 REF PAY BK ID 0103 PAY BK DEUTSCHE BANK TRUST CO AMERICAS NORDER DOROZHKO OLEKSANDR UA-X GOJDI STR. 24 88000 UZHGOROD DETAILS /INV/U412281 / OLEKSANDR DOROZHKO BENEF INTERACTIVE BROKERS LLC ORIG BK CENTRAL EUROPEA INTERNATI \| B/O DOROZHKO OLEKSANDR \| /INV/U412281 / OLEKSANDR DOROZHKO I SN 003355 OSN 005501 SSN 0045681 |
| By Order Of | HU20107004195801279450000005 DOROZHKO OLEKSANDR UA-X GOJDI STR. 24 88000 UZHGOROD |
| Value Date | 2007-10-04 |
| Beneficiary | INTERACTIVE BROKERS LLC |
| Beneficiary's Account | ADVISESWIFT |
| Extra Information | |
| Originating Bank | |
| Bank Reference Id | C00727705550201 |
| BA-ID | 669941 |
| Type | BankEFTCustReceipt |
| Entry Date | 2007-10-04 |
| IB Reference Id | BS-3173B8-CUST_WIRE |
| Confirmation Reference | |
| Further Reference | SAME DAY CR TRANSFER |
| Ordering Bank | 040836772 CENTRAL EUROPEAN INTERNATIONAL BANK LTD ATT: INTERNATIONAL DIVISION MEDVE UTCA 4-14 |
| Customer Reference | NONREF |
| Related Reference | C00727705550201 |
| Bank Account | 40806826 |
| Label | IB-CLRNG-CITI NY-USD-RECEIPTS |
| Settle State | S |