# EXHIBIT
# G

<MENU> to return to headlines.                                    Equity**CN**

| Search | | GO | Options | Related Info | BUS Oct 17 2007 16:33:01 |

IMS Health Announces 12 Percent Revenue Growth In Third Quarter        Page 1/22

Results in U.S., Consulting Drive Growth


NORWALK, Conn.--(BUSINESS WIRE)--October 17, 2007
IMS Health (NYSE: RX), the world's leading provider of market
intelligence to the pharmaceutical and healthcare industries, today
announced third-quarter 2007 revenue of $538.8 million, up 12 percent
or 8 percent on a constant-dollar basis, compared with revenue of
$482.7 million for the third quarter of 2006.

    Operating income in the third quarter of 2007 was $117.1 million,
up 1 percent on both a reported and constant-dollar basis, compared
with $115.4 million in the year-earlier period.

    "IMS's results for the third quarter reflect solid gains in our
U.S. operations and more moderate growth in Europe," said David R.
Carlucci, IMS chairman and chief executive officer. "In an
increasingly demanding healthcare environment, momentum in our
consulting business was very strong as clients continue to recognize
the value of our strategic recommendations and industry perspective.

<MENU> to return to headlines.                                    Equity**CN**

| Search | | GO | Options | Related Info | BUS Oct 17 2007 16:33:01 |
|---|---|---|---|---|---|

IMS Health Announces 12 Percent Revenue Growth In Third Quarter          Page 2/22

Our clients' challenges present considerable opportunities for us.
We're focused on these opportunities, and remain well-positioned to
help drive their continued success."

Third-quarter 2007 diluted earnings per share on a GAAP basis was
$0.29, compared with $0.34 in the prior-year quarter, a 15 percent
decline. Earnings per share for the third quarter of 2007 included a
tax provision related to a change in the German federal tax rate. When
adjusted for this item, and the phasing of tax benefits, tax
provisions, and foreign exchange hedge gains and losses, earnings per
share on a non-GAAP basis for this year's third quarter would have
been $0.36, unchanged year over year (See Note c to the financial
tables).

Net income on a GAAP basis was $57.1 million, compared with $69.3
million in the year-earlier quarter, down 18 percent. Net income for
the third quarter of 2007 included the German tax provision. When
adjusted for this item, and the phasing of tax benefits, tax
provisions, and foreign exchange hedge gains and losses, net income on
a non-GAAP basis for this year's third quarter would have been $71.6
million, a decline of $1.9 million (See Note c to the financial

&lt;MENU&gt; to return to headlines.                                    Equity**CN**

| Search | GO | Options | Related Info | BUS Oct 17 2007 16:33:01 |
|---|---|---|---|---|

IMS Health Announces 12 Percent Revenue Growth In Third Quarter          Page 3/22
tables).

Year-to-Date Results

For the first nine months of 2007, revenues were $1,586.6 million,
up 12 percent or 9 percent constant dollar, compared with revenue of
$1,415.1 million for the first nine months of 2006. Operating income
for the first nine months of 2007 was $346.3 million, up 9 percent on
a reported and constant-dollar basis, compared with $318.5 million in
the year-earlier period.

For the first nine months of 2007, diluted earnings per share on a
GAAP basis was $1.08, compared with $1.20 in the prior-year period.
Earnings per share for the first nine months of 2007 and 2006 included
net tax benefits and foreign exchange hedge gains and losses, while
the second quarter of 2006 included income and expenses related to the
terminated merger with The Nielsen Company (formerly VNU, N.V.). When
adjusted for these items, on a non-GAAP basis, earnings per share for
the first nine months of 2007 would have grown $0.09 year over year to
$1.10 (See Note c to the financial tables).

&lt;MENU&gt; to return to headlines.                                    Equity**CN**

| Search | | **GO** | Options | Related Info | BUS Oct 17 2007 16:33:01 |
|---|---|---|---|---|---|

IMS Health Announces 12 Percent Revenue Growth In Third Quarter        Page 4/22

   Net income on a GAAP basis was $216.1 million, compared with
$250.0 million in the first nine months of 2006. Net income for the
first nine months of 2007 and 2006 included net tax benefits and
foreign exchange hedge gains and losses, while the second quarter of
2006 included merger-related income and expenses. Adjusted for these
items, on a non-GAAP basis, net income for this year's first nine
months would have grown $11.3 million to $220.9 million (See Note c to
the financial tables).

   Balance Sheet Highlights

   IMS's cash and cash equivalents as of September 30, 2007 totaled
$196.0 million, compared with $157.3 million on December 31, 2006.
Total debt as of September 30, 2007 was $1,197.6 million, up from
$975.4 million at the end of 2006, due to borrowings in connection
with 2007 share repurchases.

   Share Repurchase Program, Shares Outstanding

   During the third quarter, 2.0 million shares were repurchased at a
total cost of $59.2 million, bringing the total shares repurchased in

<MENU> to return to headlines.                                    Equity**CN**

| Search | GO | Options | Related Info | BUS Oct 17 2007 16:33:01 |
|---|---|---|---|---|

IMS Health Announces 12 Percent Revenue Growth In Third Quarter       Page 5/22

the first nine months of 2007 to 13.2 million shares at a total cost
of $392.8 million. There remain approximately 3.3 million shares
available to repurchase under the current Board of Directors'
authorization.

The number of shares outstanding as of September 30, 2007 was
approximately 194.0 million, compared with 198.4 million as of
September 30, 2006.

About IMS

Operating in more than 100 countries, IMS Health is the world's
leading provider of market intelligence to the pharmaceutical and
healthcare industries. With $2.0 billion in 2006 revenue and more than
50 years of industry experience, IMS offers leading-edge market
intelligence products and services that are integral to clients'
day-to-day operations, including portfolio optimization capabilities;
launch and brand management solutions; sales force effectiveness
innovations; managed care and consumer health offerings; and
consulting and services solutions that improve ROI and the delivery of
quality healthcare worldwide. Additional information is available at

&lt;MENU&gt; to return to headlines.                                    Equity**CN**

| Search | GO | Options | Related Info | BUS Oct 17 2007 16:33:01 |

IMS Health Announces 12 Percent Revenue Growth In Third Quarter    Page 6/22
http://www.imshealth.com.

    Conference Call and Webcast Details

    IMS will host a conference call at 5:00 p.m. Eastern time today to
discuss its third-quarter results. To participate, please dial
1-800-952 6697 (U.S. and Canada) and 1-212-231 2939 (outside the U.S.
and Canada) approximately 15 minutes before the scheduled start of the
call. The conference call also will be accessible live on the Investor
Relations section of the IMS Website at www.imshealth.com. Prior to
the conference call, a copy of this press release and any other
financial or statistical information presented during the call will be
made available in the "Investors" area of IMS's Website.

    A replay of the conference call will be available online on the
"Investors" section of the IMS Website and via telephone by dialing
1-800-633 8284 (U.S. and Canada) or 1-402-977 9140 (outside the U.S.
and Canada), and entering access code 21351004 beginning at 7:30 p.m.
Eastern time today.

    Forward-Looking Statements

<MENU> to return to headlines.                                    Equity**CN**

---

| Search | | GO | Options | Related Info | BUS Oct 17 2007 16:33:01 |

IMS Health Announces 12 Percent Revenue Growth In Third Quarter          Page 7/22

   This press release includes statements that may constitute
forward-looking statements made pursuant to the safe harbor provisions
of the Private Securities Litigation Reform Act of 1995. Although IMS
Health believes the expectations contained in such forward-looking
statements are reasonable, it can give no assurance that such
expectations will prove correct. This information may involve risks
and uncertainties that could cause actual results of IMS Health to
differ materially from the forward-looking statements. Factors that
could cause or contribute to such differences include, but are not
limited to (i) the risks associated with operating on a global basis,
including fluctuations in the value of foreign currencies relative to
the U.S. dollar, and the ability to successfully hedge such risks,
(ii) regulatory, legislative and enforcement initiatives, particularly
in the areas of data access and utilization and tax, (iii) to the
extent unforeseen cash needs arise, the ability to obtain financing on
favorable terms, (iv) to the extent IMS Health seeks growth through
acquisitions and joint ventures, the ability to identify, consummate
and integrate acquisitions and joint ventures on satisfactory terms,
(v) the ability to develop new or advanced technologies and systems
for its businesses on time and on a cost-effective basis, and (vi)

<MENU> to return to headlines.                                    Equity**CN**

| Search | GO | Options | Related Info | BUS Oct 17 2007 16:33:01 |

IMS Health Announces 12 Percent Revenue Growth In Third Quarter          Page 8/22
deterioration in economic conditions, particularly in the
pharmaceutical, healthcare or other industries in which IMS Health's
customers operate. Additional information on factors that may affect
the business and financial results of the Company can be found in the
filings of the company made from time to time with the Securities and
Exchange Commission.

-O-
*T

Table 1
IMS Health
GAAP Income Statement
Three Months Ended September 30
(unaudited, in millions except per share)

|  | 2007 GAAP | 2006 GAAP | % Fav (Unfav) | Non-GAAP Constant $ Growth % |
|---|---|---|---|---|
| Revenue (a) |  |  |  |  |
| Sales Force Effectiveness | $252.8 | $226.1 | 12 % | 9 |

Australia 61 2 9777 8600          Brazil 5511 3048 4500          Europe 44 20 7330 7500          Germany 49 69 920410
Hong Kong 852 2977 6000 Japan 81 3 3201 8900 Singapore 65 6212 1000 U.S. 1 212 318 2000 Copyright 2007 Bloomberg L.P.
                                                                    G718-891-1 19-Oct-2007 17:51:06

<MENU> to return to headlines.                                    Equity**CN**

| Search | GO | Options | Related Info | | BUS Oct 17 2007 16:33:01 |
|--------|----|---------|--------------|--|---------------------------|

IMS Health Announces 12 Percent Revenue Growth In Third Quarter          Page 9/22

| | | | | |
|---|---|---|---|---|
| Portfolio Optimization | 148.6 | 134.7 | 10 | 7 |
| Launch, Brand and Other | 137.4 | 122.0 | 13 | 9 |
| | ------- | ------- | | |
| Total | 538.8 | 482.7 | 12 | 8 |

Revenue Detail:

------------------------------------

| | | | | |
|---|---|---|---|---|
| Information & Analytics ("I&A") Revenue | 421.6 | 396.5 | 6 | 3 |
| Consulting & Services ("C&S") Revenue | 117.2 | 86.2 | 36 | 31 |
| | ------- | ------- | | |
| Total Revenue | 538.8 | 482.7 | 12 | 8 |

Operating Expenses (b)

| | | | |
|---|---|---|---|
| Operating Costs of I&A | (179.0) | (165.0) | (8) |
| Direct and Incremental Costs of C&S | (54.0) | (43.6) | (24) |
| Selling and Administrative | (157.0) | (129.7) | (21) |
| External-use Software Amortization | (12.2) | (11.0) | (11) |

<MENU> to return to headlines.                                    Equity**CN**

| Search | GO | Options | Related Info | BUS Oct 17 2007 16:33:01 |
|---|---|---|---|---|

IMS Health Announces 12 Percent Revenue Growth In Third Quarter     Page 10/22

| | | | | |
|---|---|---|---|---|
| Depreciation and Other Amortization | (19.5) | (18.0) | (8) | |
| Merger Costs | 0.0 | 0.0 | 0 | |
| | ------- | ------- | | |
| Total | (421.7) | (367.3) | (15) | |
| Operating Income (a) | 117.1 | 115.4 | 1 % | 1 |
| Interest expense, net | (8.0) | (9.3) | 14 | |
| Gains (losses) from investments, net | 0.4 | (0.3) | NM | |
| Other Income (Expense), net | (9.6) | (0.4) | NM | |
| | ------- | ------- | | |
| Pretax Income | 99.9 | 105.4 | (5) | |
| Provision for Income Taxes | (42.8) | (36.1) | (18) | |
| | ------- | ------- | | |
| Net Income | 57.1 | $69.3 | (18) | |
| Diluted EPS: | | | | |
| Total Diluted EPS | $0.29 | $0.34 | (15) % | |

&lt;MENU&gt; to return to headlines.                                      Equity**CN**

| Search | GO | Options | Related Info | BUS Oct 17 2007 16:33:01 |

IMS Health Announces 12 Percent Revenue Growth In Third Quarter    Page 11/22

Shares Outstanding:
  Weighted Average Diluted          198.4    204.9
  End-of-Period Actual              194.0    198.4
  Weighted Average Basic            194.9    200.9
*T

   The accompanying notes are an integral part of these financial
tables.

-O-
*T

Table 2
IMS Health
GAAP Income Statement
Nine Months Ended September 30
(unaudited, in millions except per share)

|  |  | % Fav (Unfav) | Non-GAAP Constant $ |
| --- | --- | --- | --- |
|  | 2007 GAAP | 2006 GAAP | Growth % |

<MENU> to return to headlines.                                    Equity**CN**

| Search | GO | Options | Related Info | BUS Oct 17 2007 16:33:01 |
|--------|----|---------|--------------|--------------------------|

IMS Health Announces 12 Percent Revenue Growth In Third Quarter      Page 12/22

```
                                        --------  ----------------  -----------
```

Revenue (a)
    Sales Force Effectiveness        $732.1      $670.2       9%              7
    Portfolio Optimization            460.1       403.0      14              11
    Launch, Brand and Other           394.5       341.8      15              11
```
                                   ---------  ---------
```
    Total                           1,586.6     1,415.1      12               9

       Revenue Detail:

```
-----------------------------------
```

      Information & Analytics
        ("I&A") Revenue               1,255.6     1,167.4       8               5
      Consulting & Services
        ("C&S") Revenue                 331.0       247.7      34              29
```
                                   ---------  ---------
```
    Total Revenue                   1,586.6     1,415.1      12               9

Operating Expenses (b)
    Operating Costs of I&A             (531.5)     (489.5)     (9)
    Direct and Incremental Costs

Australia 61 2 9777 8600        Brazil 5511 3048 4500        Europe 44 20 7330 7500        Germany 49 69 920410
Hong Kong 852 2977 6000 Japan 81 3 3201 8900 Singapore 65 6212 1000 U.S. 1 212 318 2000 Copyright 2007 Bloomberg L.P.
                                                                                         G718-891-1 19-Oct-2007 17:51:07

<MENU> to return to headlines.                                    Equity**CN**

| Search | GO | Options | Related Info | BUS Oct 17 2007 16:33:01 |
|--------|----|---------|--------------|--------------------------|

IMS Health Announces 12 Percent Revenue Growth In Third Quarter        Page 13/22

|  |  |  |  |  |
|--|--|--|--|--|
| of C&S | (164.6) | (129.0) | (28) | |
| Selling and Administrative | (450.8) | (387.0) | (17) | |
| External-use Software | | | | |
| Amortization | (35.8) | (32.2) | (11) | |
| Depreciation and Other | | | | |
| Amortization | (57.5) | (52.9) | (9) | |
| Merger Costs | 0.0 | (6.0) | NM | |
| | --------- | --------- | | |
| Total | (1,240.3) | (1,096.6) | (13) | |
| | | | | |
| Operating Income (a) | 346.3 | 318.5 | 9% | 9 |
| | | | | |
| Interest expense, net | (22.4) | (25.2) | 11 | |
| Gains (losses) from | | | | |
| investments, net | 2.3 | 2.4 | (5) | |
| Other Income (Expense), net | (12.4) | 38.2 | NM | |
| | --------- | --------- | | |
| Pretax Income | 313.8 | 333.9 | (6) | |
| | | | | |
| Provision for Income Taxes | (97.7) | (83.9) | (17) | |
| | --------- | --------- | | |

&lt;MENU&gt; to return to headlines.                                    Equity**CN**

| Search | GO | Options | Related Info | BUS Oct 17 2007 16:33:01 |
|---|---|---|---|---|

IMS Health Announces 12 Percent Revenue Growth In Third Quarter    Page 14/22

| | | | |
|---|---|---|---|
| Net Income | $216.1 | $250.0 | (14) |

Diluted EPS:
| | | | |
|---|---|---|---|
| Total Diluted EPS | $1.08 | $1.20 | (10)% |

Shares Outstanding:
| | | |
|---|---|---|
| Weighted Average Diluted | 200.1 | 207.5 |
| End-of-Period Actual | 194.0 | 198.4 |
| Weighted Average Basic | 196.0 | 203.6 |

*T

   The accompanying notes are an integral part of these financial
tables.

-O-
*T

<div align="center">

Table 3
IMS Health
Selected Consolidated Balance Sheet Items
(unaudited, in millions)

</div>

Australia 61 2 9777 8600          Brazil 5511 3048 4500          Europe 44 20 7330 7500          Germany 49 69 920410
Hong Kong 852 2977 6000 Japan 81 3 3201 8900 Singapore 65 6212 1000 U.S. 1 212 318 2000 Copyright 2007 Bloomberg L.P.
                                                                                  G718-891-1 19-Oct-2007 17:51:08

<MENU> to return to headlines.                                    Equity**CN**

| Search | GO | Options | Related Info | BUS Oct 17 2007 16:33:01 |
|---|---|---|---|---|

IMS Health Announces 12 Percent Revenue Growth In Third Quarter    Page 15/22

|  | Sep. 30, 2007 | Dec. 31, 2006 |
|---|---|---|
| Cash and cash equivalents | $196.0 | $157.3 |
| Accounts receivable, net | 423.1 | 367.4 |
| Total long-term debt | 1,197.6 | 975.4 |

*T

   The accompanying notes are an integral part of these financial
tables.

   IMS Health

   NOTES TO FINANCIAL TABLES

   a) Reference to Constant Dollar Growth (non-GAAP).
"Constant-dollar growth (non-GAAP)" rates eliminate the impact of
year-over-year foreign currency fluctuations (Table 1). IMS reports
results in U.S. dollars but does business on a global basis. Exchange

<MENU> to return to headlines.                                    Equity**CN**

| Search | | GO | Options | Related Info | BUS Oct 17 2007 16:33:01 |

IMS Health Announces 12 Percent Revenue Growth In Third Quarter    Page 16/22
rate fluctuations affect the rate at which IMS translates foreign
revenues and expenses into U.S. dollars and have important effects on
results. In order to illustrate these effects, IMS provides the
magnitude of changes in revenues and operating income in constant
dollar terms. IMS uses results at constant-dollar rates for purposes
of global business decision-making, including developing budgets and
managing expenditures. IMS management believes this information, when
read together with U.S. GAAP results, facilitates a comparative view
of business growth. Constant-dollar rates are not prepared under U.S.
GAAP and are not a replacement for the more comprehensive information
for investors included in IMS's U.S. GAAP results. The method IMS uses
to prepare constant-dollar rates differs in significant respects from
U.S. GAAP and is likely to differ from the methods used by other
companies.

  b) Operating expenses in 2006 reflect a reclassification between
operating costs and selling and administrative expenses to make them
comparable with the 2007 presentation.

  c) Net income and fully diluted EPS for the three and nine months
ended September 30, 2007 included the following notable items:

| Search | | GO | Options | Related Info | BUS Oct 17 2007 16:33:01 |
|---|---|---|---|---|---|

IMS Health Announces 12 Percent Revenue Growth In Third Quarter          Page 17/22

-- In Provision for income taxes, a $7.5 million tax provision
   ($0.04 EPS impact) recorded in the three months ended
   September 30, 2007 to revalue net deferred tax assets in
   Germany as a result of a reduction in the statutory German
   federal tax rate during the quarter.

-- In Provision for income taxes, a $20.9 million tax benefit
   during the first quarter of 2007 arising from the settlement
   of a foreign tax audit and the reorganization of certain
   subsidiaries; if $4.8 million ($0.02 EPS impact) was included
   in the three months ended September 30, 2007 for non-GAAP
   measures, and $5.6 million ($0.03 EPS impact) was phased into
   the fourth quarter for non-GAAP measures, each quarter's
   effective tax rate would be approximately 31%.

-- After adjusting for these items and the phasing of foreign
   exchange losses ($2.1 million or a $0.01 EPS impact and $2.8
   million or a $0.01 EPS impact, net of taxes for the three and
   nine months ended September 30, 2007, respectively), on a
   non-GAAP basis, net income and diluted EPS would have been

<MENU> to return to headlines.                                      Equity**CN**

| Search | | GO | Options | Related Info | BUS Oct 17 2007 16:33:01 |

IMS Health Announces 12 Percent Revenue Growth In Third Quarter    Page 18/22

$71.6 million and $220.9 million and $0.36 and $1.10 for the three and nine months ended September 30, 2007.

Net income and fully diluted EPS for the three and nine months ended September 30, 2006 included the following notable items:

-- In Merger costs, $6.0 million ($3.8 million net of taxes, or $0.02 EPS impact) of investment bankers' fees for the nine months ended September 30, 2006 due on the receipt of a $45.0 million merger termination payment from The Nielsen Company ("Nielsen"), formerly known as VNU N.V., as discussed below.

-- In Other income (expense), net, $45.0 million income ($28.3 million net of taxes, or $0.14 EPS impact) for the nine months ended September 30, 2006 from a payment received during the second quarter of 2006 from Nielsen associated with the termination of a proposed merger. The merger termination agreement provided that Nielsen would pay IMS $45.0 million in the event Nielsen had a change of control within twelve months of the merger termination; this event occurred in second quarter 2006.

&lt;MENU&gt; to return to headlines.                                    Equity**CN**

| Search | GO | Options | Related Info | BUS Oct 17 2007 16:33:01 |
|---|---|---|---|---|

IMS Health Announces 12 Percent Revenue Growth In Third Quarter          Page 19/22

-- In Other income (expense), net, a $1.6 million foreign exchange hedge gain for the three months ended September 30, 2006, of which $2.3 million ($1.5 million net of taxes, or $0.01 EPS impact) was phased into the fourth quarter for non-GAAP measures, as the phased amount related to hedging operating income anticipated to be earned in quarter four. A $2.9 million foreign exchange hedge loss for the nine months ended September 30, 2006, of which $1.0 million ($0.7 million net of taxes, or $0.01 EPS impact) was phased into the fourth quarter for non-GAAP measures, as the phased amount related to hedging operating income anticipated to be earned in quarter four.

-- In Provision for income taxes, a $28.6 million net tax benefit ($0.14 EPS impact) for the nine months ended September 30, 2006, resulting from a favorable audit settlement with the IRS of certain D&B legacy matters.

-- In Provision for income taxes, a $28.7 million net tax benefit in the first quarter of 2006 resulting primarily from a

<MENU> to return to headlines.                                    Equity**CN**

| Search | | GO | Options | Related Info | BUS Oct 17 2007 16:33:01 |

IMS Health Announces 12 Percent Revenue Growth In Third Quarter          Page 20/22

favorable audit settlement with the IRS of the IMS corporate
tax audit for years 2000 - 2003, of which $5.5 million ($0.03
EPS impact) was included in the three months ended September
30, 2006 for non-GAAP measures, and $9.8 million ($0.05 EPS
impact) was phased into the fourth quarter for non-GAAP
measures, causing each quarter's adjusted effective tax rate
to be approximately 29%.

-- In Provision for income taxes, a $21.4 million tax provision
   ($0.10 EPS impact) for the nine months ended September 30,
   2006 associated with a reorganization of several of the
   Company's subsidiaries.

-- After adjusting for these items, on a non-GAAP basis, net
   income and diluted EPS was $73.5 million and $209.6 million
   and $0.36 and $1.01 for the three and nine months ended
   September 30, 2006, respectively.

Operating income for the nine months ended September 30, 2006
included the following notable item:

<MENU> to return to headlines.                                    Equity**CN**

| Search | | GO | Options | Related Info | BUS Oct 17 2007 16:33:01 |
|---|---|---|---|---|---|

IMS Health Announces 12 Percent Revenue Growth In Third Quarter    Page 21/22

-- In Merger costs, $6.0 million of investment bankers' fees for
   the nine months ended September 30, 2006 due on the receipt of
   a $45.0 million merger termination payment from Nielsen as
   discussed above.

-- After adjusting for this item, on a non-GAAP basis, operating
   income was $324.5 million for the nine months ended September
   30, 2006.

References are made to results after adjusting certain U.S. GAAP
measures to reflect notable items to the extent that management
believes adjusting for these items will facilitate comparisons across
periods and more clearly indicate trends. Certain non-GAAP measures
are those used by management for purposes of global business decision
making, including developing budgets and managing expenditures. Any
such measures presented on a non-GAAP basis are not prepared under a
comprehensive set of accounting rules and are not a replacement for
the more comprehensive information for investors included in IMS's
U.S. GAAP results.

Amounts presented in the financial tables may not add due to

&lt;MENU&gt; to return to headlines.                                   Equity**CN**

| Search | GO | Options | Related Info | BUS Oct 17 2007 16:33:01 |
|---|---|---|---|---|

IMS Health Announces 12 Percent Revenue Growth In Third Quarter    Page 22/22
rounding.

These financial tables should be read in conjunction with IMS
Health's filings previously made or to be made with the Securities and
Exchange Commission.

CONTACT:
IMS Health
Investor Relations
Darcie Peck, 203-845-5237
dpeck@imshealth.com
or
Communications
Gary Gatyas, 610-834-4596
ggatyas@us.imshealth.com

-0- Oct/17/2007 20:33 GMT

Australia 61 2 9777 8600        Brazil 5511 3048 4500        Europe 44 20 7330 7500        Germany 49 69 920410
Hong Kong 852 2977 6000 Japan 81 3 3201 8900 Singapore 65 6212 1000 U.S. 1 212 318 2000 Copyright 2007 Bloomberg L.P.
                                                                                 G718-891-1 19-Oct-2007 17:51:04