# EXHIBIT H

1                                                                          Equity**CN**

| Search | GO | Options | Related Info | DJN Oct 17 2007 16:50:43 |
|--------|-----|---------|--------------|--------------------------|

DJ IMS Health 3Q Net Falls 18% >RX                                    Page 1/1

DOW JONES NEWSWIRES
  IMS Health Inc. (RX) on Wednesday said its third-quarter profit fell 18%,
hurt by a tax provision, while its sales climbed on solid gains for its
health-care market information.
  IMS reported net income of $57.1 million, or 29 cents a share, down from net
income of $69.3 million, or 34 cents a share, in last year's same period.
  IMS, of Norwalk, Conn., said revenue rose 12% to $538.8 million.
  Analysts surveyed by Thomson Financial had expected, on average, earnings of
40 cents a share and revenue of $532.7 million.
  -Matt Andrejczak; 415-439-6400; AskNewswires@dowjones.com

  (END) Dow Jones Newswires
  10-17-07 1650ET
  Copyright (c) 2007 Dow Jones & Company, Inc.- - 04 50 PM EDT 10-17-07

Australia 61 2 9777 8600        Brazil 5511 3048 4500        Europe 44 20 7330 7500        Germany 49 69 920410
Hong Kong 852 2977 6000 Japan 81 3 3201 8900 Singapore 65 6212 1000 U.S. 1 212 318 2000 Copyright 2007 Bloomberg L.P.
                                                                          G718-891-1 19-Oct-2007 17:53:27