# EXHIBIT
# J

**6 records:** [476700] [476787] [476838] [476987] [478769] [478873]

| Owner CSR | Other CSRs | From Cust | To Cust | Internal | System |
|---|---|---|---|---|---|
| **476700** | 2007-10-19 01:28:23 | **Customer:** doroz222/U412281 **Subject:** Customer Chat **Topics:** 1404 -> TWS, Web Trader, Mobile Trader Operation | 2007-10-19 01:46:10 | Customer | Chat |
| mattm | Closed | | Low | Language | [Top] |

| | | | | |
|---|---|---|---|---|
| gareth | CRM | 2007 - 10 - 19 01:28:23 | 1409303 | Customer Chat |

[132823] ChatSys -> This chat is associated with ticket #476700. Please record this number for use in future inquiries. You are currently in room 'Technical Assistance'.
[132823] gareth -> Hello, this is 'Gareth'. How may I help you?
[132832] doroz222 -> Hello
[132853] doroz222 -> There is something wrong with my Trader Workstation
[132925] doroz222 -> There is some kind of error message and I cant buy stocks...
[133112] doroz222 -> I tried to reinstall it, but it did not help.
[133249] gareth -> what is the error/
[133350] doroz222 -> it was something like lig or liq
[133426] doroz222 -> but with CAPITAL LETTER
[133432] doroz222 -> LIG
[133445] gareth -> one moment please. I will have to get you over to Trade Problems for assistance with this
[133508] gareth -> seems like you account may be in Ligidation mode
[133513] gareth -> one second please
[133517] ChatSys -> Transferring ChatSession from 'Technical Assistance' to 'Trade Problems'
[133526] doroz222 -> what does it mean?
[133544] ChatSys -> Matt M has joined the chat.
[133544] mattm -> Hello, this is Matthew. How can I help you?
[133544] doroz222 -> I have not changed any mode
[133557] mattm -> I am reviewing the details of the previous chat conversation. One moment please.
[133632] doroz222 -> How can I change it back?
[134010] doroz222 -> test
[134022] doroz222 -> are you still there?

2007

| | | | | |
|---|---|---|---|---|
| | | - 10 - 19 01:46:10 | | [134025] mattm -> yes<br>[134042] mattm -> the account is being reviewed by compliance and will only be able to place closing trades<br>[134053] mattm -> this will be the case until further notice<br>[134120] doroz222 -> what does is mean?<br>[134153] mattm -> closing orders only<br>[134158] mattm -> you cannot open new positions<br>[134206] doroz222 -> why?<br>[134228] doroz222 -> what are you reviewing there?<br>[134240] doroz222 -> and who is compliance?<br>[134258] mattm -> additional information cannot be provided<br>[134307] mattm -> you will be informed when the restriction has been lifted<br>[134327] doroz222 -> I do not undertand<br>[134354] doroz222 -> Do you have some kind of technical problems there?<br>[134411] mattm -> no<br>[134418] mattm -> compliance is our legal department<br>[134428] mattm -> you will be notified when you can place opening trades<br>[134503] doroz222 -> so I have to wait e-mail?<br>[134513] mattm -> you will be notified when you can place opening trades<br>[134531] doroz222 -> is it so just with me or all clients?<br>[134540] mattm -> just to you<br>[134543] mattm -> Is there anything else that I can assist you with today?<br>[134556] doroz222 -> you are assisting me now already<br>[134608] mattm -> Please feel free to return to chat if there are any additional questions.<br>[134609] doroz222 -> but I still do not understand very much<br>[134609] ChatSys -> This chat session is being terminated by the CSR. |
| mattm | CRM | | 1409408 | |

| | | | | | |
|---|---|---|---|---|---|
| 476787 | 2007-10-19 01:55:55 | **Customer:** doroz222/U412281 **Subject:** Customer Chat **Topics:** 1404 -> TWS, Web Trader, Mobile Trader Operation | 2007-10-19 02:10:44 | Customer | Chat |
| mattm | Closed | | Low | Language | [Top] |

| | | | | |
|---|---|---|---|---|
| lwong | CRM | 2007 - 10 - 19 01:55:55 | 1409469 | Customer Chat |

| | | | | |
|---|---|---|---|---|
| mattm | CRM | 2007 - 10 - 19 02:03:21 | 1409522 | Fri Oct 19 10:21:16 EDT 2007 - webliqtool - User U412281 was liqOnly enable by jeffb Reason:reviewing trading activity in RX (JAB) |
| mattm | CRM | 2007 - 10 - 19 02:10:44 | 1409572 | [135555] ChatSys -> This chat is associated with ticket #476787. Please record this number for use in future inquiries. You are currently in room 'Technical Assistance'.<br>[135555] lwong -> Hello, this is 'lwong'. How may I help you?<br>[135605] doroz222 -> Hello<br>[135622] doroz222 -> I just chated with somebody, but I did not get the answer<br>[135658] lwong -> ok, what is is the question?<br>[135716] doroz222 -> he said, that I cant trade now until further notice, but he did not explain why and how long<br>[135822] lwong -> I cannot see this dialog you had previously.. Can you explain what the problem was<br>[135859] doroz222 -> my trader workstation gives me error massage when I want to buy stocks<br>[135949] doroz222 -> he told me, that account is Ligidation mode<br>[140003] doroz222 -> but he did not tell me why and how long<br>[140023] doroz222 -> chat was ended befor I got the answer<br>[140115] lwong -> The Trade Problems department has more information on this subject, I can transfer you to them.<br>[140118] ChatSys -> Transferring ChatSession from 'Technical Assistance' to 'Trade Problems'<br>[140131] doroz222 -> okay<br>[140246] ChatSys -> Matt M has joined the chat.<br>[140246] mattm -> Hello, this is Matthew. How can I help you?<br>[140255] doroz222 -> hello<br>[140258] mattm -> I am reviewing the details of the previous chat conversation. One moment please.<br>[140336] mattm -> yes, I believe we just discussed this<br>[140341] doroz222 -> I just chat with somebody<br>[140352] doroz222 -> so it was you<br>[140358] mattm -> correct<br>[140404] doroz222 -> you did not answer my question<br>[140416] doroz222 -> why is this mode and how long<br>[140430] doroz222 -> how long does it usualy take?<br>[140629] ChatSys -> No activity from customer side in the last 30 seconds. Session may be terminated by CSR, if customer does not respond |

[140705] mattm -> i believe that I did
[140713] mattm -> I informed you that you would be notified
[140721] mattm -> when the restriction has been lifted
[140731] mattm -> a timeframe cannot be provided
[141043] ChatSys -> This chat session is being terminated on customer request

| | | | | | |
|---|---|---|---|---|---|
| **476838** | 2007-10-19 02:15:34 | **Customer:** doroz222/U412281 **Subject:** Customer Chat | 2007-10-19 02:29:45 | Customer | Chat |
| mattm | Closed | **Topics:** 1405 -> Liquidation | Low | Language | [Top] |

| | | | | |
|---|---|---|---|---|
| meganc | CRM | 2007 - 10 - 19 02:15:34 | 1409599 | Customer Chat |

[141534] ChatSys -> This chat is associated with ticket #476838. Please record this number for use in future inquiries. You are currently in room 'Trade Problems'.
[141534] meganc -> Hello, this is 'meganc'. How may I help you?
[141543] doroz222 -> hello
[141547] meganc -> hello
[141609] doroz222 -> Im trying to understand why I can not trade?
[141636] meganc -> alright one moment
[141701] meganc -> alright
[141711] doroz222 -> I somebody already told me, that I just cant, but he did not explain why and how long.
[141715] meganc -> one moment please
[141724] ChatSys -> ChatSession transferred from 'Trade Problems' to 'Matt M' in 'Trade Problems'
[141726] ChatSys -> Matt M has joined the chat.
[141726] mattm -> Hello, this is Matthew. How can I help you?
[141728] doroz222 -> He was a bit rude and terminated chat.
[141745] mattm -> it appears that you terminated the last chat
[141755] mattm -> is there some more information that I can provide for you
[141800] doroz222 -> not intentionally
[141822] doroz222 -> yes. Im still asking why is this mode active now and how long?
[141852] doroz222 -> I do not like if I cant access to my money and take positions every time I want.
[141853] mattm -> unfortunately the answer is not

going to change
[141902] mattm -> a timeframe cannot be provided
[141916] doroz222 -> but you do not answer to my question!
[141916] mattm -> you will be informed when the restriction has been lifted
[141924] mattm -> the account is being reviewed
[141932] mattm -> that is all the information that can be provided
[141933] doroz222 -> what does it mean?
[141937] mattm -> that is all the information that can be provided
[141941] doroz222 -> what is there to review?
[141949] doroz222 -> no, you can do better
[141949] mattm -> you will be informed when the status changes
[141958] doroz222 -> my account is already accepted
[142008] doroz222 -> this is not what Im asking
[142019] doroz222 -> Im not asking do you inform me!
[142042] doroz222 -> Im asking why I cant trade and what is there to review?
[142045] mattm -> as has been indicated multiple times previously

| | | | | |
|---|---|---|---|---|
| mattm | CRM | 2007 -- 10 -- 19 02:29:45 | 1409681 | [142057] mattm -> you trading activity is being reviewed by compliance |

[142105] mattm -> while it is being reviewed
[142107] doroz222 -> trading activity?
[142111] mattm -> you can only place closing trades
[142119] mattm -> you will be notified when this changes
[142127] doroz222 -> wait a second
[142135] doroz222 -> what does it mean?
[142140] doroz222 -> trading activity?
[142147] mattm -> that is all that can be told
[142155] doroz222 -> I know how to buy and sell!
[142217] mattm -> no additional information can be provided until compliance completes their review
[142224] doroz222 -> Your job is to talk to clients.
[142243] doroz222 -> I have questions and your job is to chat with me I think.
[142245] mattm -> i have
[142257] mattm -> unfortunately you are not accepting the information that I am providing
[142308] mattm -> i understand the frustration of not understanding
[142311] mattm -> however
[142317] doroz222 -> Im accepting, but this is not enough.
[142325] mattm -> no additional information can be provided
[142332] mattm -> i have told you all that I can

[142333] doroz222 -> yes you can
[142336] mattm -> no additional information can be provided until compliance completes their review
[142400] doroz222 -> how long do you review my trading activiti
[142414] doroz222 -> there is not much to review
[142426] doroz222 -> I just started trading
[142426] mattm -> no additional information can be provided until compliance completes their review
[142456] doroz222 -> how long does it take to review?
[142501] doroz222 -> a day?
[142507] doroz222 -> or two days?
[142528] mattm -> i have responded to that question multiple times already but would be happy to again
[142535] mattm -> a timeframe cannot be provided
[142538] mattm -> U412281
[142547] mattm -> no additional information can be provided until compliance completes their re

| | | | | | |
|---|---|---|---|---|---|
| **476987** | 2007-10-19 02:37:11 | **Customer:** doroz222/U412281 **Subject:** Customer Chat | 2007-10-19 02:38:51 | Customer | Chat |
| meganc | Closed | **Topics:** 1405 -> Liquidation | Low | Language | [Top] |

| | | | | |
|---|---|---|---|---|
| meganc | CRM | 2007-10-19 02:37:11 | 1409742 | Customer Chat |
| meganc | CRM | 2007-10-19 02:38:51 | 1409751 | [143711] ChatSys -> This chat is associated with ticket #476987. Please record this number for use in future inquiries. You are currently in room 'Trade Problems'.<br>[143711] meganc -> Hello, this is 'meganc'. How may I help you?<br>[143736] meganc -> Like you have been told before in previous chats,<br>[143740] meganc -> compliance is reviewing your account<br>[143746] meganc -> and no further information can be given at this time<br>[143850] ChatSys -> This chat session is being terminated by the CSR. |

| | | | | | |
|---|---|---|---|---|---|
| **478769** | 2007-10-22 09:23:09 | **Customer:** doroz222/U412281 **Subject:** Customer Chat | 2007-10-22 09:38:56 | Customer | Chat |
| ferni | Closed | **Topics:** 1405 -> Liquidation | Low | Language | [Top] |

2007

| | | | | | | |
|---|---|---|---|---|---|---|
| ferni | CRM | - 10 - 22 09:23:09 | 1412911 | Customer Chat | | |
| **478873** | 2007-10-22 09:38:59 | **Customer:** doroz222/U412281 **Subject:** Customer Chat **Topics:** 1399 -> Account Configuration/Permissions | 2007-10-22 10:03:10 | Customer | Chat | |
| ricoe | Closed | | Low | Language | [Top] | |
| ricoe | CRM | 2007 - 10 - 22 09:38:59 | 1413076 | Customer Chat | | |

[093859] ChatSys -> This chat is associated with ticket #478873. Please record this number for use in future inquiries. You are currently in room 'General '.
[093900] ricoe -> Hello, this is Rico. How may I help you ?
[093918] doroz222 -> Hello
[093936] doroz222 -> Please try to be here and not to go away
[093951] doroz222 -> I had a chat with your colleagues on friday
[094000] doroz222 -> the prblem is, that I can't trade and I do not understand why and how long
[094120] doroz222 -> I want to know why I can't trade and on what grounds are you preventing me from trading with my own money?
[094203] ricoe -> what exactly are you trying to trade, and what exactly happens when you place an order, do you get an error message?
[094224] doroz222 -> yes, message sais liqonly
[094305] ricoe -> ok, let me go and check, please hold on
[094441] doroz222 -> on what grounds are you doing that? please show me that section on my customer agreement that premits you to block my trading
[094548] ricoe -> according to my information here, this was done by our compliance department. Unfortunately I can not check the reason why. I will contact them right now, so they could contact you by phone to discuss this. Please hold on
[094741] doroz222 -> okay, but still - give me this part of customer agreement that allows you to block my account with no explanation!
[095033] ricoe -> ok, I just talked to our Compliance Department and this account is currently under investigation. Once this investigation has been

| | | | | |
|---|---|---|---|---|
| ricoe | CRM | 2007 - 10 - 22 10:03:10 | 1413286 | finished you will be contacted by our Compliance Department. Would you be reachable under +7 916 245 6491 `? [095126] doroz222 -> yes, but I'm not satisfied with such solution! [095222] doroz222 -> I want to know EXACT agreement or stock exchange rule that gives you the right to block my account! [095305] doroz222 -> and I'd like to get your Compliance Department contacts and name of this person who is investigating my account! [095414] doroz222 -> I'd like to get the answer today and not to wait another day without any explanation! [095418] ricoe -> unfortunately I can not assist you further regarding this problem, as explained our Compliance department is working on it and you will get a reply once this investigation is finished. [095432] ricoe -> I unfortunately can not give you any further information. [095452] doroz222 -> Is this the american dream how you understand it? Block clients money and not to explain what is coing on?? [095537] ricoe -> you have to wait until you get contacted by our Compliance [095546] doroz222 -> Give me the contact of this compliance department [095622] doroz222 -> my US-lawyer wants to talk with those people! [095711] doroz222 -> this is not funny anymore, you are braking the law if you are blocking my money and not explain to me why and how long! [095807] doroz222 -> I have to know on what grounds are you blocking my trades and you HAVE TO tell me. [095921] ricoe -> ok, you could provide me your lawyers name and address so I could pass this information along to our compliance department [100013] doroz222 -> no, my lawyer will contact you TODAY. [100051] doroz222 -> I don't want to wait until your compliance department calls to my lawyer someday in the future [100122] doroz222 -> Start acting like a customer service [100157] ricoe -> I see that you have already talked to us a few times on this, and you received all the time the same answer. You could provide me now your lawyers information so I could forward this to our compliance department, otherwise I would have to end now the chat. [100213] doroz222 -> I will pass this chat to the lawyer and it will not look good when you are not |

| | | | | |
|---|---|---|---|---|
| | | | | giving me information I have right to know. [100300] doroz222 -> You have not giving me any answers! [100304] ricoe -> Sir, I can just provide the information which Im allowed too. I will end now this conversation. Good bye. [100308] ChatSys -> This chat session is being terminated by the CSR |
| ricoe | CRM | 2007 - 10 - 22 10:23:09 | 1413482 | talked to Jeff Bauch regarding this, im not allowed to provide any information regarding the current investigation on that account, I told him that 3 times and then I closed the chat, customer has to wait for the reply from Compliance |