UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

|  |  |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION, | : <br> : |
| *Plaintiff,* | : <br> : |
| -*v.*- | : Case No.07 CIV 9606  (NRB) <br> : |
| OLEKSANDR DOROZHKO | : <br> : <br> : |
| *Defendant,* | : <br> : |

## CERTIFICATE OF SERVICE

I hereby certify that on October 31, 2007, a true copy of the foregoing were served by:

Electronic Mail and Courier Mail with Expedited International Service on Defendant Oleksandr Dorozhko at his last known address: Gojdi Str. 24-15, 8800, Uzhgorod, Ukraine;

Electronic Mail and Delivery of Copy on Charles Ross, Esquire at the Firm of Charles A. Ross and Associates, Trinity Center, 111 Broadway, Suite 1401, New York, New York 10006;

Electronic Mail and Delivery on Copy on Interactive Brokers, LLC, 209 LaSalle Street, 10th Floor, Chicago, Illinois 60604:

Summons in a Civil Action;

Complaint;

Notice of Plaintiff Securities and Exchange Commission's Emergency Application for a Temporary Restraining Order, an Order Freezing Assets and Granting Other Relief, and an Order to Show Cause Why a Preliminary Injunction Should Not Issue;

Emergency Application for a Temporary Restraining Order, an Order Freezing Assets and Granting Other Relief, and an Order to Show Cause Why a Preliminary Injunction Should Not Issue;

Temporary Restraining Order, an Order Freezing Assets and Granting Other Relief, and an Order to Show Cause Why a Preliminary Injunction Should Not Issue;
Declaration of Paul A. Gumagay with Attachments A through J;

Local Rule 6.1(d) Declaration of Paul A. Gumagay in Support of Plaintiff's Emergency Application for a Temporary Restraining Order, an Order Freezing Assets and Granting Other Relief, and an Order to Show Cause why a Preliminary Injunction Should Not Issue;

Plaintiff Securities and Exchange Commission's Memorandum of Law in Support of Emergency Application for a Temporary Restraining Order, an Order Freezing Assets and Granting Other Relief, and an Order to Show Cause Why a Preliminary Injunction Should Not Issue;

Individual Practices of Naomi Reice Buchwald, US District Judge;
Procedures for Electronic Case Filing;
Guidelines for Electronic Case Filing;
3rd Amended Instructions for Filing an Electronic Case.

October 31, 2007                                  _____/S/_____

                                                  Carl A. Tibbetts (Trial Counsel)
                                                  Assistant Chief Litigation Counsel
                                                  U.S. Securities and Exchange Commission
                                                  100 F Street, N.E.
                                                  Washington, DC 20549-4030
                                                  (202) 551-4483, (202) 772-9233 (Fax)
                                                  TibbettsC@Sec.Gov