Carl A. Tibbetts (CT 3248)
U.S. SECURITIES AND EXCHANGE COMMISSION
100 F STREET, N.E.
WASHINGTON, D.C. 20549-4030
(202) 551-4483, FAX (202) 772-9245
TibbettsC@SEC.GOV

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

U.S. SECURITIES AND EXCHANGE COMMISSION,
    Plaintiff,
    v.
OLEKSANDR DORPZHKO,
    Defendant.

07 Civ. 9606 (NRB)(RLE)

---

### APPLICATION, PETITION AND MOTION TO APPEAR AND PARTICIPATE *PRO HAC VICE*

I, Carl A. Tibbetts, hereby petition and move this Court for leave to appear on behalf of the Plaintiff, the United States Securities and Exchange Commission, an agency of the United States Government in this action. In support of this petition I hereby state that:

My office address is : United States Securities and Exchange Commission
    Division of Enforcement, Trial Unit
    100 F Street, N.E.
    Washington, D.C. 20549-4030

I am an assistant chief litigation counsel for the United States Securities and Exchange Commission with my residence located at 8313 Green Heron Way, Lorton, Virginia 22079.

My office telephone number is (202) 551-4483; my facsimile number is (202) 772-9245, 9233; my electronic mail is TibbettsC@Sec.Gov.

I am admitted to practice before the:

State Bar of the Commonwealth of Pennsylvania on January 16, 1978 (27023);
Bar of the District of Columbia on December 5, 1979 (281139);
State Bar of the Commonwealth of Virginia on September 8, 1983 (22783);
Federal Bar of the United States District Court for the District of Columbia
   on April 6, 1981;
United States Court of Appeals for the District of Columbia on April 24, 1981;
United States District Courts for the Western and Eastern Districts of Virginia
   on November 1, 1983;
United States Court of Appeals for the Fourth Circuit on June 7, 1985; and
United States Supreme Court on June 9, 1986.

I am currently in good standing and eligible to practice in said Courts and in all Courts in which I am admitted.

I am not currently suspended or disbarred by any Court.

I declare under penalty of perjury that the foregoing is true and correct.

**Carl A. Tibbetts (CT 3248)**
Assistant Chief Litigation Counsel
U.S. Securities and Exchange Commission
100 F Street, N.E.
Washington, D.C. 20549-4030
(202) 551-4483; fax: (202) 772-9245
E Mail: TibbettsC@Sec.Gov.

Dated: October 31, 2007, Washington, D.C.



# District of Columbia Court of Appeals
### Committee on Admissions
500 Indiana Avenue, N.W. — Room 4200
Washington, D. C. 20001
202 / 879-2710

I, GARLAND PINKSTON, JR., Clerk of the District of Columbia Court of Appeals, do hereby certify that

CARL ALAN TIBBETTS

was on the 13TH day of SEPTEMBER, 1979 duly qualified and admitted as an attorney and counselor and entitled to practice before this Court and is, on the date indicated below, an active member in good standing of this Bar.

In Testimony Whereof, I have hereunto subscribed my name and affixed the seal of this Court at the City of Washington, D.C., on October 31, 2007.

GARLAND PINKSTON, JR., CLERK

By: _____
Deputy Clerk

SDNY (Rev. 10/2006) Order for Admission Pro Hac Vice on Written Motion

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

U.S. SECURITIES AND           Plaintiff,
EXCHANGE COMMISSION

07 cv 9606 (NRB CRLE)

- against -

OLEKSANDR DORPZHKO,           Defendant.

**ORDER FOR ADMISSION
PRO HAC VICE
ON WRITTEN MOTION**

Upon the motion of  Paul Gumagay           attorney for   U.S. Securities and Exchange Commission
and said sponsor attorney's affidavit in support;
**IT IS HEREBY ORDERED** that

| | |
|---|---|
| Applicant's Name: | Carl A. Tibbetts |
| Firm Name: | UNITED STATES SECURITIES & EXCHANGE COMM. |
| Address: | 100 F Street, N.E. |
| City/State/Zip: | Washington, D.C. 20549-4030 |
| Telephone/Fax: | (202) 551-4483 |
| Email Address: | TibbettsC@Sec.Gov |

is admitted to practice pro hac vice as counsel for   U.S. Securities and Exchange Commiss  in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. If this action is assigned to the Electronic Case Filing (ECF) system, counsel shall immediately apply for an ECF password at nysd.uscourts.gov. Counsel shall forward the pro hac vice fee to the Clerk of Court.

Dated:
City, State:

United States District/Magistrate Judge

FOR OFFICE USE ONLY: FEE PAID $            SDNY RECEIPT#
SDNY Form Web 10/2006

Carl A. Tibbetts (CT 3248)
U.S. SECURITIES AND EXCHANGE COMMISSION
100 F STREET, N.E.
WASHINGTON, D.C. 20549-4030
(202) 551-4483; fax: 202-772-9245, 9233
E Mail: TibbettsC@Sec.Gov

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

U.S. SECURITIES AND EXCHANGE COMMISSION, :
       Plaintiff,
:
   v.                              07 Civ. 9606 (NRB)(RLE)
:
OLEKSANDR DOROZHKO, Defendant, :

### ORDER

IT IS ORDERED that the *Pro Hac Vice* Application of Carl A. Tibbetts, Assistant Chief Litigation Counsel for the United States Securities and Exchange Commission, Plaintiff in the above styled case, is hereby approved.

DATED: October    2007.    _____

                                       United States District Judge
                                       for the Southern District of New York

Requested by: */s/ Carl A. Tibbetts*
**Carl A. Tibbetts (CT 3248)**
Assistant Chief Litigation Counsel
U.S. Securities and Exchange Commission