⸙AO 458 (Rev. 10/95) Appearance

# UNITED STATES DISTRICT COURT

| SOUTHERN | DISTRICT OF | NEW YORK |

**APPEARANCE**

SEC V. OLEKSANDR DOROZHKO                Case Number: 07 CIV. 9606

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for
OLEKSANDR DOROZHKO

I certify that I am admitted to practice in this court.

| 11/6/2007 | *Charles A. Ross* (CR) |
| Date | Signature |

CHARLES A. ROSS                                                         CR-1331
Print Name                                                              Bar Number

111 BROADWAY, SUITE 1401
Address

NEW YORK            NEW YORK            10006
City                State               Zip Code

(212) 616-3030                          (212) 616-3031
Phone Number                            Fax Number

cross@crossassoc.com