# EXHIBIT A



**CIB KÖZÉP-EURÓPAI NEMZETKÖZI BANK RT.**
**CENTRAL-EUROPEAN INTERNATIONAL BANK LTD.**

LAKOSSÁGI KÖZPONT
H-1062 BUDAPEST, ANDRÁSSY ÚT 70.  H-1364 BUDAPEST, P.O. BOX. 170
TEL.: (36-1) 302-7701 · FAX: (36-1) 374-8665
BANCA COMMERCIALE ITALIANA GROUP
ITALIAN BANKING GROUP REGISTRY CODE NO. 20024

IKT.SZ: 217/2007-ZOLD

**Subject: Certification**

The Central-European International Bank Ltd., Budapest hereby confirms that it keeps an account for Dorozhko Oleksandr (Russia, 1954.08.13, mother's name: Marija Mirovska, Passport nr. 565300, Permanent adr.: 88000 Uzhgorod Gojdi Str. 24 ), since 10.09.2007 and up to now no problems have arisen concerning her payment obligations.

The account number is:

**10700419 58012794 50000005 (USD)**

The total available balance on her account exceeds **USD 997,-** of today.

Please note that the above certificate has been issued upon request of our client, confidential and no liability shall be attached to the Bank or its officers for any of the information given herewith.

Budapest, 10. Sept., 2007.

CIB BANK ZRT.
1013 Budapest, Krisztina tér 10
Telefon: 224-7160
Fax: 224-7169