# EXHIBIT B

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

SECURITIES AND EXCHANGE COMMISSION, :

                           *Plaintiff,* :

                –v.–                  :     Case No.07 CIV 9606

OLEKSANDR DOROZHKO            :

                        *Defendant,* :

---

### PLAINTIFF SECURITIES AND EXCHANGE COMMISSION'S NOTICE OF DEPOSITION AND REQUEST FOR PRODUCTION OF DOCUMENTS FROM DEFENDANT OLEKSANDR DOROZHKO

PLEASE TAKE NOTICE that pursuant to the <u>Temporary Restraining Order, An Order Freezing Assets And Granting Other Relief, And An Order To Show Cause Why A Preliminary Injunction Should Not Issue</u> dated October 29, 2007 ("Court Order"), and Rules 26 and 30 of the Federal Rules of Civil Procedure, Plaintiff Securities and Exchange Commission will take the deposition of the Defendant Oleksandr Dorozhko ("Dorozhko") upon oral examination and before an officer authorized by law to administer oaths, at the location and on the date set forth below.

| <u>Name</u> | <u>Date, Time, and Location</u> |
| --- | --- |
| Oleksandr Dorozhko | Thursday, November 8, 2007<br>10:00 a.m.<br>U.S. Securities and Exchange Commission<br>3 World Financial Center<br>Suite 400<br>New York, NY 10281-1022 |

PLEASE TAKE FURTHER NOTICE that pursuant to the Court Order, and Rules 26 and 34 of the Federal Rules of Civil Procedure, Defendant Dorozhko shall produce all

of the following documents in accordance with the Definitions and Instructions set forth

below.  Such production shall be made at the offices of the U.S. Securities and Exchange

Commission, 3 World Financial Center, Suite 400, New York, NY 10281-1022 at the

time of his deposition.

## DEFINITIONS

1.    The uniform definitions and rules of construction in discovery requests set forth in

Local Civil Rule 26.3 of the Southern District of New York are incorporated by

reference herein.

2.    As used herein, "you" and "your" means Oleksandr Dorozhko, his spouse (if

married), his minor children (if any), and any person or entity acting or purporting to

act on behalf of any of them or through whom any of them, directly or indirectly, or

through any alias, trade, or business name, conduct any business.

3.    As used herein, "IMS Health" means IMS Health Incorporated, its affiliates,

subsidiaries, present and former officers and directors, employees, agents,

representatives, and all other persons or entities acting on its behalf.

## INSTRUCTIONS

1.    This request cover all documents in, or subject to, your possession, custody, or

control, including all documents that you have the effective ability to obtain, that

are responsive, in whole or in part, to this request.  All documents should be

produced in the manner provided in Rule 34(b) of the Federal Rules of Civil

Procedure, i.e., as the documents are kept in the usual course of business, or

organized and labeled to correspond to the document categories specified herein

to which they are responsive.

2.    The uniform definitions and rules of construction in discovery requests set forth in Local Civil Rule 26.2 of the Southern District of New York are incorporated by reference herein. Any claim of privilege over documents must conform to the requirements of Local Civil Rule 26.2.

3.    If any document responsive to this request was, but no longer is, in your possession or subject to your control or is no longer in existence, state whether such document has been:

    (a)    missing or lost;

    (b)    destroyed;

    (c)    transferred to others; or

    (d)    otherwise disposed of;

and, in any of the above four instances, set forth the surrounding circumstances and any authorization for such disposition and, if the document still exists, its present location and custodian.

4.    Unless otherwise specified, this request calls for the production of responsive documents dated, prepared, sent or received during, or pertaining to, the period commencing January 1, 2005 through and including the date of your response to this request.

### DOCUMENT REQUEST

1.    All documents concerning communications between you and any other individual or entity concerning IMS Health, including but not limited to any matters mentioned in IMS Health's announcement on October 17, 2007 (copy attached), including but not

limited to notes of conversations and meetings, memoranda, correspondence, and electronic messages.

2.    All documents concerning all brokerage accounts and all transactions in securities in your name, in which you have or have had any beneficial interest, or over which you exercise or have exercised any control, whether direct or indirect, including but not limited to:

    a.    account opening documents, new account forms, options and margin agreements, discretionary trading authorizations, and powers of attorney;

    b.    monthly and other periodic account statements;

    c.    correspondence and all other documents concerning any and all activity in the account;

    d.    checks, wire transfers, and other documents concerning payments made for all transactions in the securities of IMS Health;

    e.    order tickets and confirmations concerning transactions in the securities of IMS Health;

    f.    documents concerning the disposition, use, or withdrawal of any funds from the account; and

    g.    any document relating to any other person whom you have any reason to believe has or has had any direct or indirect interest in such account.

3.    All documents concerning IMS Health that you had on October 17, 2007 that formed the reasons, bases, or purposes for each of your transaction(s) in the securities of IMS Health reflected in the account documents identified in response to Item 2, above.

4

4.  All documents, whether maintained by you or on your behalf, concerning your appointments and activities, including but not limited to business and personal calendars, diaries, telephone logs, date books, address books, and appointment books.

5.  All documents concerning any agreement, arrangement, or understanding between you and any other person or entity that were in effect at any time concerning the sharing or allocation of profits or losses from any securities transactions (whether or not such transactions involved the securities of IMS Health) or providing for compensation in whole or in part based on such profits or losses.

6.  All rolodexes and similar lists of names, addresses, and telephone numbers used or maintained by you or on your behalf.

7.  Documents sufficient to identify all telephone numbers or telephone extension numbers issued or assigned to you or used by you, or assigned to the address at Gojdi Str. 24-15, 88000, Uzhgorod, Ukraine, including but not limited to business and personal telephones, telephone charge cards, pagers, cellular telephones, and Internet phones.

8.  All telephone billing records, records of toll charges, telephone logs, ledgers, message slips, and any other documents concerning telephone calls made from or to any telephone number, telephone extension number, pager, or charge to any telephone charge card identified in response to Item 7, above.

9.  All documents concerning all accounts in any bank or other financial institution in your name, in which you have or have had any beneficial interest, or over which you exercise or have exercised any control, whether direct or indirect, all:

a.   account opening documents, including but not limited to new account forms and powers of attorney;

b.   monthly and other periodic account statements;

c.   correspondence and other documents concerning the activity in the account;

d.   checks, wire transfers, and other documents concerning all withdrawals from the account; and

e.   documents concerning all deposits to the accounts.

10.   Any document that relates to or identifies any person whom you have any reason to believe may have access or taken access to any information concerning IMS Health via the Internet.

11.   All documents concerning policies, procedures, or standards of conduct relating to restrictions on securities trading and the use of confidential information.

12.   All documents concerning your business travel or entertainment at any time after October 16, 2006, including without limitation all travel vouchers, expense vouchers, or other records of expenses, together with all documents in support or explanation thereof.

13.   All documents concerning communications to or from the e-mail address odorozhko@yahoo.com and/or telephone number +7 916 245 6491.

14.   All documents concerning, referring to, or evidencing hacking, computer network intrusions, or database intrusions, including but not limited to online discussion boards, web blogs, or online memberships that discussed hacking, computer network intrusions, or database intrusions.

15. All documents relating to any person whom you have reason to believe may have traded in IMS Health security in October 2007.

16. All documents concerning, referring to, or reflecting all identifying information for any Internet Service Providers (ISP) that you had or have had access to between September 2007 and October 2007, including but not limited to the names, account numbers, and access codes for the ISPs.

Dated: November 5, 2007

Robert B. Blackburn (RB 1545)
Local Counsel
U.S. Securities and Exchange Commission
3 World Financial Center, Room 4300
New York, New York 10281-1022
(212) 336-1050
(212) 336-1317 (Fax)

Carl A. Tibbetts (Trial Counsel)
Christopher R. Conte
Charles E. Cain
Christine E. Neal
Paul A. Gumagay (PG0805)
Suzanne E. Ashley
Attorneys for Plaintiff
U.S. Securities and Exchange Commission
100 F Street, N.E.
Washington, DC 20549-4030
(202) 551-4483 (Tibbetts)
(202) 551-4443 (Gumagay)
(202) 772-9233 (Fax)

## CERTIFICATE OF SERVICE

I certify that I served a copy of the foregoing <u>Plaintiff Securities And Exchange Commission's Notice Of Deposition And Request For Production Of Documents From Defendant Oleksandr Dorozhko</u> via e-mail and by Federal Express for overnight delivery, as indicated below, on November 5, 2007 to the following persons at the addresses set forth below:

Oleksandr Dorozhko
Gojdi Str. 24-15
Uzhgorod, 88000
Ukraine
***Via Federal Express***
***& E-mail at*** <u>***odorozhko@yahoo.com***</u>

Charles A. Ross, Esq.
Charles A. Ross & Associates
111 Broadway
Suite 1401
New York, NY 10006
***Via Federal Express***
***& E-mail at*** <u>***cross@carossassoc.com***</u>

_____
Paul A. Gumagay

<MENU> to return to headlines.                                    Equity**CN**

| Search | GO | Options | Related Info | BUS Oct 17 2007 16:33:01 |
|---|---|---|---|---|

IMS Health Announces 12 Percent Revenue Growth In Third Quarter      Page 1/22

### Results in U.S., Consulting Drive Growth

NORWALK, Conn.--(BUSINESS WIRE)--October 17, 2007
IMS Health (NYSE: RX), the world's leading provider of market
intelligence to the pharmaceutical and healthcare industries, today
announced third-quarter 2007 revenue of $538.8 million, up 12 percent
or 8 percent on a constant-dollar basis, compared with revenue of
$482.7 million for the third quarter of 2006.

Operating income in the third quarter of 2007 was $117.1 million,
up 1 percent on both a reported and constant-dollar basis, compared
with $115.4 million in the year-earlier period.

"IMS's results for the third quarter reflect solid gains in our
U.S. operations and more moderate growth in Europe," said David R.
Carlucci, IMS chairman and chief executive officer. "In an
increasingly demanding healthcare environment, momentum in our
consulting business was very strong as clients continue to recognize
the value of our strategic recommendations and industry perspective.

<MENU> to return to headlines.                              Equity**CN**

| Search | GO | Options | Related Info | BUS Oct 17 2007 16:33:01 |
|---|---|---|---|---|

IMS Health Announces 12 Percent Revenue Growth In Third Quarter          Page 2/22

Our clients' challenges present considerable opportunities for us.
We're focused on these opportunities, and remain well-positioned to
help drive their continued success."

Third-quarter 2007 diluted earnings per share on a GAAP basis was
$0.29, compared with $0.34 in the prior-year quarter, a 15 percent
decline. Earnings per share for the third quarter of 2007 included a
tax provision related to a change in the German federal tax rate. When
adjusted for this item, and the phasing of tax benefits, tax
provisions, and foreign exchange hedge gains and losses, earnings per
share on a non-GAAP basis for this year's third quarter would have
been $0.36, unchanged year over year (See Note c to the financial
tables).

Net income on a GAAP basis was $57.1 million, compared with $69.3
million in the year-earlier quarter, down 18 percent. Net income for
the third quarter of 2007 included the German tax provision. When
adjusted for this item, and the phasing of tax benefits, tax
provisions, and foreign exchange hedge gains and losses, net income on
a non-GAAP basis for this year's third quarter would have been $71.6
million, a decline of $1.9 million (See Note c to the financial

&lt;MENU&gt; to return to headlines.                                    Equity**CN**

| Search | | GO | Options | Related Info | | BUS Oct 17 2007 16:33:01 |

IMS Health Announces 12 Percent Revenue Growth In Third Quarter    Page 3/22
tables).

Year-to-Date Results

For the first nine months of 2007, revenues were $1,586.6 million,
up 12 percent or 9 percent constant dollar, compared with revenue of
$1,415.1 million for the first nine months of 2006. Operating income
for the first nine months of 2007 was $346.3 million, up 9 percent on
a reported and constant-dollar basis, compared with $318.5 million in
the year-earlier period.

For the first nine months of 2007, diluted earnings per share on a
GAAP basis was $1.08, compared with $1.20 in the prior-year period.
Earnings per share for the first nine months of 2007 and 2006 included
net tax benefits and foreign exchange hedge gains and losses, while
the second quarter of 2006 included income and expenses related to the
terminated merger with The Nielsen Company (formerly VNU, N.V.). When
adjusted for these items, on a non-GAAP basis, earnings per share for
the first nine months of 2007 would have grown $0.09 year over year to
$1.10 (See Note c to the financial tables).

&lt;MENU&gt; to return to headlines.                                          Equity**CN**

| Search | | GO | Options | | Related Info | | BUS Oct 17 2007 16:33:01 |

IMS Health Announces 12 Percent Revenue Growth In Third Quarter     Page 4/22

Net income on a GAAP basis was $216.1 million, compared with $250.0 million in the first nine months of 2006. Net income for the first nine months of 2007 and 2006 included net tax benefits and foreign exchange hedge gains and losses, while the second quarter of 2006 included merger-related income and expenses. Adjusted for these items, on a non-GAAP basis, net income for this year's first nine months would have grown $11.3 million to $220.9 million (See Note c to the financial tables).

Balance Sheet Highlights

IMS's cash and cash equivalents as of September 30, 2007 totaled $196.0 million, compared with $157.3 million on December 31, 2006. Total debt as of September 30, 2007 was $1,197.6 million, up from $975.4 million at the end of 2006, due to borrowings in connection with 2007 share repurchases.

Share Repurchase Program, Shares Outstanding

During the third quarter, 2.0 million shares were repurchased at a total cost of $59.2 million, bringing the total shares repurchased in

<MENU> to return to headlines.                                    Equity**CN**

| Search | GO | Options | Related Info | BUS Oct 17 2007 16:33:01 |
|--------|----|---------|--------------|--------------------------|

IMS Health Announces 12 Percent Revenue Growth In Third Quarter        Page 5/22

the first nine months of 2007 to 13.2 million shares at a total cost
of $392.8 million. There remain approximately 3.3 million shares
available to repurchase under the current Board of Directors'
authorization.

The number of shares outstanding as of September 30, 2007 was
approximately 194.0 million, compared with 198.4 million as of
September 30, 2006.

About IMS

Operating in more than 100 countries, IMS Health is the world's
leading provider of market intelligence to the pharmaceutical and
healthcare industries. With $2.0 billion in 2006 revenue and more than
50 years of industry experience, IMS offers leading-edge market
intelligence products and services that are integral to clients'
day-to-day operations, including portfolio optimization capabilities;
launch and brand management solutions; sales force effectiveness
innovations; managed care and consumer health offerings; and
consulting and services solutions that improve ROI and the delivery of
quality healthcare worldwide. Additional information is available at

Australia 61 2 9777 8600        Brazil 5511 3048 4500        Europe 44 20 7330 7500        Germany 49 69 920410
Hong Kong 852 2977 6000 Japan 81 3 3201 8900 Singapore 65 6212 1000 U.S. 1 212 318 2000 Copyright 2007 Bloomberg L.P.
                                                                        G718-891-1 19-Oct-2007 17:51:06

<MENU> to return to headlines.                                    Equity**CN**

| Search | | GO | Options | Related Info | | BUS Oct 17 2007 16:33:01 |
|---|---|---|---|---|---|---|

IMS Health Announces 12 Percent Revenue Growth In Third Quarter     Page 6/22
http://www.imshealth.com.

   Conference Call and Webcast Details

   IMS will host a conference call at 5:00 p.m. Eastern time today to
discuss its third-quarter results. To participate, please dial
1-800-952 6697 (U.S. and Canada) and 1-212-231 2939 (outside the U.S.
and Canada) approximately 15 minutes before the scheduled start of the
call. The conference call also will be accessible live on the Investor
Relations section of the IMS Website at www.imshealth.com. Prior to
the conference call, a copy of this press release and any other
financial or statistical information presented during the call will be
made available in the "Investors" area of IMS's Website.

   A replay of the conference call will be available online on the
"Investors" section of the IMS Website and via telephone by dialing
1-800-633 8284 (U.S. and Canada) or 1-402-977 9140 (outside the U.S.
and Canada), and entering access code 21351004 beginning at 7:30 p.m.
Eastern time today.

   Forward-Looking Statements
Australia 61 2 9777 8600       Brazil 5511 3048 4500       Europe 44 20 7330 7500       Germany 49 69 920410
Hong Kong 852 2977 6000 Japan 81 3 3201 8900 Singapore 65 6212 1000 U.S. 1 212 318 2000 Copyright 2007 Bloomberg L.P.
                                                                           G718-891-1 19-Oct-2007 17:51:06

<MENU> to return to headlines.                                    Equity**CN**

| Search | GO | Options | Related Info | BUS Oct 17 2007 18:33:01 |
|--------|-----|---------|--------------|---------------------------|

IMS Health Announces 12 Percent Revenue Growth In Third Quarter        Page 7/22

This press release includes statements that may constitute
forward-looking statements made pursuant to the safe harbor provisions
of the Private Securities Litigation Reform Act of 1995. Although IMS
Health believes the expectations contained in such forward-looking
statements are reasonable, it can give no assurance that such
expectations will prove correct. This information may involve risks
and uncertainties that could cause actual results of IMS Health to
differ materially from the forward-looking statements. Factors that
could cause or contribute to such differences include, but are not
limited to (i) the risks associated with operating on a global basis,
including fluctuations in the value of foreign currencies relative to
the U.S. dollar, and the ability to successfully hedge such risks,
(ii) regulatory, legislative and enforcement initiatives, particularly
in the areas of data access and utilization and tax, (iii) to the
extent unforeseen cash needs arise, the ability to obtain financing on
favorable terms, (iv) to the extent IMS Health seeks growth through
acquisitions and joint ventures, the ability to identify, consummate
and integrate acquisitions and joint ventures on satisfactory terms,
(v) the ability to develop new or advanced technologies and systems
for its businesses on time and on a cost-effective basis, and (vi)

<MENU> to return to headlines.                                    Equity**CN**

| Search | GO | Options | Related Info | BUS Oct 17 2007 16:33:01 |
|--------|----|---------|--------------|---------------------------|

IMS Health Announces 12 Percent Revenue Growth In Third Quarter        Page 8/22

deterioration in economic conditions, particularly in the
pharmaceutical, healthcare or other industries in which IMS Health's
customers operate. Additional information on factors that may affect
the business and financial results of the Company can be found in the
filings of the company made from time to time with the Securities and
Exchange Commission.

-0-
*T

Table 1
IMS Health
GAAP Income Statement
Three Months Ended September 30
(unaudited, in millions except per share)

|  | 2007 GAAP | 2006 GAAP | % Fav (Unfav) | Non-GAAP Constant $ Growth % |
|--|-----------|-----------|---------------|------------------------------|
| Revenue (a) |  |  |  |  |
| Sales Force Effectiveness | $252.8 | $226.1 | 12 % | 9 |

Australia 61 2 9777 8600        Brazil 5511 3048 4500        Europe 44 20 7330 7500        Germany 49 69 920410
Hong Kong 852 2977 6000 Japan 81 3 3201 8900 Singapore 65 6212 1000 U.S. 1 212 318 2000 Copyright 2007 Bloomberg L.P.
G718-891-1 19-Oct-2007 17:51:06

<MENU> to return to headlines.                                      Equity**CN**

| Search | GO | Options | Related Info | BU8 Oct 17 2007 18:33:01 | |
|---|---|---|---|---|---|

IMS Health Announces 12 Percent Revenue Growth In Third Quarter    Page 9/22

| | | | | |
|---|---|---|---|---|
| Portfolio Optimization | 148.6 | 134.7 | 10 | 7 |
| Launch, Brand and Other | 137.4 | 122.0 | 13 | 9 |
| | ------- | ------- | | |
| Total | 538.8 | 482.7 | 12 | 8 |

Revenue Detail:

-----------------------------------

| | | | | |
|---|---|---|---|---|
| Information & Analytics ("I&A") Revenue | 421.6 | 396.5 | 6 | 3 |
| Consulting & Services ("C&S") Revenue | 117.2 | 86.2 | 36 | 31 |
| | ------- | ------- | | |
| Total Revenue | 538.8 | 482.7 | 12 | 8 |

Operating Expenses (b)

| | | | |
|---|---|---|---|
| Operating Costs of I&A | (179.0) | (165.0) | (8) |
| Direct and Incremental Costs of C&S | (54.0) | (43.6) | (24) |
| Selling and Administrative | (157.0) | (129.7) | (21) |
| External-use Software Amortization | (12.2) | (11.0) | (11) |

Australia 61 2 9777 8600       Brazil 5511 3048 4500       Europe 44 20 7330 7500       Germany 49 69 920410
Hong Kong 852 2977 6000 Japan 81 3 3201 8900 Singapore 65 6212 1000 U.S. 1 212 318 2000 Copyright 2007 Bloomberg L.P.
                                                                           G718-891-1 19-Oct-2007 17:51:07

<MENU> to return to headlines.                                    Equity**CN**

| Search | GO | Options | Related Info | | BUS Oct 17 2007 16:33:01 |
| --- | --- | --- | --- | --- | --- |

IMS Health Announces 12 Percent Revenue Growth In Third Quarter          Page 10/22

| | | | | | |
| --- | --- | --- | --- | --- | --- |
| Depreciation and Other | | | | | |
| Amortization | | (19.5) | (18.0) | (8) | |
| Merger Costs | | 0.0 | 0.0 | 0 | |
| | | ------- | ------- | | |
| Total | | (421.7) | (367.3) | (15) | |
| | | | | | |
| Operating Income (a) | | 117.1 | 115.4 | 1 % | 1 |
| | | | | | |
| Interest expense, net | | (8.0) | (9.3) | 14 | |
| Gains (losses) from investments, | | | | | |
| net | | 0.4 | (0.3) | NM | |
| Other Income (Expense), net | | (9.6) | (0.4) | NM | |
| | | ------- | ------- | | |
| Pretax Income | | 99.9 | 105.4 | (5) | |
| | | | | | |
| Provision for Income Taxes | | (42.8) | (36.1) | (18) | |
| | | ------- | ------- | | |
| Net Income | | 57.1 | $69.3 | (18) | |
| | | | | | |
| Diluted EPS: | | | | | |
| Total Diluted EPS | | $0.29 | $0.34 | (15) % | |

Australia 61 2 9777 8600        Brazil 5511 3048 4500        Europe 44 20 7330 7500        Germany 49 69 920410
Hong Kong 852 2977 6000 Japan 81 3 3201 8900 Singapore 65 6212 1000 U.S. 1 212 318 2000 Copyright 2007 Bloomberg L.P.
G718-891-1 19-Oct-2007 17:51:07

<MENU> to return to headlines.                                      Equity**CN**

| Search | GO | Options | Related Info | BUS Oct 17 2007 16:33:01 |
|--------|----|---------|--------------|--------------------------|

IMS Health Announces 12 Percent Revenue Growth In Third Quarter    Page 11/22

Shares Outstanding:
    Weighted Average Diluted            198.4    204.9
    End-of-Period Actual                194.0    198.4
    Weighted Average Basic              194.9    200.9
*T

   The accompanying notes are an integral part of these financial
tables.

-0-
*T

Table 2
IMS Health
GAAP Income Statement
Nine Months Ended September 30
(unaudited, in millions except per share)

% Fav    Non-GAAP
(Unfav)   Constant $
2007 GAAP 2006 GAAP   Growth %

<MENU> to return to headlines.                                    Equity**CN**

| Search | GO | Options | Related Info | BUS Oct 17 2007 16:33:01 |
|---|---|---|---|---|

IMS Health Announces 12 Percent Revenue Growth In Third Quarter      Page 12/22

Revenue (a)

| | | | | |
|---|---|---|---|---|
| Sales Force Effectiveness | $732.1 | $670.2 | 9% | 7 |
| Portfolio Optimization | 460.1 | 403.0 | 14 | 11 |
| Launch, Brand and Other | 394.5 | 341.8 | 15 | 11 |
| Total | 1,586.6 | 1,415.1 | 12 | 9 |

Revenue Detail:

--------------------------------

| | | | | |
|---|---|---|---|---|
| Information & Analytics ("I&A") Revenue | 1,255.6 | 1,167.4 | 8 | 5 |
| Consulting & Services ("C&S") Revenue | 331.0 | 247.7 | 34 | 29 |
| Total Revenue | 1,586.6 | 1,415.1 | 12 | 9 |

Operating Expenses (b)
   Operating Costs of I&A     (531.5)   (489.5)   (9)
   Direct and Incremental Costs

Australia 61 2 9777 8600       Brazil 5511 3048 4500       Europe 44 20 7330 7500       Germany 49 69 920410
Hong Kong 852 2977 6000 Japan 81 3 3201 8900 Singapore 65 6212 1000 U.S. 1 212 318 2000 Copyright 2007 Bloomberg L.P.
G718-691-1 19-Oct-2007 17:51:07

&lt;MENU&gt; to return to headlines.                                    Equity**CN**

| Search | GO | Options | Related Info | BUS Oct 17 2007 16:33:01 |

IMS Health Announces 12 Percent Revenue Growth In Third Quarter    Page 13/22

|  |  |  |  |  |
|---|---|---|---|---|
| of C&S | (164.6) | (129.0) | (28) | |
| Selling and Administrative | (450.8) | (387.0) | (17) | |
| External-use Software Amortization | (35.8) | (32.2) | (11) | |
| Depreciation and Other Amortization | (57.5) | (52.9) | (9) | |
| Merger Costs | 0.0 | (6.0) | NM | |
| | --------- | --------- | | |
| Total | (1,240.3) | (1,096.6) | (13) | |
| Operating Income (a) | 346.3 | 318.5 | 9% | 9 |
| Interest expense, net | (22.4) | (25.2) | 11 | |
| Gains (losses) from investments, net | 2.3 | 2.4 | (5) | |
| Other Income (Expense), net | (12.4) | 38.2 | NM | |
| | --------- | --------- | | |
| Pretax Income | 313.8 | 333.9 | (6) | |
| Provision for Income Taxes | (97.7) | (83.9) | (17) | |
| | --------- | --------- | | |

\<MENU\> to return to headlines.                                    Equity**CN**

| Search | GO | Options | Related Info | BUS Oct 17 2007 16:33:01 |
|--------|-----|---------|--------------|--------------------------|

IMS Health Announces 12 Percent Revenue Growth In Third Quarter    Page 14/22

| Net Income | $216.1 | $250.0 | (14) |
|------------|--------|--------|------|

Diluted EPS:
    Total Diluted EPS          $1.08     $1.20   (10)%

Shares Outstanding:
 Weighted Average Diluted      200.1     207.5
  End-of-Period Actual         194.0     198.4
  Weighted Average Basic       196.0     203.6
*T

    The accompanying notes are an integral part of these financial
tables.

-0-
*T

<div align="center">

Table 3
IMS Health
Selected Consolidated Balance Sheet Items
(unaudited, in millions)

</div>

Australia 61 2 9777 8600        Brazil 5511 3048 4500        Europe 44 20 7330 7500        Germany 49 69 920410
Hong Kong 852 2977 6000 Japan 81 3 3201 8900 Singapore 65 6212 1000 U.S. 1 212 318 2000 Copyright 2007 Bloomberg L.P.
G716-891-1 19-Oct-2007 17:51:08

<MENU> to return to headlines.                                    Equity**CN**

| Search | GO | Options | Related Info | BUS Oct 17 2007 16:33:01 |
|--------|-----|---------|--------------|--------------------------|

IMS Health Announces 12 Percent Revenue Growth In Third Quarter    Page 15/22

|                          | Sep. 30, 2007 | Dec. 31, 2006 |
|--------------------------|---------------|---------------|
| Cash and cash equivalents | $196.0       | $157.3        |
| Accounts receivable, net  | 423.1        | 367.4         |
| Total long-term debt      | 1,197.6      | 975.4         |

*T

   The accompanying notes are an integral part of these financial tables.

   IMS Health

   NOTES TO FINANCIAL TABLES

   a) Reference to Constant Dollar Growth (non-GAAP).
"Constant-dollar growth (non-GAAP)" rates eliminate the impact of year-over-year foreign currency fluctuations (Table 1). IMS reports results in U.S. dollars but does business on a global basis. Exchange

Australia 61 2 9777 8600     Brazil 5511 3048 4500     Europe 44 20 7330 7500     Germany 49 69 920410
Hong Kong 852 2977 6000 Japan 81 3 3201 8900 Singapore 65 6212 1000 U.S. 1 212 318 2000 Copyright 2007 Bloomberg L.P.
G718-891-1 19-Oct-2007 17:51:08

<MENU> to return to headlines.                          Equity**CN**

| Search | | GO | Options | Related Info | BUS Oct 17 2007 16:33:01 |

IMS Health Announces 12 Percent Revenue Growth In Third Quarter    Page 16/22
rate fluctuations affect the rate at which IMS translates foreign
revenues and expenses into U.S. dollars and have important effects on
results. In order to illustrate these effects, IMS provides the
magnitude of changes in revenues and operating income in constant
dollar terms. IMS uses results at constant-dollar rates for purposes
of global business decision-making, including developing budgets and
managing expenditures. IMS management believes this information, when
read together with U.S. GAAP results, facilitates a comparative view
of business growth. Constant-dollar rates are not prepared under U.S.
GAAP and are not a replacement for the more comprehensive information
for investors included in IMS's U.S. GAAP results. The method IMS uses
to prepare constant-dollar rates differs in significant respects from
U.S. GAAP and is likely to differ from the methods used by other
companies.

    b) Operating expenses in 2006 reflect a reclassification between
operating costs and selling and administrative expenses to make them
comparable with the 2007 presentation.

    c) Net income and fully diluted EPS for the three and nine months
ended September 30, 2007 included the following notable items:

22                                                                      Equity**CN**

| Search | GO | Options | Related Info | BUS Oct 17 2007 16:33:01 |
|--------|-----|---------|--------------|--------------------------|

IMS Health Announces 12 Percent Revenue Growth In Third Quarter        Page 17/22

-- In Provision for income taxes, a $7.5 million tax provision
   ($0.04 EPS impact) recorded in the three months ended
   September 30, 2007 to revalue net deferred tax assets in
   Germany as a result of a reduction in the statutory German
   federal tax rate during the quarter.

-- In Provision for income taxes, a $20.9 million tax benefit
   during the first quarter of 2007 arising from the settlement
   of a foreign tax audit and the reorganization of certain
   subsidiaries; if $4.8 million ($0.02 EPS impact) was included
   in the three months ended September 30, 2007 for non-GAAP
   measures, and $5.6 million ($0.03 EPS impact) was phased into
   the fourth quarter for non-GAAP measures, each quarter's
   effective tax rate would be approximately 31%.

-- After adjusting for these items and the phasing of foreign
   exchange losses ($2.1 million or a $0.01 EPS impact and $2.8
   million or a $0.01 EPS impact, net of taxes for the three and
   nine months ended September 30, 2007, respectively), on a
   non-GAAP basis, net income and diluted EPS would have been

<MENU> to return to headlines.                                    Equity**CN**

| Search | | GO | Options | Related Info | BUS Oct 17 2007 16:33:01 |

IMS Health Announces 12 Percent Revenue Growth In Third Quarter    Page 18/22

          $71.6 million and $220.9 million and $0.36 and $1.10 for the
          three and nine months ended September 30, 2007.

     Net income and fully diluted EPS for the three and nine months
ended September 30, 2006 included the following notable items:

     --  In Merger costs, $6.0 million ($3.8 million net of taxes, or
         $0.02 EPS impact) of investment bankers' fees for the nine
         months ended September 30, 2006 due on the receipt of a $45.0
         million merger termination payment from The Nielsen Company
         ("Nielsen"), formerly known as VNU N.V., as discussed below.

     --  In Other income (expense), net, $45.0 million income ($28.3
         million net of taxes, or $0.14 EPS impact) for the nine months
         ended September 30, 2006 from a payment received during the
         second quarter of 2006 from Nielsen associated with the
         termination of a proposed merger. The merger termination
         agreement provided that Nielsen would pay IMS $45.0 million in
         the event Nielsen had a change of control within twelve months
         of the merger termination; this event occurred in second
         quarter 2006.

<MENU> to return to headlines.                                    Equity**CN**

| Search | GO | Options | Related Info | BUS Oct 17 2007 16:33:01 |
IMS Health Announces 12 Percent Revenue Growth In Third Quarter    Page 19/22

-- In Other income (expense), net, a $1.6 million foreign
   exchange hedge gain for the three months ended September 30,
   2006, of which $2.3 million ($1.5 million net of taxes, or
   $0.01 EPS impact) was phased into the fourth quarter for
   non-GAAP measures, as the phased amount related to hedging
   operating income anticipated to be earned in quarter four. A
   $2.9 million foreign exchange hedge loss for the nine months
   ended September 30, 2006, of which $1.0 million ($0.7 million
   net of taxes, or $0.01 EPS impact) was phased into the fourth
   quarter for non-GAAP measures, as the phased amount related to
   hedging operating income anticipated to be earned in quarter
   four.

--- In Provision for income taxes, a $28.6 million net tax benefit
    ($0.14 EPS impact) for the nine months ended September 30,
    2006, resulting from a favorable audit settlement with the IRS
    of certain D&B legacy matters.

-- In Provision for income taxes, a $28.7 million net tax benefit
   in the first quarter of 2006 resulting primarily from a

Australia 61 2 9777 8600        Brazil 5511 3048 4500        Europe 44 20 7330 7500        Germany 49 69 920410
Hong Kong 852 2977 6000 Japan 81 3 3201 8900 Singapore 65 6212 1000 U.S. 1 212 318 2000 Copyright 2007 Bloomberg L.P.
                                                              G718-891-1 19-Oct-2007 17:51:03

`<MENU>` to return to headlines.                                        Equity**CN**

| Search | 60 | Options | Related Info | BUS Oct 17 2007 16:33:01 |

IMS Health Announces 12 Percent Revenue Growth In Third Quarter        Page 20/22

    favorable audit settlement with the IRS of the IMS corporate
tax audit for years 2000 - 2003, of which $5.5 million ($0.03
EPS impact) was included in the three months ended September
30, 2006 for non-GAAP measures, and $9.8 million ($0.05 EPS
impact) was phased into the fourth quarter for non-GAAP
measures, causing each quarter's adjusted effective tax rate
to be approximately 29%.

-- In Provision for income taxes, a $21.4 million tax provision
($0.10 EPS impact) for the nine months ended September 30,
2006 associated with a reorganization of several of the
Company's subsidiaries.

-- After adjusting for these items, on a non-GAAP basis, net
income and diluted EPS was $73.5 million and $209.6 million
and $0.36 and $1.01 for the three and nine months ended
September 30, 2006, respectively.

Operating income for the nine months ended September 30, 2006
included the following notable item:

<MENU> to return to headlines.                                    Equity**CN**

| Search | GO | Options | Related Info | BUS Oct 17 2007 18:33:01 |
|--------|-----|---------|--------------|--------------------------|

IMS Health Announces 12 Percent Revenue Growth In Third Quarter    Page 21/22

-- In Merger costs, $6.0 million of investment bankers' fees for the nine months ended September 30, 2006 due on the receipt of a $45.0 million merger termination payment from Nielsen as discussed above.

-- After adjusting for this item, on a non-GAAP basis, operating income was $324.5 million for the nine months ended September 30, 2006.

References are made to results after adjusting certain U.S. GAAP measures to reflect notable items to the extent that management believes adjusting for these items will facilitate comparisons across periods and more clearly indicate trends. Certain non-GAAP measures are those used by management for purposes of global business decision making, including developing budgets and managing expenditures. Any such measures presented on a non-GAAP basis are not prepared under a comprehensive set of accounting rules and are not a replacement for the more comprehensive information for investors included in IMS's U.S. GAAP results.

Amounts presented in the financial tables may not add due to

<MENU> to return to headlines.                                    Equity**CN**

| Search | GO | Options | Related Info | BUS Oct 17 2007 16:33:01 |
|---|---|---|---|---|

IMS Health Announces 12 Percent Revenue Growth In Third Quarter    Page 22/22
rounding.

These financial tables should be read in conjunction with IMS
Health's filings previously made or to be made with the Securities and
Exchange Commission.

CONTACT:
IMS Health
Investor Relations
Darcie Peck, 203-845-5237
dpeck@imshealth.com
or
Communications
Gary Gatyas, 610-834-4596
ggatyas@us.imshealth.com

-0- Oct/17/2007 20:33 GMT

Australia 61 2 9777 8600        Brazil 5511 3048 4500        Europe 44 20 7330 7500        Germany 49 69 920410
Hong Kong 852 2977 6000 Japan 81 3 3201 8900 Singapore 65 6212 1000 U.S. 1 212 318 2000 Copyright 2007 Bloomberg L.P.
G718-891-1 19-Oct-2007 17:51:04