# EXHIBIT D

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

SECURITIES AND EXCHANGE COMMISSION,                :

                              *Plaintiff,*                :

                  -v.-                :            Case No.07 CIV 9606 (NRB)

OLEKSANDR DOROZHKO                :

                     *Defendant,*                :

---

## PLAINTIFF SECURITIES AND EXCHANGE COMMISSION'S FIRST SET OF REQUESTS FOR ADMISSIONS PURSUANT TO RULE 36 OF THE FEDERAL RULES OF CIVIL PROCEDURE

Plaintiff Securities and Exchange Commission requests, pursuant to the <u>Temporary Restraining Order, An Order Freezing Assets And Granting Other Relief, And An Order To Show Cause Why A Preliminary Injunction Should Not Issue</u> dated October 29, 2007 ("Court Order"), and Rule 36 of the Federal Rules of Civil Procedure ("F.R.C.P."), that Defendant Oleksandr Dorozhko ("Dorozhko"), within two (2) days of service hereof, separately and specifically answer under oath the requests for admissions set forth below, or state under oath the reasons for his objection in lieu of an answer. Under F.R.C.P. Rule 36, the matters set forth below will be admitted by Defendant Dorozhko if he does not serve a written answer or objection pursuant to the expedited discovery schedule provided in the Court's Order.

### INSTRUCTIONS

1.      Please answer each of the following requests for admission separately and fully in writing under oath.

2.      If any request is denied, the reasons therefore shall be stated.  Your answer shall specifically deny the matter or set forth in detail the reasons why Defendant Dorozhko cannot truthfully admit or deny the matter.  A denial shall fairly meet the substance of the requested admission, and when good faith requires that Defendant Dorozhko qualify an answer or deny only a part of the matter of which an admission is requested, Defendant Dorozhko shall specify so much of it as is true and qualify or deny the remainder.

3.      An answer may not give lack of information or knowledge as a reason for failure to admit or deny unless Defendant Dorozhko states that he has made reasonable inquiry and that the information known or readily obtainable by him is insufficient to enable him to admit or deny.

## REQUESTS FOR ADMISSIONS

1.      IMS Health, Incorporated ("IMS Health"), is a public company that trades on the New York Stock Exchange under the symbol, "RX."

2.      IMS Health provides market research to the pharmaceutical and healthcare industries.

3.      IMS Health's stock options are listed for trading on the Chicago Board Options Exchange, American Stock Exchange, Philadelphia Stock Exchange, International Securities Exchange, NYSE Arca (formerly the Pacific Stock Exchange), and Boston Options Exchange.

4.      In September 2007, Defendant Oleksandr Dorozhko applied to open an online brokerage account at Interactive Brokers LLC ("Interactive Brokers").

5.      On or about October 4, 2007, Defendant Dorozhko attempted to fund an online trading account at Interactive Brokers by wiring $42,500 (USD) from a bank account (Account

2

No.10700419-58012794-50000005) held at Central European International Bank, Ltd., to Interactive Brokers' account at Citibank, N.A., in New York, New York.

6.    On or about October 4, 2007, Defendant Dorozhko learned that Interactive Brokers had not yet approved or opened a brokerage account in his name.

7.    As part of Defendant Dorozhko's account application, he provided Interactive Brokers with identifying information, including user name, account ID, e-mail address, legal residence, telephone number, mailing address, and other personal information. Such information, as set forth in pages 1-3 of Exhibit A, was submitted by Defendant Dorozhko to Interactive Brokers.

8.    Defendant Dorozhko provided Interactive Brokers with a copy of his valid passport, as shown on Exhibit B, in connection with Interactive Brokers' brokerage account application process.

9.    As part of Interactive Brokers' brokerage account application process, Defendant Dorozhko provided Interactive Brokers with information as to his investment experience, financial information, disciplinary history, and compliance/regulatory information, including his employment status, source of income, net worth, and securities trading history. Such information, as forth in pages 2-3 of Exhibit A, was submitted by Defendant Dorozhko to Interactive Brokers.

10.    Defendant Dorozhko provided Interactive Brokers with information as to his ownership of the bank account maintained at Central European International Bank Ltd. (Account No. 10700419-58012794-50000005), as indicated on Exhibit C, in connection with Interactive Brokers' brokerage account application process.

3

11.    On October 10, 2007, Defendant Dorozhko learned that Interactive Brokers approved the opening of a brokerage account in the name of Oleksandr Dorozhko.

12.    On or prior to October 10, 2007, Defendant Dorozhko downloaded Interactive Brokers' software program, "Trader Workstation," to any and all computers personally owned or used by him.

13.    At some point on or before October 17, 2007, but prior to his purchase of IMS Health put options on October 17, 2007, Defendant Dorozhko gained access to, or received, material nonpublic information regarding IMS Health's impending announcement of negative third-quarter 2007 earnings results.

14.    Defendant Dorozhko knew or was reckless in not knowing that he received material nonpublic information regarding IMS Health's impending announcement of negative third-quarter 2007 earnings results through fraudulent and deceptive means, including hacking, unauthorized computer network intrusions, illegal computer database intrusions, and other unlawful means.

15.    On October 17, 2007, within hours of the close of the market, Defendant Dorozhko used his Interactive Brokers brokerage account to purchase 300 October 25 and 330 October 30 IMS Health put options at a cost of approximately $41,670.90, as described in Exhibit D.

16.    When Defendant Dorozhko purchased 300 October 25 and 330 October 30 IMS Health put options on October 17, 2007, he knew or was reckless in not knowing that he was in possession of material nonpublic information related to IMS Health that was stolen, taken without the legal authorization of the source or otherwise obtained by deceit.

4

17.    On October 17, 2007, after the close of the market, IMS Health announced negative third-quarter 2007 earnings results, as described in Exhibit E.

18.    IMS reported third quarter earnings of $0.29 per share, which was 28% below analysts' consensus estimates of $0.40 earnings per share.

19.    On the following day, October 18, 2007, IMS Health's stock price fell to a low of $21.20 per share, which was 28% lower than the previous day's closing price. The trading volume that day was more than 23 million shares, representing more than 2,735% increase in trading from the previous day's trading volume.

20.    On October 18, 2007, Defendant Dorozhko knew that IMS Health's stock price declined as a result of IMS Health's negative earnings announcement released to the public after the market closed on October 17, 2007.

21.    On October 18, 2007, Defendant Dorozhko sold all of his IMS Health put options, as described in Exhibit F, while IMS Health's stock price was declining.

22.    On October 18, 2007, Defendant Dorozhko realized proceeds of approximately $328,571.00 and profits of $286,456.59 from his sale of IMS Health put options.

23.    On or after October 18, 2007, Defendant Dorozhko attempted to withdraw the proceeds of his sale of IMS Health put options from his Interactive Brokers account. The communications reflected in Exhibit G are conversations Defendant Dorozhko had on those days, at those times, and are accurate.

24.    On or before October 31, 2007, Defendant Dorozhko withdrew funds from his Central European International Bank Ltd. bank account, Account No.10700419-58012794-50000005.

Dated:  November 6, 2007

Robert B. Blackburn (RB 1545)
Local Counsel
U.S. Securities and Exchange Commission
13th Floor – NERO
3 World Financial Center, Room 4300
New York, New York 10281-1022
(212) 336-1050
(212) 336-1317 (Fax)

Carl A. Tibbetts (Trial Counsel)
Christopher R. Conte
Charles E. Cain
Christine E. Neal
Paul A. Gumagay (PG0805)
Suzanne E. Ashley
Attorneys for Plaintiff
U.S. Securities and Exchange Commission
100 F Street, N.E.
Washington, DC 20549-4030
(202) 551-4483 (Tibbetts)
(202) 551-4443 (Gumagay)
(202) 772-9233 (Fax)

6

# EXHIBIT A

# ACCOUNT INFORMATION FOR OLEKSANDR DOROZHKO

## ACCOUNT SUMMARY FOR OLEKSANDR DOROZHKO

| User name: doroz223 | Account ID: U412281 | IB Entity: IB-UK | Currency: USD | Clearing Status: Open |
|---|---|---|---|---|
| Started: 19 Sep 2007 | Approved: 10 Oct 2007 | Opened: 10 Oct 2007 | Funded: 04 Oct 2007 | Closed: |
| Type of Account: INDIVIDUAL | | Capabilities: MRGN MULT OPT STK | | E-mail Address: edorozhko@yahoo.com |
| Phylum Code: C | STP Invited ?: Yes | Priority:LOW Set/Unset Employer | | TMS Tickets |
| | | Reg. Status: APP_STATUS (2.0) | | Assign Operator |

**RELATIONSHIP TO FORMER ML RISK COUNTRY** = Applicant (Legal Residence/Mailing Address) (Account Holder)

**RELATIONSHIP TO OTHER JURISDICTION THAT MAY POSE INCREASED FRAUD RISK** = Applicant (Legal Residence/Mailing Address) (Account Holder)

**RELATIONSHIP TO Non FATF COUNTRY** = Applicant (Legal Residence/Mailing Address) (Account Holder)

### PRIOR NOTES

NOTE: In September 2007, Interactive Brokers increased its threshold financial and other criteria for approval to use IBS IDEAL PRO trading platform. This account was approved for forex trading under the prior criteria existing before October 2007. Since this account was properly approved for forex trading via IDEAL PRO under the then-existing criteria and has significant experience with forex trading and with IB and the IB system, the account is authorized to continue forex trading via IDEAL PRO. (AOES)

MW certified (nwahlqvist)

MW certified (nwahlqvist)

UK Information Check for Oleksandr Dorozhko (ebrennan)

(ebrennan) An independent engineering consultant for the energy producing industry (ebrennan)

Nature of business requested (cpatel)

### ACCOUNT APPROVAL DECISION

Decision: Accepted

Proclamations:
Deciding Officer: nwahlqvist
Deciding Time: 10 Oct 2007 11:16:05 EDT

https://websm/WCAST/DocumentHandling/accountInformation

Account Information for Oleksandr Dorozhko

Compliance Officer: mwahlqvist
Compliance Time: 10 Oct 2007 11:16:05 EDT

Additional Remarks:

## ACCOUNT UPGRADE DECISIONS

No Upgrade Decisions yet

## ADDITIONAL APPLICANT/REGISTRATION INFORMATION

Applicant ID: 394151
US Tax ID: N/A
Country of Legal residence: Ukraine
State of Legal residence: N/A

Market Data Status: Non-Professional

Primary Phone: +7 916 248 8491

Mailing Address # Color Str 24-13
Uzhgorod, N/A 88000
Ukraine

Marketing/Sales Info:
Assisted by: self

Change this information

## IPO CERTIFICATION INFORMATION

No response

## INVESTMENT EXPERIENCE

|  | Years of Experience | # of trades per Year | Knowledge Level |
|---|---|---|---|
| Stocks | 2 | 51 - 100 | Good |
| Options | 2 | > 100 | Good |
| Commodities | 0 | 0 | 0 |
| Bond | 0 | 0 | 0 |
| FX | 1 | 11 - 25 | Limited |

## FINANCIAL INFORMATION

| | | | |
|---|---|---|---|
| Estimated Net Worth | 100,000 - 250,000 | Estimated Liquid Net Worth | 100,000 - 250,000 |
| Net Income | 25,001 - 50,000 | Sources of Funds (Other than regular income): | N/A |
| Investment objective | Speculation | Total Assets | N/A |
| Is Accredited Investor for Private Placement? | No | Invited to Private Placement? | No |

## W8 INFO

| TaxPayer ID# | Business Name | Farm Name | For | Other data | Time |
|---|---|---|---|---|---|
| | | | | reference_numbers, city_state=Uzhgorod, 88000, part_2_10_income_type= active, foreign_tax_id= account_title=Oleksandr | |





Ben.                Interest: No.
                    Dividend: No.                                    19 Sep 2007
                    Broker:No.                                       10:33:14 EDT

| PERSONAL INFORMATIONS | SHOW ALL |
| --- | --- |
| Personal Information for Oleksandr Dorozhko (Account Holder) | show |

| | | |
| --- | --- | --- |
| Name: Oleksandr Dorozhko | Citizenship: Ukraine DOB: 14 Aug 1954 Passport: EC565300 (Ukraine) Home Phone: +7 916 245 6491 | # of Dependents: 2 Marital Status: M Mother's Maiden Name: Marija Miravska |
| % of Ownership: 100 | | |
| Request Proof of ID and DOB | Residential Address: Gojdi Str. 24-15 | Occupation: Consultant |
| Request Proof of Address | Uzhgorod, 88000 Ukraine | Employment Status: SELF-EMPLOYED |
| | Mailing Address: Same as residential address | Employer Business: Basic industry |

Add Individual                                   Add Legal Entity

## DISCIPLINARY EVENTS

| | |
| --- | --- |
| Has the account holder ever been the subject of initiated, litigation, arbitration or any other type of dispute or settlement procedure with another broker or dealer ? | No |
| Has the account holder ever been the subject of an investigation or proceeding by any commodities or securities exchange or regulatory authority, or self-regulatory authority ? | No |

## COMPLIANCE/REGULATORY INFORMATION

Add Broker/Dealer Affiliation

| | |
| --- | --- |
| Is the account holder a member of an exchange or an associated person, affiliated person or employee of an exchange member ? | No |
| Is the account holder a member of a regulatory or a self-regulatory organization? | No |
| Is the account holder: i) a director, ii) a 10% shareholder or iii) a policy-making officer of any publicly traded company ? (Restricted or Controlled Stock) | No |
| Does the account holder control the trading in, or have an ownership interest in, any other Interactive Brokers accounts ? | No |
| Accepted Arbitration Agreement ? | Yes |

Account Information for Oleksandr Dorozhko                    Page 4 of 5

Edit Compliance Information                    Change Arbitration Agreement

## EXCHANGE MEMBERSHIP AND COMMISSION INFO

Customer's current Commodities commission status: Bundled

Customer's current Securities commission status: Bundled

## OTHER IB ACCOUNTS LINKED TO THIS CUSTOMER

No Other Accounts linked to this Applicant

Link another Account to this account

## EQUIFAX ID / OFAC REPORTS

No Equifax or OFAC Verification reports for this Account

## OFAC AND PROHIBITED CUSTOMERS CHECKS

| NAME | MATCHES | STATUS/ACTION |
|---|---|---|
| OFAC, SANCTIONED AND CONTROL LIST SEARCH RESULT (# 14943060) FOR OLEKSANDR DOROZHKO (ACCOUNT HOLDER) | | |
| Oleksandr Dorozhko | No Match. | Complete – no match found 12 Oct 2007 18:31:27 EDT |

## WORLDCHECK TASKS

| NAME | MATCHES | STATUS/ACTION |
|---|---|---|
| WORLDCHECK RESULT (# 14943061) FOR OLEKSANDR DOROZHKO (ACCOUNT HOLDER) | | |
| Oleksandr Dorozhko | No WorldCheck Match. | Complete – no match found 19 Sep 2007 10:05:13 EDT |

## DOCUMENT SUBMISSION TASKS

Reject Multiple

| DOCUMENT SUBMISSION TASK | DOCUMENT RECEIVED | STATUS | ACTIONS |
|---|---|---|---|
| Proof of Identity and Date of birth for Oleksandr Dorozhko (Account Holder) | Received Passport(IB-UK-392430.jpg) via E-mail on 20 Sep 2007 10:05:08 EDT | Approved (mwahlkvist) on 10 Oct 2007 11:16:06 EDT<br><br>Additional Notes: M/W certified (mwahlkvist) | |
| | | Approved (mwahlkvist) on 10 Oct 2007 11:16:06 | |

Account Information for Oleksandr Dorozhko

| Proof of address for Oleksandr Dorozhko (Account Holder) | Received Bank Statement (ID: UK-362431.pdf) via E-mail on 20 Sep 2007 10:05:06 EDT | EDT Additional Notes: MW certified (mwahikvlsb) | |
|---|---|---|---|

*- Not Required for approval but required for Exchange Access/Trading

## CONFIDENTIAL CHECKS



| TASK | STATUS |
|---|---|
| Additional Verification of Account Information for Oleksandr Dorozhko | Completed on 01 Oct 2007 11:48:26 EDT<br><br>customer advised: I'm independent engineering consultant for the energy producing industry (ebrennan) |
| UK Impersonation Check for Oleksandr Dorozhko | Completed on 01 Oct 2007 10:27:49 EDT<br><br>UK Impersonation Check for Oleksandr Dorozhko (ebrennan) |

# EXHIBIT B



http://websrv97-docstore/docs/DATA_500/0020/MB_UK_382430.jpg          10/12/2007

# EXHIBIT C



**CIB KÖZÉP-EURÓPAI NEMZETKÖZI BANK RT.**
**CENTRAL-EUROPEAN INTERNATIONAL BANK LTD.**

H-1027 BUDAPEST, MEDVE U. 4-14.
TEL.: (36-1) 457-7000, FAX: (36-1) 489-6500
BANCA COMMERCIALE ITALIANA GROUP

IKTSZ: 2172/2007-ZÖLD

## Subject: Certification

The Central-European International Bank Ltd., Budapest hereby confirms that it keeps an account for Dorozhko Oleksandr (Russia, 1954.08.13, mother's name: Marija Mirovka, Passport nr. 565800, Permanent adr.: 88000 Uzhgorod Gogol Str. 24), since 10.09.2007 and up to now no problems have arisen concerning her payment obligations.

The account number is:

10700419-58012794-50000005 (USD)

The total available balance on her account exceeds USD 992,- of today.

Please note that the above certificate has been issued upon request of our client, confidential and no liability shall be attached to the Bank or its officers for any of the information given herewith.

Budapest, 10. Sept., 2007.

**CIB BANK ZRT.**
1913 Budapest, Kristina tér 10
Telefon: 224-7160
Fax: 224-7160



# EXHIBIT
# D




Activity Statement for October 17, 2007

⬇Expand All | ⬆Contract All | 🖨Print

Activity Statement for October 17, 2007
INTERACTIVE BROKERS (U.K.) Ltd., 5th Floor, 1 Carey Lane, London EC2V 8AE, UK. Regulated by FSA

## - Account Information

| | |
|---|---|
| Name | Oleksandr Dorozhko |
| Account ID | U412281 |
| Account Type | Individual |
| Customer Type | Individual |
| Account Capabilities | Reg T Margin |
| Trading Permissions | Stocks,Options,Forex |
| Base Currency | USD |

## - Equity Summary In Base Currency ( October 17, 2007 )

| | Current Period | | | Prior Period | |
|---|---|---|---|---|---|
| | TOTAL | LONG | SHORT | TOTAL | % CHANGE |
| Cash | 829.10 | 829.10 | 0.00 | 42,500.00 | -98.05% |
| Securities Options | 34,766.64 | 34,766.64 | 0.00 | 0.00 | — |
| Interest Accruals | 49.78 | 49.78 | 0.00 | 46.01 | 8.19% |
| Total | 35,645.52 | 35,645.52 | 0.00 | 42,546.01 | -16.22% |

## - Mark-to-Market Performance Summary In Base Currency ( October 17, 2007 )

| | Total | Stocks | Options | Bonds | Futures | Future Options |
|---|---|---|---|---|---|---|
| MTM P/L On Transactions | -6,458.36 | 0.00 | -6,458.36 | 0.00 | 0.00 | 0.00 |
| Total P/L Mark-To-Market | -6,458.36 | 0.00 | -6,458.36 | 0.00 | 0.00 | 0.00 |
| Commissions | -445.90 | | | | | |
| Total P/L for Statement Period | -6,904.26 | | | | | |
| Internal Rate of Return | -16.22% | | | | | |

## - Realized & Unrealized Performance Summary In Base Currency ( October 17, 2007 )

| | Total | Stocks | Options | Bonds | Futures | Future Options |
|---|---|---|---|---|---|---|
| Unrealized Loss | -6,904.26 | 0.00 | -6,904.26 | 0.00 | 0.00 | 0.00 |
| Total Unrealized Profit & Loss | -6,904.26 | 0.00 | -6,904.26 | 0.00 | 0.00 | 0.00 |
| Total FIFO Profit & Loss | -6,904.26 | 0.00 | -6,904.26 | 0.00 | 0.00 | 0.00 |

## - Profit & Loss By Underlying Instrument ( October 17, 2007 )

### Options

| Symbol | FIFO Realized | FIFO Unrealized | Mark-To-Market | Commission | Dividend |
|---|---|---|---|---|---|
| RX OCT07 25 P | 0.00 | -3,098.26 | -2,883.36 | -214.90 | 0.00 |
| RX OCT07 30 P | 0.00 | -3,806.00 | -3,575.00 | -231.00 | 0.00 |
| Total | 0.00 | -6,904.26 | -6,458.36 | -445.90 | 0.00 |

## - Cash Report ( October 17, 2007 )

| Cash Detail | Total | Securities | Commodities |
|---|---|---|---|
| BASE CURRENCY SUMMARY | | | |

| | | | | | |
|---|---|---|---|---|---|
| Starting Cash | 42,500.00 | | 42,500.00 | | 0.00 |
| Commissions | -445.90 | | -445.90 | | 0.00 |
| Net Trades | -41,225.00 | | -41,225.00 | | 0.00 |
| Ending Cash | 829.10 | | 829.10 | | 0.00 |
| Ending Settled Cash | 42,054.10 | | 42,054.10 | | 0.00 |
| Average Credit Balance | 829.10 | | 829.10 | | 0.00 |

**- Change in Position Value ( October 17, 2007 )**

## Options

| | |
|---|---|
| Prior Period Value | 0.00 |
| Transactions | 41,225.00 |
| MTM P/L On Transactions | -6,458.36 |
| End Of Period Value | 34,766.64 |

**- Open Positions ( October 17, 2007 )**

## Options

| Symbol | Open | Quantity | Mult | Open Price | Close Price | Cost Basis | Value | Unrealized P/L |
|---|---|---|---|---|---|---|---|---|
| USD | | | | | | | | |
| - RX OCT07 25 P | | 300 | 100 | 0.1071 | 0.0039 | 3,214.90 | 116.64 | -3,098.26 |
| RX OCT07 25 P (Exp: 2007-10-20) | 2007-10-17, 14:52:26 | 11 | 100 | 0.1070 | 0.0039 | 117.70 | 4.28 | -113.42 |
| RX OCT07 25 P (Exp: 2007-10-20) | 2007-10-17, 14:52:26 | 11 | 100 | 0.1070 | 0.0039 | 117.70 | 4.28 | -113.42 |
| RX OCT07 25 P (Exp: 2007-10-20) | 2007-10-17, 14:52:26 | 11 | 100 | 0.1070 | 0.0039 | 117.70 | 4.28 | -113.42 |
| RX OCT07 25 P (Exp: 2007-10-20) | 2007-10-17, 14:52:26 | 21 | 100 | 0.1070 | 0.0039 | 224.70 | 8.16 | -216.54 |
| RX OCT07 25 P (Exp: 2007-10-20) | 2007-10-17, 14:52:26 | 5 | 100 | 0.1070 | 0.0039 | 53.50 | 1.94 | -51.56 |
| RX OCT07 25 P (Exp: 2007-10-20) | 2007-10-17, 14:52:26 | 32 | 100 | 0.1075 | 0.0039 | 344.00 | 12.44 | -331.56 |
| RX OCT07 25 P (Exp: 2007-10-20) | 2007-10-17, 14:52:27 | 9 | 100 | 0.1075 | 0.0039 | 96.75 | 3.50 | -93.25 |
| RX OCT07 25 P (Exp: 2007-10-20) | 2007-10-17, 14:59:33 | 11 | 100 | 0.1070 | 0.0039 | 117.70 | 4.28 | -113.42 |
| RX OCT07 25 P (Exp: 2007-10-20) | 2007-10-17, 14:59:33 | 3 | 100 | 0.1070 | 0.0039 | 32.10 | 1.17 | -30.93 |
| RX OCT07 25 P (Exp: 2007-10-20) | 2007-10-17, 14:59:33 | 11 | 100 | 0.1070 | 0.0039 | 117.70 | 4.28 | -113.42 |
| RX OCT07 25 P (Exp: 2007-10-20) | 2007-10-17, 14:59:33 | 11 | 100 | 0.1070 | 0.0039 | 117.70 | 4.28 | -113.42 |
| RX OCT07 25 P (Exp: 2007-10-20) | 2007-10-17, 14:59:33 | 21 | 100 | 0.1075 | 0.0039 | 225.75 | 8.16 | -217.59 |
| RX OCT07 25 P (Exp: 2007-10-20) | 2007-10-17, 14:59:34 | 5 | 100 | 0.1070 | 0.0039 | 53.50 | 1.94 | -51.56 |
| RX OCT07 25 P (Exp: 2007-10-20) | 2007-10-17, 15:01:06 | 11 | 100 | 0.1070 | 0.0039 | 117.70 | 4.28 | -113.42 |
| RX OCT07 25 P (Exp: 2007-10-20) | 2007-10-17, 15:01:06 | 11 | 100 | 0.1070 | 0.0039 | 117.70 | 4.28 | -113.42 |
| RX OCT07 25 P (Exp: 2007-10-20) | 2007-10-17, 15:01:06 | 11 | 100 | 0.1070 | 0.0039 | 117.70 | 4.28 | -113.42 |
| RX OCT07 25 P (Exp: 2007-10-20) | 2007-10-17, 15:01:06 | 10 | 100 | 0.1070 | 0.0039 | 107.00 | 3.89 | -103.11 |

| Symbol | Date/Time | Quantity | | T. Price | C. Price | T. Amount | Cost | FIFO P/L | MTM P/L |
|---|---|---|---|---|---|---|---|---|---|
| RX OCT07 25 P (Exp: 2007-10-20) | 2007-10-17, 15:01:06 | 21 | 100 | 0.1070 | 0.0039 | 224.70 | 8.16 | | -216.54 |
| RX OCT07 25 P (Exp: 2007-10-20) | 2007-10-17, 15:01:06 | 31 | 100 | 0.1075 | 0.0039 | 333.25 | 12.05 | | -321.20 |
| RX OCT07 25 P (Exp: 2007-10-20) | 2007-10-17, 15:01:06 | 5 | 100 | 0.1070 | 0.0039 | 53.50 | 1.94 | | -51.56 |
| RX OCT07 25 P (Exp: 2007-10-20) | 2007-10-17, 15:05:55 | 11 | 100 | 0.1070 | 0.0039 | 117.70 | 4.28 | | -113.42 |
| RX OCT07 25 P (Exp: 2007-10-20) | 2007-10-17, 15:05:55 | 11 | 100 | 0.1070 | 0.0039 | 117.70 | 4.28 | | -113.42 |
| RX OCT07 25 P (Exp: 2007-10-20) | 2007-10-17, 15:05:55 | 11 | 100 | 0.1070 | 0.0039 | 117.70 | 4.28 | | -113.42 |
| RX OCT07 25 P (Exp: 2007-10-20) | 2007-10-17, 15:05:55 | 5 | 100 | 0.1075 | 0.0039 | 53.75 | 1.94 | | -51.81 |
| - RX OCT07 30 P | | 330 | 100 | 1.1720 | 1.0500 | 38,456.00 | 34,650.00 | | -3,806.00 |
| RX OCT07 30 P (Exp: 2007-10-20) | 2007-10-17, 15:00:51 | 30 | 100 | 1.1570 | 1.0500 | 3,471.00 | 3,150.00 | | -321.00 |
| RX OCT07 30 P (Exp: 2007-10-20) | 2007-10-17, 15:00:51 | 45 | 100 | 1.1570 | 1.0500 | 5,206.50 | 4,725.00 | | -481.50 |
| RX OCT07 30 P (Exp: 2007-10-20) | 2007-10-17, 15:00:54 | 25 | 100 | 1.0870 | 1.0500 | 2,717.50 | 2,625.00 | | -92.50 |
| RX OCT07 30 P (Exp: 2007-10-20) | 2007-10-17, 15:01:23 | 100 | 100 | 1.1570 | 1.0500 | 11,570.00 | 10,500.00 | | -1,070.00 |
| RX OCT07 30 P (Exp: 2007-10-20) | 2007-10-17, 15:06:02 | 45 | 100 | 1.2070 | 1.0500 | 5,431.50 | 4,725.00 | | -706.50 |
| RX OCT07 30 P (Exp: 2007-10-20) | 2007-10-17, 15:06:02 | 30 | 100 | 1.2070 | 1.0500 | 3,621.00 | 3,150.00 | | -471.00 |
| RX OCT07 30 P (Exp: 2007-10-20) | 2007-10-17, 15:06:05 | 25 | 100 | 1.1270 | 1.0500 | 2,817.50 | 2,625.00 | | -192.50 |
| RX OCT07 30 P (Exp: 2007-10-20) | 2007-10-17, 15:06:36 | 25 | 100 | 1.2070 | 1.0500 | 3,017.50 | 2,625.00 | | -392.50 |
| RX OCT07 30 P (Exp: 2007-10-20) | 2007-10-17, 15:06:47 | 2 | 100 | 1.2070 | 1.0500 | 241.40 | 210.00 | | -31.40 |
| RX OCT07 30 P (Exp: 2007-10-20) | 2007-10-17, 15:06:47 | 3 | 100 | 1.2070 | 1.0500 | 362.10 | 315.00 | | -47.10 |
| Total in USD | | | | | | 41,670.90 | 34,766.64 | | -6,904.26 |

- Transactions ( October 17, 2007 )

## Options

| Symbol | Date/Time | Exchange | Quantity | T. Price | C. Price | T. Amount | Comm/Tax | Cost | FIFO P/L | MTM P/L | Code |
|---|---|---|---|---|---|---|---|---|---|---|---|
| USD | | | | | | | | | | | |
| RX OCT07 25 P | 2007-10-17, 14:52:26 | ISE | 32 | 0.1000 | 0.0039 | 320.00 | -24.00 | 344.00 | 0.00 | -307.56 | P;O |
| RX OCT07 25 P | 2007-10-17, 14:52:26 | CBOE | 5 | 0.1000 | 0.0039 | 50.00 | -3.50 | 53.50 | 0.00 | -48.06 | P;O |
| RX OCT07 25 P | 2007-10-17, 14:52:26 | CBOE | 21 | 0.1000 | 0.0039 | 210.00 | -14.70 | 224.70 | 0.00 | -201.84 | P;O |
| RX OCT07 25 P | 2007-10-17, 14:52:26 | BOX | 11 | 0.1000 | 0.0039 | 110.00 | -7.70 | 117.70 | 0.00 | -105.72 | P;O |
| RX OCT07 25 P | 2007-10-17, 14:52:26 | PHLX | 11 | 0.1000 | 0.0039 | 110.00 | -7.70 | 117.70 | 0.00 | -105.72 | P;O |
| RX OCT07 25 P | 2007-10-17, 14:52:26 | PSE | 11 | 0.1000 | 0.0039 | 110.00 | -7.70 | 117.70 | 0.00 | -105.72 | P;O |
| RX OCT07 25 P | 2007-10-17, 14:52:27 | ISE | 9 | 0.1000 | 0.0039 | 90.00 | -6.75 | 96.75 | 0.00 | -86.50 | P;O |
| RX OCT07 25 P | 2007-10-17, 14:59:33 | ISE | 21 | 0.1000 | 0.0039 | 210.00 | -15.75 | 225.75 | 0.00 | -201.84 | P;O |
| RX OCT07 25 P | 2007-10-17, 14:59:33 | BOX | 11 | 0.1000 | 0.0039 | 110.00 | -7.70 | 117.70 | 0.00 | -105.72 | P;O |
| RX OCT07 25 P | 2007-10-17, 14:59:33 | PHLX | 11 | 0.1000 | 0.0039 | 110.00 | -7.70 | 117.70 | 0.00 | -105.72 | P;O |
| RX OCT07 25 P | 2007-10-17, 14:59:33 | PSE | 3 | 0.1000 | 0.0039 | 30.00 | -2.10 | 32.10 | 0.00 | -28.83 | P;O |
| RX OCT07 25 P | 2007-10-17, 14:59:33 | PSE | 11 | 0.1000 | 0.0039 | 110.00 | -7.70 | 117.70 | 0.00 | -105.72 | P;O |
| RX OCT07 25 P | 2007-10-17, 14:59:34 | CBOE | 5 | 0.1000 | 0.0039 | 50.00 | -3.50 | 53.50 | 0.00 | -48.06 | P;O |

| | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| RX OCT07 25 P | 2007-10-17, 15:01:06 | PHLX | 11 | 0.1000 | 0.0039 | 110.00 | -7.70 | 117.70 | 0.00 | -105.72 | P;O |
| RX OCT07 25 P | 2007-10-17, 15:01:06 | BOX | 11 | 0.1000 | 0.0039 | 110.00 | -7.70 | 117.70 | 0.00 | -105.72 | P;O |
| RX OCT07 25 P | 2007-10-17, 15:01:06 | PSE | 11 | 0.1000 | 0.0039 | 110.00 | -7.70 | 117.70 | 0.00 | -105.72 | P;O |
| RX OCT07 25 P | 2007-10-17, 15:01:06 | CBOE | 5 | 0.1000 | 0.0039 | 50.00 | -3.50 | 53.50 | 0.00 | -48.06 | P;O |
| RX OCT07 25 P | 2007-10-17, 15:01:06 | ISE | 31 | 0.1000 | 0.0039 | 310.00 | -23.25 | 333.25 | 0.00 | -297.95 | P;O |
| RX OCT07 25 P | 2007-10-17, 15:01:06 | CBOE | 21 | 0.1000 | 0.0039 | 210.00 | -14.70 | 224.70 | 0.00 | -201.84 | P;O |
| RX OCT07 25 P | 2007-10-17, 15:01:06 | BOX | 10 | 0.1000 | 0.0039 | 100.00 | -7.00 | 107.00 | 0.00 | -96.11 | P;O |
| RX OCT07 25 P | 2007-10-17, 15:05:55 | ISE | 5 | 0.1000 | 0.0039 | 50.00 | -3.75 | 53.75 | 0.00 | -48.06 | P;O |
| RX OCT07 25 P | 2007-10-17, 15:05:55 | BOX | 11 | 0.1000 | 0.0039 | 110.00 | -7.70 | 117.70 | 0.00 | -105.72 | P;O |
| RX OCT07 25 P | 2007-10-17, 15:05:55 | PHLX | 11 | 0.1000 | 0.0039 | 110.00 | -7.70 | 117.70 | 0.00 | -105.72 | P;O |
| RX OCT07 25 P | 2007-10-17, 15:05:55 | PSE | 11 | 0.1000 | 0.0039 | 110.00 | -7.70 | 117.70 | 0.00 | -105.72 | P;O |
| Total ( RX OCT07 25 P ) | | | 300 | | | 3,000.00 | -214.90 | 3,214.90 | 0.00 | -2,883.36 | |
| RX OCT07 30 P | 2007-10-17, 15:00:51 | PSE | 45 | 1.1500 | 1.0500 | 5,175.00 | -31.50 | 5,206.50 | 0.00 | -450.00 | P;O |
| RX OCT07 30 P | 2007-10-17, 15:00:51 | PSE | 30 | 1.1500 | 1.0500 | 3,450.00 | -21.00 | 3,471.00 | 0.00 | -300.00 | P;O |
| RX OCT07 30 P | 2007-10-17, 15:00:54 | BOX | 25 | 1.0800 | 1.0500 | 2,700.00 | -17.50 | 2,717.50 | 0.00 | -75.00 | P;O |
| RX OCT07 30 P | 2007-10-17, 15:01:23 | PHLX | 100 | 1.1500 | 1.0500 | 11,500.00 | -70.00 | 11,570.00 | 0.00 | -1,000.00 | O |
| RX OCT07 30 P | 2007-10-17, 15:06:02 | PSE | 30 | 1.2000 | 1.0500 | 3,600.00 | -21.00 | 3,621.00 | 0.00 | -450.00 | P;O |
| RX OCT07 30 P | 2007-10-17, 15:06:02 | PSE | 45 | 1.2000 | 1.0500 | 5,400.00 | -31.50 | 5,431.50 | 0.00 | -675.00 | P;O |
| RX OCT07 30 P | 2007-10-17, 15:06:05 | BOX | 25 | 1.1200 | 1.0500 | 2,800.00 | -17.50 | 2,817.50 | 0.00 | -175.00 | P;O |
| RX OCT07 30 P | 2007-10-17, 15:06:36 | PHLX | 25 | 1.2000 | 1.0500 | 3,000.00 | -17.50 | 3,017.50 | 0.00 | -375.00 | O |
| RX OCT07 30 P | 2007-10-17, 15:06:47 | PSE | 3 | 1.2000 | 1.0500 | 360.00 | -2.10 | 362.10 | 0.00 | -45.00 | P;O |
| RX OCT07 30 P | 2007-10-17, 15:06:47 | PSE | 2 | 1.2000 | 1.0500 | 240.00 | -1.40 | 241.40 | 0.00 | -30.00 | P;O |
| Total ( RX OCT07 30 P ) | | | 330 | | | 38,225.00 | -231.00 | 38,456.00 | 0.00 | -3,575.00 | |
| Total ( USD ) | | | | | | 41,225.00 | -445.90 | 41,670.90 | 0.00 | -6,458.36 | |

### - Interest Accruals ( October 17, 2007 )

**USD**

| | |
|---|---|
| Starting Accrual Balance | 46.01 |
| Interest Accrued | 3.77 |
| Accrual Reversal | -0.00 |
| Ending Accrual Balance | 49.78 |

### - Exchange Rates to USD ( October 17, 2007 )

| | |
|---|---|
| AUD | 0.889080 |
| CAD | 1.025000 |
| CHF | 0.846110 |
| DKK | 0.190330 |
| EUR | 1.418800 |
| GBP | 2.037800 |
| HKD | 0.128970 |
| ILS | 0.248030 |
| JPY | 0.008569 |
| KRW | 0.001089 |
| MXN | 0.092422 |
| NOK | 0.185060 |
| SEK | 0.155060 |

### - Codes

| Code | Meaning |
|---|---|
| P | Partial Execution |
| T | Transfer |

| | |
|---|---|
| O | Opening Trade |
| C | Closing Trade |
| Ca | Cancelled Trade |
| Cc | Cancelled Corporate Action |
| Co | Corrected Trade |
| L | Ordered by IB (Margin Violation) |
| M | Entered manually by IB |
| I | Internal Transfer |
| E | External Transfer |
| Ex | Exercise and Assignment |
| Ep | Resulted from an Expired Position |
| N | Late Trade. Profit or Loss will be recognized on next day's statement |
| St | Short Term P/L |
| Lt | Long Term P/L |
| Plc | P/L affected by Corporate Action |
| Plt | P/L affected by Transfer |

## – Notes/Legal Notes

### Notes

1. Stock transactions settle on the trade date plus three days and securities options settle on the trade date plus one day. Ending settled cash reflects the cash which has actually settled.

2. Initial and maintenance margin requirements are available within the Account Window of the Trader Workstation.

3. Quantities preceded by a "-" sign indicate sell transactions. Other transactions are purchases. The settlement date for stock transactions is trade date + 3 business days, except for transactions on XETRA, which settle on trade date + 2 business days. Option transactions settle on trade date + 1 business day.

4. In case of partial executions, commissions are charged on the total quantity executed on the original order. The commission is displayed on the first partial execution only.

5. All times are local to the exchange.

6. Click here to view the applicable commodity Regulatory Fees for your transactions.

### Legal Notes

1. Please promptly report any inaccuracy or discrepancy in this statement, or in your account. Contact the IB Customer Service Department in writing using the form available on the IB website. You may also contact IB by phone, but if you report an error by phone, you should re-confirm such oral communications in writing in order to protect your rights, including rights under the Securities Investor Protection Act (SIPA).
   Interactive Brokers LLC, http://www.interactivebrokers.com/, 877-442-2757 (U.S.)
   Interactive Brokers (UK) (Ltd), http://www.interactivebrokers.co.uk/, 00800-42-276537 (Intl)
   Interactive Brokers Canada Inc., http://www.interactivebrokers.ca/, 877-745-4222 (Can.)

2. Unless otherwise noted, Interactive Brokers acted as agent in the execution of the above transactions. For those exchanges where IB is not self-clearing, IB may use one of the following clearing agents: Interactive Brokers (U.K.) Limited, Timber Hill Canada Company, Timber Hill Europe AG, Timber Hill LLC, Timber Hill Securities Hong Kong Limited, Société Générale Zurich branch, Refco Overseas Limited, Euroclear Bank S.A./N.V., Fortis Clearing Sydney Pty Limited, Kas Bank N.V.

3. All Interactive Brokers (U.K.) Ltd. customer trades are executed and cleared through Interactive Brokers LLC, which may utilize the services of another Interactive Brokers Group affiliate or a third party broker.

4. IB acts as agent or riskless principal in foreign currency exchange transactions. Such transactions are executed against an IB affiliate or a third party, which acts as principal in such transactions and may have a long or short position and may have profited or lost in connection with the transaction. Foreign currency exchange transactions executed by Customer through IB are not regulated or overseen by the SEC or the CFTC.

5. Trades marked with the exchange indicator of TMBR were effected by IB as agent through a market making affiliate, which acted as principal in the transaction and may have a long or short position in the security and may have profited or lost in connection with the transaction.

6.  All VWAP trades are effected pursuant to an average price formula based on a reference price provided by a third-party data provider. Additional information and reference prices are available upon request. IB, as agent, effects VWAP transactions through a market making affiliate, which acts as principal in such transactions and may have a long or short position in the security and may have profited or lost in connection with the transaction.

7.  Except for liquidity rebates that may be paid by ECNs for certain orders routed to those ECNs, IB does not generally accept payment for order flow for stock orders. ECN liquidity rebates are credited against the fees charged by the ECNs to execute other orders. IB receives payment for some option orders pursuant to exchange-mandated marketing fee programs or other arrangements. IB does not generally accept payment for order flow for security futures orders. To the extent permissible under exchange rules, IB may direct customer stock, option, futures, or security futures orders to its market making affiliate Timber Hill LLC, or to another affiliate, for execution. In such cases IB's affiliate may act as principal in the resulting transaction and may earn a profit or incur a loss in connection with the transaction. The source and nature of any compensation received by IB in connection with any transaction is available upon written request of the customer. For further information, check the IB website or email help@interactivebrokers.com.

8.  For security futures trades, if not already indicated on this statement, information about the time of any transaction, the identity of the counterparty to the transaction, and whether IB is acting as agent or principal, as agent for the counterparty, as agent for both parties to the contract, or as principal, and if acting as principal, whether the transaction was a block transaction or an exchange for physicals transaction, will be available upon written request of the customer.

9.  Customer is requested to promptly advise Interactive Brokers of any material change in Customer's investment objectives or financial situation.

10. A financial statement of this organization is available for your personal inspection at http://www.interactivebrokers.co.uk/ or at its offices, or a copy of it will be mailed upon your written request.

11. Funds and assets of IB (U.K.) Limited customers are maintained at Interactive Brokers LLC, which is a member of SIPC.

Generated at: 2007-10-19,16:05:02EST

# EXHIBIT
# E

<MENU> to return to headlines.                                    Equity**CN**

| Search | GO | Options | Related Info | BUS Oct 17 2007 16:33:01 |

IMS Health Announces 12 Percent Revenue Growth In Third Quarter    Page 1/22

Results in U.S., Consulting Drive Growth

NORWALK, Conn.--(BUSINESS WIRE)--October 17, 2007
IMS Health (NYSE: RX), the world's leading provider of market
intelligence to the pharmaceutical and healthcare industries, today
announced third-quarter 2007 revenue of $538.8 million, up 12 percent
or 8 percent on a constant-dollar basis, compared with revenue of
$482.7 million for the third quarter of 2006.

    Operating income in the third quarter of 2007 was $117.1 million,
up 1 percent on both a reported and constant-dollar basis, compared
with $115.4 million in the year-earlier period.

    "IMS's results for the third quarter reflect solid gains in our
U.S. operations and more moderate growth in Europe," said David R.
Carlucci, IMS chairman and chief executive officer. "In an
increasingly demanding healthcare environment, momentum in our
consulting business was very strong as clients continue to recognize
the value of our strategic recommendations and industry perspective.

<MENU> to return to headlines.                                    EquityCN

| Search | | GO | Options | | Related Info | | BUS Oct 17 2007 16:33:01 | |
|---|---|---|---|---|---|---|---|---|

IMS Health Announces 12 Percent Revenue Growth In Third Quarter              Page 2/22
Our clients' challenges present considerable opportunities for us.
We're focused on these opportunities, and remain well-positioned to
help drive their continued success."

   Third-quarter 2007 diluted earnings per share on a GAAP basis was
$0.29, compared with $0.34 in the prior-year quarter, a 15 percent
decline. Earnings per share for the third quarter of 2007 included a
tax provision related to a change in the German federal tax rate. When
adjusted for this item, and the phasing of tax benefits, tax
provisions, and foreign exchange hedge gains and losses, earnings per
share on a non-GAAP basis for this year's third quarter would have
been $0.36, unchanged year over year (See Note c to the financial
tables).

   Net income on a GAAP basis was $57.1 million, compared with $69.3
million in the year-earlier quarter, down 18 percent. Net income for
the third quarter of 2007 included the German tax provision. When
adjusted for this item, and the phasing of tax benefits, tax
provisions, and foreign exchange hedge gains and losses, net income on
a non-GAAP basis for this year's third quarter would have been $71.6
million, a decline of $1.9 million (See Note c to the financial

<MENU> to return to headlines.                                    :Equity**CN**

| Search | GO | Options | Related Info | BUS Oct 17 2007 16:33:01 |
|---|---|---|---|---|

IMS Health Announces 12 Percent Revenue Growth In Third Quarter        Page 3/22
tables).

Year-to-Date Results

   For the first nine months of 2007, revenues were $1,586.6 million,
up 12 percent or 9 percent constant dollar, compared with revenue of
$1,415.1 million for the first nine months of 2006. Operating income
for the first nine months of 2007 was $346.3 million, up 9 percent on
a reported and constant-dollar basis, compared with $318.5 million in
the year-earlier period.

   For the first nine months of 2007, diluted earnings per share on a
GAAP basis was $1.08, compared with $1.20 in the prior-year period.
Earnings per share for the first nine months of 2007 and 2006 included
net tax benefits and foreign exchange hedge gains and losses, while
the second quarter of 2006 included income and expenses related to the
terminated merger with The Nielsen Company (formerly VNU, N.V.). When
adjusted for these items, on a non-GAAP basis, earnings per share for
the first nine months of 2007 would have grown $0.09 year over year to
$1.10 (See Note c to the financial tables).

<MENU> to return to headlines.                                    Equity**CN**

| Search | GO | Options | Related Info | BUS Oct 17 2007 16:33:01 |
| --- | --- | --- | --- | --- |

IMS Health Announces 12 Percent Revenue Growth In Third Quarter          Page 4/22

Net income on a GAAP basis was $216.1 million, compared with $250.0 million in the first nine months of 2006. Net income for the first nine months of 2007 and 2006 included net tax benefits and foreign exchange hedge gains and losses, while the second quarter of 2006 included merger-related income and expenses. Adjusted for these items, on a non-GAAP basis, net income for this year's first nine months would have grown $11.3 million to $220.9 million (See Note c to the financial tables).

Balance Sheet Highlights

IMS's cash and cash equivalents as of September 30, 2007 totaled $196.0 million, compared with $157.3 million on December 31, 2006. Total debt as of September 30, 2007 was $1,197.6 million, up from $975.4 million at the end of 2006, due to borrowings in connection with 2007 share repurchases.

Share Repurchase Program, Shares Outstanding

During the third quarter, 2.0 million shares were repurchased at a total cost of $59.2 million, bringing the total shares repurchased in

<MENU> to return to headlines.                                    Equity**CN**

| Search | GO | Options | Related Info | BUS Oct 17 2007 16:33:01 |
| --- | --- | --- | --- | --- |

IMS Health Announces 12 Percent Revenue Growth In Third Quarter      Page 5/22

the first nine months of 2007 to 13.2 million shares at a total cost
of $392.8 million. There remain approximately 3.3 million shares
available to repurchase under the current Board of Directors'
authorization.

   The number of shares outstanding as of September 30, 2007 was
approximately 194.0 million, compared with 198.4 million as of
September 30, 2006.

   About IMS

   Operating in more than 100 countries, IMS Health is the world's
leading provider of market intelligence to the pharmaceutical and
healthcare industries. With $2.0 billion in 2006 revenue and more than
50 years of industry experience, IMS offers leading-edge market
intelligence products and services that are integral to clients'
day-to-day operations, including portfolio optimization capabilities;
launch and brand management solutions; sales force effectiveness
innovations; managed care and consumer health offerings; and
consulting and services solutions that improve ROI and the delivery of
quality healthcare worldwide. Additional information is available at

Australia 61 2 9777 8600      Brazil 5511 3048 4500      Europe 44 20 7330 7500      Germany 49 69 920410
Hong Kong 852 2977 6000 Japan 81 3 3201 8900 Singapore 65 6212 1000 U.S. 1 212 318 2000 Copyright 2007 Bloomberg L.P.
                                                          G718-891-1 19-Oct-2007 17:51:06

<MENU> to return to headlines.                                    Equity**CN**

| Search | GO | Options | Related Info | | BUS Oct 17 2007 16:33:01 |

IMS Health Announces 12 Percent Revenue Growth In Third Quarter     Page 6/22
http://www.imshealth.com.

. Conference Call and Webcast Details

   IMS will host a conference call at 5:00 p.m. Eastern time today to
discuss its third-quarter results. To participate, please dial
1-800-952 6697 (U.S. and Canada) and 1-212-231 2939 (outside the U.S.
and Canada) approximately 15 minutes before the scheduled start of the
call. The conference call also will be accessible live on the Investor
Relations section of the IMS Website at www.imshealth.com. Prior to
the conference call, a copy of this press release and any other
financial or statistical information presented during the call will be
made available in the "Investors" area of IMS's Website.

   A replay of the conference call will be available online on the
"Investors" section of the IMS Website and via telephone by dialing
1-800-633 8284 (U.S. and Canada) or 1-402-977 9140 (outside the U.S.
and Canada), and entering access code 21351004 beginning at 7:30 p.m.
Eastern time today.

   Forward-Looking Statements
Australia 61 2 9777 8600        Brazil 5511 3048 4500        Europe 44 20 7330 7500        Germany 49 69 920410
Hong Kong 852 2977 6000 Japan 81 3 3201 8900 Singapore 65 6212 1000 U.S. 1 212 318 2000 Copyright 2007 Bloomberg L.P.
                                                                          G718-891-1 19-Oct-2007 17:51:05

<MENU> to return to headlines.                                    Equity**CN**

| Search | GO | Options | Related Info | BUS Oct 17 2007 16:33:01 |
|--------|----|---------|--------------|--------------------------|

IMS Health Announces 12 Percent Revenue Growth In Third Quarter          Page 7/22

This press release includes statements that may constitute
forward-looking statements made pursuant to the safe harbor provisions
of the Private Securities Litigation Reform Act of 1995. Although IMS
Health believes the expectations contained in such forward-looking
statements are reasonable, it can give no assurance that such
expectations will prove correct. This information may involve risks
and uncertainties that could cause actual results of IMS Health to
differ materially from the forward-looking statements. Factors that
could cause or contribute to such differences include, but are not
limited to (i) the risks associated with operating on a global basis,
including fluctuations in the value of foreign currencies relative to
the U.S. dollar, and the ability to successfully hedge such risks,
(ii) regulatory, legislative and enforcement initiatives, particularly
in the areas of data access and utilization and tax, (iii) to the
extent unforeseen cash needs arise, the ability to obtain financing on
favorable terms, (iv) to the extent IMS Health seeks growth through
acquisitions and joint ventures, the ability to identify, consummate
and integrate acquisitions and joint ventures on satisfactory terms,
(v) the ability to develop new or advanced technologies and systems
for its businesses on time and on a cost-effective basis, and (vi)

Australia 61 2 9777 8600      Brazil 5511 3048 4500      Europe 44 20 7330 7500      Germany 49 69 920410
Hong Kong 852 2977 6000 Japan 81 3 3201 8900 Singapore 65 6212 1000 U.S. 1 212 318 2000 Copyright 2007 Bloomberg L.P.
                                                                     G718-891-1 19-Oct-2007 17:51:06

<MENU> to return to headlines.                                        Equity**CN**

| Search | GO | Options | Related Info | BUS Oct 17 2007 16:33:01 |

IMS Health Announces 12 Percent Revenue Growth In Third Quarter       Page 8/22

deterioration in economic conditions, particularly in the
pharmaceutical, healthcare or other industries in which IMS Health's
customers operate. Additional information on factors that may affect
the business and financial results of the Company can be found in the
filings of the company made from time to time with the Securities and
Exchange Commission.

-0-
*T

Table 1
IMS Health
GAAP Income Statement
Three Months Ended September 30
(unaudited, in millions except per share)

|  | 2007 GAAP | 2006 GAAP | % Fav (Unfav) | Non-GAAP Constant $ Growth % |
|---|---|---|---|---|
| Revenue (a) |  |  |  |  |
| Sales Force Effectiveness | $252.8 | $226.1 | 12 % | 9 |

Australia 61 2 9777 8600      Brazil 5511 3048 4500      Europe 44 20 7330 7500      Germany 49 69 920410
Hong Kong 852 2977 6000 Japan 81 3 3201 8900 Singapore 65 6212 1000 U.S. 1 212 318 2000 Copyright 2007 Bloomberg L.P.
                                                                            G718-691-1 19-Oct-2007 17:51:06