# EXHIBIT E

**Charles A. Ross
& Associates, LLC**
Trusted Legal Defense™

Charles A. Ross
*Founding Partner*
Direct Dial: 212.616.3032
Direct Fax: 212.616.3033
cross@carossassoc.com

November 5, 2007

**VIA HAND DELIVERY**

Honorable Naomi R. Buchwald
United States District Judge
United States District Court
Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street, Room 2270
New York, New York 10007

      Re:   *Securities and Exchange Commission v. Oleksandr Dorozhko*
              07 Civ. 9606

Dear Judge Buchwald:

      I write most respectfully to request a brief adjournment in the schedule of the above-referenced matter. We are in the process of being retained by Oleksandr Dorozhko, the defendant, to represent him in this matter. I spoke to Robert Blackburn, the SEC local counsel, who advises me that the Commission consents to an adjournment of the hearing, currently scheduled for November 13, 2007, at 2:15 p.m., on the following conditions:

      1. that I file a general notice of appearance for all purposes in this matter by 3:00 p.m. on Friday, November 9;
      2. that we file our response to the Commission's motions by that same date and time;
      3. that Mr. Dorozhko respond in writing to IB(2), ID(2), and ID(3) of the Commission's Order to Show Cause by that same date and time;
      4. that if Mr. Dorozhko wishes to participate in the hearing in person or by telephone, Mr. Blackburn has the opportunity to depose Mr. Dorozhko three business days in advance of the hearing;
      5. that the hearing be adjourned to November 19 or 20, or as soon thereafter as the court is able to schedule it; and
      6. that if Mr. Dorozhko does not retain us or otherwise appear, the hearing date remain the same.


Charles A. Ross
& Associates, LLC
Trusted Legal Defense™

Honorable Naiomi R. Buchwald
November 5, 2007
Page 2

      I thank you in advance for your courtesy and consideration and am available if Your Honor has any questions regarding our request.

                Respectfully submitted,

                Charles A. Ross

cc:    Oleksandr Dorozhko

       Robert Blackburn, Esq.

       Carl Tibbets, Esq.

       Paul Gumaguy, Esq.