# EXHIBIT F



**Charles A. Ross**
**& Associates, LLC**
Trusted Legal Defense™

Charles A. Ross
*Founding Member*
Direct Dial: 212.616.3032
Direct Fax: 212.616.3033
cross@carossassoc.com

November 8, 2007

<u>VIA ELECTRONIC MAIL</u>

Carl A. Tibbetts
Assistant Chief Litigation Counsel
Division of Enforcement, Trial Unit
United States Securities and Exchange Commission
100 F Street, N.E.
Washington, D.C. 20549-4030

      Re:   *Securities and Exchange Commission v. Oleksandr Dorozhko.*
              07 Civ. 9606 (Buchwald)

Dear Mr. Tibbetts:

      As you are aware, we represent Oleksandr Dorozhko in the above-referenced matter. While we are cognizant of the requirements contained in the Temporary Restraining Order ("TRO") signed by the Honorable Naomi R. Buchwald, United States District Judge for the Southern District of New York, on October 29, 2007, specifically, paragraphs I.B.2, I.D.1, I.D.2., and I.D.3., at this time, Oleksandr Dorozhko, on the advice of counsel, invokes his Fifth Amendment Right Against Self Incrimination. Moreover, with respect to interrogatories, requests for information or any other statement sought from him he invokes his Fifth Amendment privilege.

      Furthermore, we received from your Office a Notice of Deposition as to Oleksandr Dorozhko and a Request for Production of Documents from Mr. Dorozhko. As to these two requests, Mr. Dorozhko, again on the advice of counsel, invokes his Fifth Amendment Right Against Self Incrimination as we discussed on the telephone today.

      Should you have any questions or concerns, please do not hesitate to contact me. Thank you for your consideration.

Sincerely,

*Charles A. Ross*
Charles A. Ross

Trinity Centre, Suite 1401, 111 Broadway, New York, NY 10006 • 212-616-3030 Main • 212-616-3031 Fax
Info@CARossAssoc.com • www.CARossAssoc.com


Charles A. Ross
& Associates, LLC
Trusted Legal Defense™

Carl A. Tibbetts
November 8, 2007
Page 2

cc:  Robert B. Blackburn
     Local Counsel,
     United States Securities and Exchange Commission
     (Via Electronic Mail)

     Paul Gumagay
     Senior Counsel,
     United States Securities and Exchange Commission
     (Via Electronic Mail)