UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

SECURITIES AND EXCHANGE COMMISSION,

    *Plaintiff*,

    -v.-          Case No. 07 CIV 9606

OLEKSANDR DOROZHKO

    *Defendant.*

---

# DECLARATION OF MARTIN JOHN WARD

I, Martin John Ward, pursuant to 28 U.S.C. 1746, declare as follows:

1. I have served as Compliance Counsel in the Chicago office of Interactive Brokers LLC ("IB") since November 15, 2005. IB is an internet-based deep-discount direct access brokerage firm. My job duties include routine surveillance functions regarding trading in IB customer accounts and correspondence with regulatory and law enforcement authorities on IB's behalf. I submit this declaration in connection with Plaintiff Securities and Exchange Commission's Memorandum of Law in Reply to Defendant Dorozhko's Opposition to Plaintiff's Motion for Preliminary Injunction and Other Equitable Relief and Opposition to Defendant's Motion to Dismiss. The facts set forth herein are based upon my personal knowledge and information obtained in the course of performing my regular job duties at IB.

2. IB offers its customers the ability to trade stocks, options, futures and options on futures on more than 60 exchanges throughout the world through automated systems at discount prices. All trading in IB brokerage accounts is self-directed by the customer. IB does not make any recommendations or offer any investment advice to

its customers. IB does not solicit orders. There are no IB registered representatives or traditional "brokers" associated with customer accounts.

3. IB customers generally create and place orders using IB's proprietary Trader Workstation® ("TWS") software. TWS is downloaded from IB's website directly onto the customer's personal computer. Using TWS, customers can create and send orders directly into IB systems for routing to stock, option and futures exchanges throughout the world. These orders are delivered to IB's systems via the internet and are routed to the various exchanges without any human intervention. Specifically, no human broker or representative handles a customer's order before, during or after its execution; the process is fully automated once the customer enters an order on TWS.

4. On September 19, 2007, an application to open IB account U412281 was begun online by a potential customer named Oleksandr Dorozhko ("Dorozhko"). The application form was completed online. As part of his application, Dorozhko represented that he was a legal resident of Ukraine with a mailing address of Gojdi Str. 24-15, Uzhgorod 88000, Ukraine and a primary telephone number of 7-916-245-6491. Dorozhko described himself as a self-employed consultant with an estimated net worth of $100,001-$250,000 and net income of $45,001-$50,000. Dorozhko stated in his application that his investment objective was speculation and that he had two years of experience trading stocks and options, rating his knowledge of each security type as "good." Dorozhko represented that he executed more than 100 option trades per year. This information is summarized in <u>Exhibit 1</u> labeled Account Information for Oleksandr Dorozhko.

5. During the online account application process, the username "doroz222" was assigned to the account. The username doroz222 and the password chosen at the time

of application for the account were required to access the account at all times, beginning with the date of application. The online account application tasks of entering personal data and signing various market data and exchange user agreements were completed on September 19, 2007. IB requires European customers to submit documents providing proof of identity, date of birth, and address before approving accounts to trade. On September 20, 2007, Dorozhko submitted via e-mail what was represented as a copy of his passport (Ukraine passport EC565300) and what was represented as a certification letter from his bank as proof of identity and address. Attached to this declaration as Exhibit 2 and Exhibit 3 are reproductions of Ukraine passport EC565300 and bank certification provided by Dorozhko. Several follow-up inquiries were made by IB new account staff over the next several weeks to verify certain information provided by Dorozhko as part of the application process, including additional verification of account information and confirmation of bank funds. Account U412281 was approved to trade on October 10, 2007. Notice of the account's approval to trade was sent to Dorozhko's e-mail address odorozhko@yahoo.com on October 11, 2007 at 3:39:17 EDT.

6. Dorozhko was the sole owner of account U412281. There was no else who was authorized to trade in this account.

7. Dorozhko had transmitted $42,500.00 to IB to fund his account on Oct. 4, 2007. As reflected in Exhibit 4 attached to this declaration, on that date, Oleksandr Dorozhko caused $42,500 to be wire transferred by electronic funds transfer from The Central International European Bank Ltd to Deutsche Bank Trust Co. who, in turn, transferred $42,500.00 to Interactive Brokers. The funds were held at IB's account at Citibank, N.A. located in New York, New York. IB credited Dorozhko's account for

3

the deposit of $42,5000 on October 4, 2007, and these funds were available to trade when the account was approved on October 10, 2007.

8. No trading took place in account U412281 until Oct. 17, 2007. On information and belief, on October 17, Dorozhko logged into account U412281 through the TWS software using the username doroz222 and the password that he chose. Interactive Brokers had no reason to believe that anyone other than Dorozhko accessed account U412281 on this date. Dorozhko placed numerous orders to buy October 2007 IMS Health Inc. (NYSE: RX) put options ("October '07 RX puts") at two different strike prices. All of the October series RX options were due to expire on October 20, 2007. Therefore, the final day to trade or exercise October '07 RX puts, at any strike price, was Friday, October 19, 2007. Dorozhko purchased 300 RX Oct. '07 25 puts and 330 RX Oct. '07 30 puts between 14:52:26 EDT and 15:06:47 EDT on through account U412281 on October 17, 2007.

9. RX shares closed trading on Oct. 17, 2007 at $29.56 per share. After the close of regular trading hours on the New York Stock Exchange ("NYSE"), IMS Health Inc. announced its earnings for the third fiscal quarter, which fell short of analyst expectations. RX shares opened trading on NYSE on Oct. 18, 2007, at $22.75 per share. Near the open of the market, Dorozhko placed orders to liquidate his positions in IMS Health put options, held in account U412281, and thereafter the 300 RX Oct. '07 25 puts and the 330 RX Oct. '07 30 puts were sold between 9:34:58 and 9:42:02 on Oct. 18. The profit to the account from the trading in RX puts was (net of commissions) was approximately $286,456.59.

10. All orders to purchase and sell and purchases and sales of RX put options by Dorozhko through account U412281 on October 17 and 18, 2007 are summarized

4

below. Orders were transmitted through TWS using the username and password assigned to Dorozhko, and executions were reported back on the TWS software. To date, there have been no other transactions executed by Dorozhko in account U412281.

**Chronological listing of order entries, revisions, cancellations and executions in account U412281 for trade dates Oct. 17, 2007 and Oct 18, 2007. All trading was done in RX Oct. '07 puts.**

| | ORDERS | | | | | EXECUTIONS | | |
|---|---|---|---|---|---|---|---|---|
| Buy/Sell | Contract | Quant | Price | Date / Time | Buy/Sell | Quant | Price | Date / Time |
| Buy | RXV7P25 | 100 | $0.05 | 10/17 14:51:52 | | | | |
| *Cancel order at 14:52:17* | | | | | | | | |
| Buy | RXV7P25 | 100 | $0.10 | 10/17 14:52:26 | | | | |
| | RXV7P25 | | | | Buy | 32 | $0.10 | 10/17 14:52:26 |
| | RXV7P25 | | | | Buy | 5 | $0.10 | 10/17 14:52:26 |
| | RXV7P25 | | | | Buy | 21 | $0.10 | 10/17 14:52:26 |
| | RXV7P25 | | | | Buy | 11 | $0.10 | 10/17 14:52:26 |
| | RXV7P25 | | | | Buy | 11 | $0.10 | 10/17 14:52:26 |
| | RXV7P25 | | | | Buy | 11 | $0.10 | 10/17 14:52:26 |
| | RXV7P25 | | | | Buy | 9 | $0.10 | 10/17 14:52:27 |
| Buy | RXV7P25 | 100 | $0.05 | 10/17 14:53:06 | | | | |
| *Cancel order at 14:55:46* | | | | | | | | |
| Buy | RXV7P30 | 100 | $1.10 | 10/17 14:53:29 | | | | |
| *Revise Buy price of RXV7P30 to $1.15 at 14:55:40* | | | | | | | | |
| *Revise Buy price of RXV7P30 to $1.10 at 14:56:27* | | | | | | | | |
| *Cancel order at 14:56:31* | | | | | | | | |
| Buy | RXV7P25 | 100 | $0.10 | 10/17 14:59:32 | | | | |
| | RXV7P25 | | | | Buy | 21 | $.0.10 | 10/17 14:59:33 |
| | RXV7P25 | | | | Buy | 11 | $.0.10 | 10/17 14:59:33 |
| | RXV7P25 | | | | Buy | 11 | $.0.10 | 10/17 14:59:33 |
| | RXV7P25 | | | | Buy | 3 | $.0.10 | 10/17 14:59:33 |
| | RXV7P25 | | | | Buy | 11 | $.0.10 | 10/17 14:59:33 |
| | RXV7P25 | | | | Buy | 5 | $.0.10 | 10/17 14:59:34 |
| *Cancel order for remaining 38 RXV7P25 at 14:59:34* | | | | | | | | |
| Buy | RXV7P30 | 100 | $1.15 | 10/17 15:00:51 | | | | |
| | RXV7P30 | | | | Buy | 45 | $1.15 | 10/17 15:00:51 |
| | RXV7P30 | | | | Buy | 30 | $1.15 | 10/17 15:00:51 |
| | RXV7P30 | | | | Buy | 25 | $1.08 | 10/17 15:00:54 |
| Buy | RXV7P25 | 100 | $0.10 | 10/17 15:01:06 | | | | |
| | RXV7P25 | | | | Buy | 11 | $.0.10 | 10/17 15:01:06 |
| | RXV7P25 | | | | Buy | 11 | $.0.10 | 10/17 15:01:06 |

5

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| | RXV7P25 | | | | Buy | 11 | $.0.10 | 10/17 15:01:06 |
| | RXV7P25 | | | | Buy | 5 | $.0.10 | 10/17 15:01:06 |
| | RXV7P25 | | | | Buy | 31 | $.0.10 | 10/17 15:01:06 |
| | RXV7P25 | | | | Buy | 21 | $.0.10 | 10/17 15:01:06 |
| | RXV7P25 | | | | Buy | 10 | $.0.10 | 10/17 15:01:06 |
| Buy | RXV7P30 | 100 | $1.15 | 10/17 15:01:23 | | | | |
| | RXV7P30 | | | | Buy | 100 | $1.15 | 10/17 15:01:23 |
| Buy | RXV7P25 | 38 | $0.10 | 10/17 15:05:55 | | | | |
| | RXV7P25 | | | | Buy | 11 | $0.10 | 10/17 15:05:55 |
| | RXV7P25 | | | | Buy | 11 | $0.10 | 10/17 15:05:55 |
| | RXV7P25 | | | | Buy | 11 | $0.10 | 10/17 15:05:55 |
| | RXV7P25 | | | | Buy | 5 | $0.10 | 10/17 15:05:55 |
| Buy | RXV7P30 | 100 | $1.20 | 10/17 15:06:02 | | | | |
| | RXV7P30 | | | | Buy | 30 | $1.20 | 10/17 15:06:02 |
| | RXV7P30 | | | | Buy | 45 | $1.20 | 10/17 15:06:02 |
| | RXV7P30 | | | | Buy | 25 | $1.12 | 10/17 15:06:02 |
| Buy | RXV7P30 | 25 | $1.20 | 10/17 15:06:36 | | | | |
| | RXV7P30 | | | | Buy | 25 | $1.20 | 10/17 15:06:36 |
| Buy | RXV7P30 | 5 | $1.20 | 10/17 15:06:47 | | | | |
| | RXV7P30 | | | | Buy | 3 | $1.20 | 10/17 15:06:47 |
| | RXV7P30 | | | | Buy | 2 | $1.20 | 10/17 15:06:47 |
| Sell | RXV7P25 | 100 | $2.30 | 10/18 09:34:35 | | | | |
| *Revise Sell price of RXV7P25 to $2.20 at 09:34:42* | | | | | | | | |
| *Revise Sell price of RXV7P25 to $2.10 at 09:34:46* | | | | | | | | |
| | RXV7P25 | | | | Sell | 1 | $2.10 | 10/18 09:34:58 |
| | RXV7P25 | | | | Sell | 1 | $2.10 | 10/18 09:34:58 |
| | RXV7P25 | | | | Sell | 1 | $2.10 | 10/18 09:34:58 |
| | RXV7P25 | | | | Sell | 2 | $2.10 | 10/18 09:34:59 |
| | RXV7P25 | | | | Sell | 2 | $2.10 | 10/18 09:34:59 |
| | RXV7P25 | | | | Sell | 16 | $2.10 | 10/18 09:35:00 |
| | RXV7P25 | | | | Sell | 5 | $2.10 | 10/18 09:35:00 |
| | RXV7P25 | | | | Sell | 10 | $2.10 | 10/18 09:35:00 |
| | RXV7P25 | | | | Sell | 1 | $2.10 | 10/18 09:35:01 |
| *Cancel order for remaining 61 RXV7P25 at 09:35:05* | | | | | | | | |
| Sell | RXV7P25 | 61 | $2.20 | 10/18 09:35:13 | | | | |
| *Revise Sell price of RXV7P25 to $2.10 at 09:35:21* | | | | | | | | |
| | RXV7P25 | | | | Sell | 61 | $2.11 | 10/18 09:35:24 |
| Sell | RXV7P25 | 50 | $2.00 | 10/18 09:35:40 | | | | |
| *Revise Sell price of RXV7P25 to $2.05 at 09:35:56* | | | | | | | | |
| | RXV7P25 | | | | Sell | 50 | $2.05 | 10/18 09:35:56 |
| Sell | RXV7P30 | 30 | $7.20 | 10/18 09:35:58 | | | | |
| | RXV7P30 | | | | Sell | 3 | $7.20 | 10/18 09:36:07 |
| Sell | RXV7P25 | 50 | $2.30 | 10/18 09:36:07 | | | | |
| | RXV7P30 | | | | Sell | 1 | $7.20 | 10/18 09:36:11 |
| | RXV7P30 | | | | Sell | 4 | $7.20 | 10/18 09:36:14 |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| | RXV7P30 | | | | Sell | 2 | $7.20 | 10/18 09:36:14 |
| | RXV7P30 | | | | Sell | 10 | $7.20 | 10/18 09:36:14 |
| | RXV7P30 | | | | Sell | 2 | $7.20 | 10/18 09:36:15 |
| | RXV7P30 | | | | Sell | 8 | $7.20 | 10/18 09:36:15 |
| | RXV7P25 | | | | Sell | 3 | $2.30 | 10/18 09:36:15 |
| | RXV7P25 | | | | Sell | 1 | $2.30 | 10/18 09:36:16 |
| | RXV7P25 | | | | Sell | 1 | $2.30 | 10/18 09:36:23 |
| *Revise sell price of RXV7P25 to $2.40 at 09:36:26* | | | | | | | | |
| | RXV7P25 | | | | Sell | 37 | $2.40 | 10/18 09:36:40 |
| | RXV7P25 | | | | Sell | 4 | $2.40 | 10/18 09:36:40 |
| | RXV7P25 | | | | Sell | 2 | $2.40 | 10/18 09:36:40 |
| | RXV7P25 | | | | Sell | 2 | $2.40 | 10/18 09:36:40 |
| | | | | | | | | |
| Sell | RXV7P30 | 50 | $7.60 | 10/18 09:36:52 | | | | |
| Sell | RXV7P25 | 50 | $2.60 | 10/18 09:37:08 | | | | |
| | RXV7P30 | | | | Sell | 5 | $7.60 | 10/18 09:37:09 |
| | RXV7P30 | | | | Sell | 1 | $7.60 | 10/18 09:37:09 |
| | RXV7P30 | | | | Sell | 5 | $7.60 | 10/18 09:37:09 |
| | RXV7P30 | | | | Sell | 3 | $7.60 | 10/18 09:37:09 |
| | RXV7P30 | | | | Sell | 1 | $7.60 | 10/18 09:37:11 |
| | RXV7P30 | | | | Sell | 1 | $7.60 | 10/18 09:37:11 |
| | RXV7P25 | | | | Sell | 1 | $2.60 | 10/18 09:37:11 |
| | RXV7P25 | | | | Sell | 1 | $2.60 | 10/18 09:37:11 |
| | RXV7P25 | | | | Sell | 5 | $2.60 | 10/18 09:37:11 |
| | RXV7P30 | | | | Sell | 1 | $7.60 | 10/18 09:37:12 |
| | RXV7P30 | | | | Sell | 1 | $7.60 | 10/18 09:37:12 |
| | RXV7P25 | | | | Sell | 3 | $2.60 | 10/18 09:37:12 |
| | RXV7P25 | | | | Sell | 1 | $2.60 | 10/18 09:37:12 |
| | RXV7P25 | | | | Sell | 1 | $2.60 | 10/18 09:37:12 |
| | RXV7P30 | | | | Sell | 1 | $7.60 | 10/18 09:37:13 |
| | RXV7P25 | | | | Sell | 2 | $2.60 | 10/18 09:37:13 |
| | RXV7P25 | | | | Sell | 1 | $2.60 | 10/18 09:37:13 |
| | RXV7P25 | | | | Sell | 1 | $2.60 | 10/18 09:37:13 |
| | RXV7P30 | | | | Sell | 1 | $7.60 | 10/18 09:37:14 |
| | RXV7P30 | | | | Sell | 1 | $7.60 | 10/18 09:37:14 |
| | RXV7P25 | | | | Sell | 2 | $2.60 | 10/18 09:37:14 |
| | RXV7P30 | | | | Sell | 1 | $7.60 | 10/18 09:37:15 |
| | RXV7P25 | | | | Sell | 1 | $2.60 | 10/18 09:37:15 |
| | RXV7P30 | | | | Sell | 2 | $7.60 | 10/18 09:37:16 |
| | RXV7P30 | | | | Sell | 5 | $7.60 | 10/18 09:37:16 |
| | RXV7P30 | | | | Sell | 1 | $7.60 | 10/18 09:37:16 |
| | RXV7P30 | | | | Sell | 1 | $7.60 | 10/18 09:37:16 |
| | RXV7P30 | | | | Sell | 7 | $7.60 | 10/18 09:37:16 |
| | RXV7P25 | | | | Sell | 1 | $2.60 | 10/18 09:37:16 |
| | RXV7P25 | | | | Sell | 2 | $2.60 | 10/18 09:37:16 |
| | RXV7P25 | | | | Sell | 1 | $2.60 | 10/18 09:37:16 |
| | RXV7P25 | | | | Sell | 1 | $2.60 | 10/18 09:37:16 |
| | RXV7P30 | | | | Sell | 1 | $7.60 | 10/18 09:37:17 |
| | RXV7P25 | | | | Sell | 1 | $2.60 | 10/18 09:37:17 |
| | RXV7P25 | | | | Sell | 4 | $2.60 | 10/18 09:37:17 |
| | RXV7P30 | | | | Sell | 3 | $7.60 | 10/18 09:37:18 |
| | RXV7P30 | | | | Sell | 5 | $7.60 | 10/18 09:37:18 |
| | RXV7P25 | | | | Sell | 5 | $2.60 | 10/18 09:37:18 |
| | RXV7P25 | | | | Sell | 2 | $2.60 | 10/18 09:37:18 |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| | *Revise sell price of RXV7P30 to $7.70 at 09:37:19* | | | | | | | |
| | RXV7P25 | | | | Sell | 5 | $2.60 | 10/18 09:37:19 |
| | RXV7P25 | | | | Sell | 1 | $2.60 | 10/18 09:37:20 |
| | RXV7P25 | | | | Sell | 2 | $2.60 | 10/18 09:37:20 |
| | RXV7P25 | | | | Sell | 1 | $2.60 | 10/18 09:37:20 |
| | RXV7P25 | | | | Sell | 1 | $2.60 | 10/18 09:37:22 |
| | RXV7P25 | | | | Sell | 2 | $2.60 | 10/18 09:37:22 |
| | RXV7P30 | | | | Sell | 3 | $7.70 | 10/18 09:37:37 |
| | | | | | | | | |
| Sell | RXV7P25 | 50 | $2.80 | 10/18 09:37:41 | | | | |
| *Revise Sell price of RXV7P25 to $2.70 at 09:37:45* | | | | | | | | |
| Sell | RXV7P30 | 50 | $7.60 | 10/18 09:37:57 | | | | |
| | RXV7P30 | | | | Sell | 1 | $7.60 | 10/18 09:38:01 |
| | RXV7P30 | | | | Sell | 20 | $7.60 | 10/18 09:38:04 |
| | RXV7P30 | | | | Sell | 1 | $7.60 | 10/18 09:38:05 |
| | RXV7P30 | | | | Sell | 5 | $7.60 | 10/18 09:38:05 |
| | RXV7P30 | | | | Sell | 20 | $7.60 | 10/18 09:38:06 |
| | RXV7P30 | | | | Sell | 1 | $7.60 | 10/18 09:38:06 |
| | RXV7P25 | | | | Sell | 50 | $2.70 | 10/18 09:38:16 |
| *Revise sell price of RXV7P30 to $7.50 at 09:38:40* | | | | | | | | |
| | RXV7P30 | | | | Sell | 2 | $7.60 | 10/18 09:38:55 |
| | | | | | | | | |
| Sell | RXV7P30 | 50 | $7.60 | 10/18 09:39:06 | | | | |
| | RXV7P30 | | | | Sell | 20 | $7.60 | 10/18 09:39:38 |
| | RXV7P30 | | | | Sell | 5 | $7.60 | 10/18 09:39:41 |
| | RXV7P30 | | | | Sell | 5 | $7.60 | 10/18 09:39:41 |
| | RXV7P30 | | | | Sell | 1 | $7.60 | 10/18 09:39:41 |
| | RXV7P30 | | | | Sell | 5 | $7.60 | 10/18 09:39:41 |
| | RXV7P30 | | | | Sell | 3 | $7.60 | 10/18 09:39:41 |
| | RXV7P30 | | | | Sell | 1 | $7.60 | 10/18 09:39:42 |
| | RXV7P30 | | | | Sell | 5 | $7.60 | 10/18 09:39:42 |
| | RXV7P30 | | | | Sell | 5 | $7.60 | 10/18 09:39:42 |
| | | | | | | | | |
| Sell | RXV7P30 | 10 | $7.80 | 10/18 09:39:55 | | | | |
| | RXV7P30 | | | | Sell | 2 | $7.60 | 10/18 09:40:07 |
| | RXV7P30 | | | | Sell | 2 | $7.60 | 10/18 09:40:07 |
| | RXV7P30 | | | | Sell | 2 | $7.60 | 10/18 09:40:08 |
| | RXV7P30 | | | | Sell | 1 | $7.60 | 10/18 09:40:09 |
| | RXV7P30 | | | | Sell | 3 | $7.60 | 10/18 09:40:09 |
| | | | | | | | | |
| Sell | RXV7P30 | 10 | $8.20 | 10/18 09:40:22 | | | | |
| *Revise Sell quantity of RXV7P30 to 40 at 09:40:31* | | | | | | | | |
| *Revise Sell price of RXV7P30 to $8.10 at 09:40:41* | | | | | | | | |
| | RXV7P30 | | | | Sell | 1 | $8.10 | 10/18 09:40:43 |
| | RXV7P30 | | | | Sell | 5 | $8.10 | 10/18 09:40:43 |
| | RXV7P30 | | | | Sell | 21 | $8.10 | 10/18 09:40:43 |
| | RXV7P30 | | | | Sell | 3 | $8.10 | 10/18 09:40:43 |
| | RXV7P30 | | | | Sell | 10 | $8.10 | 10/18 09:40:43 |
| | | | | | | | | |
| Sell | RXV7P30 | 50 | $8.30 | 10/18 09:40:54 | | | | |
| *Revise Sell price of RXV7P30 to $8.20 at 09:40:58* | | | | | | | | |
| | RXV7P30 | | | | Sell | 2 | $8.20 | 10/18 09:41:09 |
| | RXV7P30 | | | | Sell | 2 | $8.20 | 10/18 09:41:12 |

| Buy/Sell | Symbol | Quant | Price | Date/Time | Buy/Sell | Quant | Price | Date/Time |
|---|---|---|---|---|---|---|---|---|
| | RXV7P30 | | | | Sell | 2 | $8.20 | 10/18 09:41:25 |
| | RXV7P30 | | | | Sell | 20 | $8.20 | 10/18 09:41:26 |
| | RXV7P30 | | | | Sell | 6 | $8.20 | 10/18 09:41:27 |
| | RXV7P30 | | | | Sell | 6 | $8.20 | 10/18 09:41:28 |
| | RXV7P30 | | | | Sell | 2 | $8.20 | 10/18 09:41:30 |
| | RXV7P30 | | | | Sell | 10 | $8.20 | 10/18 09:41:30 |
| Sell | RXV7P30 | 50 | $8.40 | 10/18 09:41:45 | | | | |
| | RXV7P30 | | | | Sell | 1 | $8.40 | 10/18 09:41:46 |
| | RXV7P30 | | | | Sell | 5 | $8.40 | 10/18 09:41:46 |
| | RXV7P30 | | | | Sell | 5 | $8.40 | 10/18 09:41:47 |
| | RXV7P30 | | | | Sell | 9 | $8.40 | 10/18 09:41:47 |
| | RXV7P30 | | | | Sell | 9 | $8.40 | 10/18 09:41:47 |
| | RXV7P30 | | | | Sell | 3 | $8.40 | 10/18 09:41:59 |
| | RXV7P30 | | | | Sell | 10 | $8.40 | 10/18 09:42:01 |
| | RXV7P30 | | | | Sell | 5 | $8.40 | 10/18 09:42:02 |
| | RXV7P30 | | | | Sell | 3 | $8.40 | 10/18 09:42:02 |

**Listing of order entries, revisions, cancellations and executions in RX Oct. '07 puts through account U412281 for trade dates Oct. 17, 2007 and Oct 18, 2007 by series.**

## RX Oct. '07 25 puts trading

| ORDERS | | | | EXECUTIONS | | | | |
|---|---|---|---|---|---|---|---|---|
| Buy/Sell | Quant | Price | Date / Time | Buy/Sell | Quant | Price | Date / Time | Exch. |
| Buy | 100 | $0.05 | 10/17 14:51:52 | | | | | |
| *Cancel order at 14:52:17* | | | | | | | | |
| Buy | 100 | $0.10 | 10/17 14:52:26 | | | | | |
| | | | | Buy | 32 | $0.10 | 10/17 14:52:26 | ISE |
| | | | | Buy | 5 | $0.10 | 10/17 14:52:26 | CBOE |
| | | | | Buy | 21 | $0.10 | 10/17 14:52:26 | CBOE |
| | | | | Buy | 11 | $0.10 | 10/17 14:52:26 | BOX |
| | | | | Buy | 11 | $0.10 | 10/17 14:52:26 | PHLX |
| | | | | Buy | 11 | $0.10 | 10/17 14:52:26 | PSE |
| | | | | Buy | 9 | $0.10 | 10/17 14:52:27 | ISE |
| Buy | 100 | $0.05 | 10/17 14:53:06 | | | | | |
| *Cancel order at 14:55:46* | | | | | | | | |
| Buy | 100 | $0.10 | 10/17 14:59:32 | | | | | |
| | | | | Buy | 21 | $.0.10 | 10/17 14:59:33 | ISE |
| | | | | Buy | 11 | $.0.10 | 10/17 14:59:33 | BOX |
| | | | | Buy | 11 | $.0.10 | 10/17 14:59:33 | PHLX |
| | | | | Buy | 3 | $.0.10 | 10/17 14:59:33 | PSE |
| | | | | Buy | 11 | $.0.10 | 10/17 14:59:33 | PSE |
| | | | | Buy | 5 | $.0.10 | 10/17 14:59:34 | CBOE |
| *Cancel order for remaining 38 contracts at 14:59:34* | | | | | | | | |
| Buy | 100 | $0.10 | 10/17 15:01:06 | | | | | |
| | | | | Buy | 11 | $.0.10 | 10/17 15:01:06 | PHLX |

9

|  |  |  |  |  |  |  |  |  |
|---|---|---|---|---|---|---|---|---|
|  |  |  |  | Buy | 11 | $.0.10 | 10/17 15:01:06 | BOX |
|  |  |  |  | Buy | 11 | $.0.10 | 10/17 15:01:06 | PSE |
|  |  |  |  | Buy | 5 | $.0.10 | 10/17 15:01:06 | CBOE |
|  |  |  |  | Buy | 31 | $.0.10 | 10/17 15:01:06 | ISE |
|  |  |  |  | Buy | 21 | $.0.10 | 10/17 15:01:06 | CBOE |
|  |  |  |  | Buy | 10 | $.0.10 | 10/17 15:01:06 | BOX |
|  |  |  |  |  |  |  |  |  |
| Buy | 38 | $0.10 | 10/17 15:05:55 |  |  |  |  |  |
|  |  |  |  | Buy | 11 | $0.10 | 10/17 15:05:55 | PSE |
|  |  |  |  | Buy | 11 | $0.10 | 10/17 15:05:55 | BOX |
|  |  |  |  | Buy | 11 | $0.10 | 10/17 15:05:55 | PHLX |
|  |  |  |  | Buy | 5 | $0.10 | 10/17 15:05:55 | ISE |
|  |  |  |  |  |  |  |  |  |
| Sell | 100 | $2.30 | 10/18 09:34:35 |  |  |  |  |  |
| *Revise Sell price to $2.20 at 09:34:42* |  |  |  |  |  |  |  |  |
| *Revise Sell price to $2.10 at 09:34:46* |  |  |  |  |  |  |  |  |
|  |  |  |  | Sell | 1 | $2.10 | 10/18 09:34:58 | CBOE |
|  |  |  |  | Sell | 1 | $2.10 | 10/18 09:34:58 | CBOE |
|  |  |  |  | Sell | 1 | $2.10 | 10/18 09:34:58 | CBOE |
|  |  |  |  | Sell | 2 | $2.10 | 10/18 09:34:59 | CBOE |
|  |  |  |  | Sell | 2 | $2.10 | 10/18 09:34:59 | CBOE |
|  |  |  |  | Sell | 16 | $2.10 | 10/18 09:35:00 | CBOE |
|  |  |  |  | Sell | 5 | $2.10 | 10/18 09:35:00 | CBOE |
|  |  |  |  | Sell | 10 | $2.10 | 10/18 09:35:00 | CBOE |
|  |  |  |  | Sell | 1 | $2.10 | 10/18 09:35:01 | CBOE |
| *Cancel order for remaining 61 contracts at 09:35:05* |  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |  |
| Sell | 61 | $2.20 | 10/18 09:35:13 |  |  |  |  |  |
| *Revise Sell price to $2.10 at 09:35:21* |  |  |  |  |  |  |  |  |
|  |  |  |  | Sell | 61 | $2.11 | 10/18 09:35:24 | BOX |
|  |  |  |  |  |  |  |  |  |
| Sell | 50 | $2.00 | 10/18 09:35:40 |  |  |  |  |  |
| *Revise Sell price to $2.05 at 09:35:56* |  |  |  |  |  |  |  |  |
|  |  |  |  | Sell | 50 | $2.05 | 10/18 09:35:56 | ISE |
|  |  |  |  |  |  |  |  |  |
| Sell | 50 | $2.30 | 10/18 09:36:07 |  |  |  |  |  |
|  |  |  |  | Sell | 3 | $2.30 | 10/18 09:36:15 | CBOE |
|  |  |  |  | Sell | 1 | $2.30 | 10/18 09:36:16 | CBOE |
|  |  |  |  | Sell | 1 | $2.30 | 10/18 09:36:23 | CBOE |
| *Revise sell price to $2.40 at 09:36:26* |  |  |  |  |  |  |  |  |
|  |  |  |  | Sell | 37 | $2.40 | 10/18 09:36:40 | CBOE |
|  |  |  |  | Sell | 4 | $2.40 | 10/18 09:36:40 | CBOE |
|  |  |  |  | Sell | 2 | $2.40 | 10/18 09:36:40 | CBOE |
|  |  |  |  | Sell | 2 | $2.40 | 10/18 09:36:40 | CBOE |
|  |  |  |  |  |  |  |  |  |
| Sell | 50 | $2.60 | 10/18 09:37:08 |  |  |  |  |  |
|  |  |  |  | Sell | 1 | $2.60 | 10/18 09:37:11 | CBOE |
|  |  |  |  | Sell | 1 | $2.60 | 10/18 09:37:11 | CBOE |
|  |  |  |  | Sell | 5 | $2.60 | 10/18 09:37:11 | CBOE |
|  |  |  |  | Sell | 3 | $2.60 | 10/18 09:37:12 | CBOE |
|  |  |  |  | Sell | 1 | $2.60 | 10/18 09:37:12 | CBOE |
|  |  |  |  | Sell | 1 | $2.60 | 10/18 09:37:12 | CBOE |
|  |  |  |  | Sell | 2 | $2.60 | 10/18 09:37:13 | CBOE |

10

| Buy/Sell | Quant | Price | Date / Time | Buy/Sell | Quant | Price | Date / Time | Exch. |
|---|---|---|---|---|---|---|---|---|
| | | | | Sell | 1 | $2.60 | 10/18 09:37:13 | CBOE |
| | | | | Sell | 1 | $2.60 | 10/18 09:37:13 | CBOE |
| | | | | Sell | 2 | $2.60 | 10/18 09:37:14 | CBOE |
| | | | | Sell | 1 | $2.60 | 10/18 09:37:15 | CBOE |
| | | | | Sell | 1 | $2.60 | 10/18 09:37:16 | CBOE |
| | | | | Sell | 2 | $2.60 | 10/18 09:37:16 | CBOE |
| | | | | Sell | 1 | $2.60 | 10/18 09:37:16 | CBOE |
| | | | | Sell | 1 | $2.60 | 10/18 09:37:16 | CBOE |
| | | | | Sell | 1 | $2.60 | 10/18 09:37:17 | CBOE |
| | | | | Sell | 4 | $2.60 | 10/18 09:37:17 | CBOE |
| | | | | Sell | 5 | $2.60 | 10/18 09:37:18 | CBOE |
| | | | | Sell | 2 | $2.60 | 10/18 09:37:18 | CBOE |
| | | | | Sell | 5 | $2.60 | 10/18 09:37:19 | CBOE |
| | | | | Sell | 1 | $2.60 | 10/18 09:37:20 | CBOE |
| | | | | Sell | 2 | $2.60 | 10/18 09:37:20 | CBOE |
| | | | | Sell | 1 | $2.60 | 10/18 09:37:20 | CBOE |
| | | | | Sell | 1 | $2.60 | 10/18 09:37:22 | CBOE |
| | | | | Sell | 2 | $2.60 | 10/18 09:37:22 | CBOE |
| Sell | 50 | $2.80 | 10/18 09:37:41 | | | | | |
| *Revise Sell price to $2.70 at 09:37:45* | | | | | | | | |
| | | | | Sell | 50 | $2.70 | 10/18 09:38:16 | CBOE |

## RX Oct. '07 30 puts trading

| ORDERS | | | | EXECUTIONS | | | | |
|---|---|---|---|---|---|---|---|---|
| Buy/Sell | Quant | Price | Date / Time | Buy/Sell | Quant | Price | Date / Time | Exch. |
| Buy | 100 | $1.10 | 10/17 14:53:29 | | | | | |
| *Revise Buy price to $1.15 at 14:55:40* | | | | | | | | |
| *Revise Buy price to $1.10 at 14:56:27* | | | | | | | | |
| *Cancel order at 14:56:31* | | | | | | | | |
| Buy | 100 | $1.15 | 10/17 15:00:51 | | | | | |
| | | | | Buy | 45 | $1.15 | 10/17 15:00:51 | PSE |
| | | | | Buy | 30 | $1.15 | 10/17 15:00:51 | PSE |
| | | | | Buy | 25 | $1.08 | 10/17 15:00:54 | BOX |
| Buy | 100 | $1.15 | 10/17 15:01:23 | | | | | |
| | | | | Buy | 100 | $1.15 | 10/17 15:01:23 | PHLX |
| Buy | 100 | $1.20 | 10/17 15:06:02 | | | | | |
| | | | | Buy | 30 | $1.20 | 10/17 15:06:02 | PSE |
| | | | | Buy | 45 | $1.20 | 10/17 15:06:02 | PSE |
| | | | | Buy | 25 | $1.12 | 10/17 15:06:02 | BOX |
| Buy | 25 | $1.20 | 10/17 | | | | | |

|     |     |        |                   |      |    |        |                  |      |
| --- | --- | ------ | ----------------- | ---- | -- | ------ | ---------------- | ---- |
|     |     |        | 15:06:36          |      |    |        |                  |      |
|     |     |        |                   | Buy  | 25 | $1.20  | 10/17 15:06:36   | PHLX |
| Buy | 5   | $1.20  | 10/17 15:06:47    |      |    |        |                  |      |
|     |     |        |                   | Buy  | 3  | $1.20  | 10/17 15:06:47   | PSE  |
|     |     |        |                   | Buy  | 2  | $1.20  | 10/17 15:06:47   | PSE  |
| Sell | 30 | $7.20  | 10/18 09:35:58    |      |    |        |                  |      |
|     |     |        |                   | Sell | 3  | $7.20  | 10/18 09:36:07   | CBOE |
|     |     |        |                   | Sell | 1  | $7.20  | 10/18 09:36:11   | CBOE |
|     |     |        |                   | Sell | 4  | $7.20  | 10/18 09:36:14   | CBOE |
|     |     |        |                   | Sell | 2  | $7.20  | 10/18 09:36:14   | CBOE |
|     |     |        |                   | Sell | 10 | $7.20  | 10/18 09:36:14   | CBOE |
|     |     |        |                   | Sell | 2  | $7.20  | 10/18 09:36:15   | CBOE |
|     |     |        |                   | Sell | 8  | $7.20  | 10/18 09:36:15   | CBOE |
| Sell | 50 | $7.60  | 10/18 09:36:52    |      |    |        |                  |      |
|     |     |        |                   | Sell | 5  | $7.60  | 10/18 09:37:09   | CBOE |
|     |     |        |                   | Sell | 1  | $7.60  | 10/18 09:37:09   | CBOE |
|     |     |        |                   | Sell | 5  | $7.60  | 10/18 09:37:09   | CBOE |
|     |     |        |                   | Sell | 3  | $7.60  | 10/18 09:37:09   | CBOE |
|     |     |        |                   | Sell | 1  | $7.60  | 10/18 09:37:11   | CBOE |
|     |     |        |                   | Sell | 1  | $7.60  | 10/18 09:37:11   | CBOE |
|     |     |        |                   | Sell | 1  | $7.60  | 10/18 09:37:12   | CBOE |
|     |     |        |                   | Sell | 1  | $7.60  | 10/18 09:37:12   | CBOE |
|     |     |        |                   | Sell | 1  | $7.60  | 10/18 09:37:13   | CBOE |
|     |     |        |                   | Sell | 1  | $7.60  | 10/18 09:37:14   | CBOE |
|     |     |        |                   | Sell | 1  | $7.60  | 10/18 09:37:14   | CBOE |
|     |     |        |                   | Sell | 1  | $7.60  | 10/18 09:37:15   | CBOE |
|     |     |        |                   | Sell | 2  | $7.60  | 10/18 09:37:16   | CBOE |
|     |     |        |                   | Sell | 5  | $7.60  | 10/18 09:37:16   | CBOE |
|     |     |        |                   | Sell | 1  | $7.60  | 10/18 09:37:16   | CBOE |
|     |     |        |                   | Sell | 1  | $7.60  | 10/18 09:37:16   | CBOE |
|     |     |        |                   | Sell | 7  | $7.60  | 10/18 09:37:16   | CBOE |
|     |     |        |                   | Sell | 1  | $7.60  | 10/18 09:37:17   | CBOE |
|     |     |        |                   | Sell | 3  | $7.60  | 10/18 09:37:18   | CBOE |
|     |     |        |                   | Sell | 5  | $7.60  | 10/18 09:37:18   | CBOE |
| *Revise sell price to $7.70 at 09:37:19* | | | | | | | | |
|     |     |        |                   | Sell | 3  | $7.70  | 10/18 09:37:37   | CBOE |
| Sell | 50 | $7.60  | 10/18 09:37:57    |      |    |        |                  |      |
|     |     |        |                   | Sell | 1  | $7.60  | 10/18 09:38:01   | CBOE |
|     |     |        |                   | Sell | 20 | $7.60  | 10/18 09:38:04   | CBOE |
|     |     |        |                   | Sell | 1  | $7.60  | 10/18 09:38:05   | CBOE |
|     |     |        |                   | Sell | 5  | $7.60  | 10/18 09:38:05   | CBOE |
|     |     |        |                   | Sell | 20 | $7.60  | 10/18 09:38:06   | CBOE |
|     |     |        |                   | Sell | 1  | $7.60  | 10/18 09:38:06   | CBOE |
| *Revise sell price to $7.50 at 09:38:40* | | | | | | | | |
|     |     |        |                   | Sell | 2  | $7.60  | 10/18 09:38:55   | CBOE |

12

Case 1:07-cv-09606-NRB    Document 14-16    Filed 11/09/2007    Page 13 of 15

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Sell | 50 | $7.60 | 10/18 09:39:06 | | | | | |
| | | | | Sell | 20 | $7.60 | 10/18 09:39:38 | CBOE |
| | | | | Sell | 5 | $7.60 | 10/18 09:39:41 | CBOE |
| | | | | Sell | 5 | $7.60 | 10/18 09:39:41 | CBOE |
| | | | | Sell | 1 | $7.60 | 10/18 09:39:41 | CBOE |
| | | | | Sell | 5 | $7.60 | 10/18 09:39:41 | CBOE |
| | | | | Sell | 3 | $7.60 | 10/18 09:39:41 | CBOE |
| | | | | Sell | 1 | $7.60 | 10/18 09:39:42 | CBOE |
| | | | | Sell | 5 | $7.60 | 10/18 09:39:42 | CBOE |
| | | | | Sell | 5 | $7.60 | 10/18 09:39:42 | CBOE |
| Sell | 10 | $7.80 | 10/18 09:39:55 | | | | | |
| | | | | Sell | 2 | $7.60 | 10/18 09:40:07 | CBOE |
| | | | | Sell | 2 | $7.60 | 10/18 09:40:07 | CBOE |
| | | | | Sell | 2 | $7.60 | 10/18 09:40:08 | CBOE |
| | | | | Sell | 1 | $7.60 | 10/18 09:40:09 | CBOE |
| | | | | Sell | 3 | $7.60 | 10/18 09:40:09 | CBOE |
| Sell | 10 | $8.20 | 10/18 09:40:22 | | | | | |
| *Revise Sell quantity to 40 at 09:40:31* | | | | | | | | |
| *Revise Sell price to $8.10 at 09:40:41* | | | | | | | | |
| | | | | Sell | 1 | $8.10 | 10/18 09:40:43 | CBOE |
| | | | | Sell | 5 | $8.10 | 10/18 09:40:43 | CBOE |
| | | | | Sell | 21 | $8.10 | 10/18 09:40:43 | CBOE |
| | | | | Sell | 3 | $8.10 | 10/18 09:40:43 | CBOE |
| | | | | Sell | 10 | $8.10 | 10/18 09:40:43 | CBOE |
| Sell | 50 | $8.30 | 10/18 09:40:54 | | | | | |
| *Revise Sell price to $8.20 at 09:40:58* | | | | | | | | |
| | | | | Sell | 2 | $8.20 | 10/18 09:41:09 | CBOE |
| | | | | Sell | 2 | $8.20 | 10/18 09:41:12 | CBOE |
| | | | | Sell | 2 | $8.20 | 10/18 09:41:25 | CBOE |
| | | | | Sell | 20 | $8.20 | 10/18 09:41:26 | CBOE |
| | | | | Sell | 6 | $8.20 | 10/18 09:41:27 | CBOE |
| | | | | Sell | 6 | $8.20 | 10/18 09:41:28 | CBOE |
| | | | | Sell | 2 | $8.20 | 10/18 09:41:30 | CBOE |
| | | | | Sell | 10 | $8.20 | 10/18 09:41:30 | CBOE |
| Sell | 50 | $8.40 | 10/18 09:41:45 | | | | | |
| | | | | Sell | 1 | $8.40 | 10/18 09:41:46 | CBOE |
| | | | | Sell | 5 | $8.40 | 10/18 09:41:46 | CBOE |
| | | | | Sell | 5 | $8.40 | 10/18 09:41:47 | CBOE |
| | | | | Sell | 9 | $8.40 | 10/18 09:41:47 | CBOE |
| | | | | Sell | 9 | $8.40 | 10/18 09:41:47 | CBOE |
| | | | | Sell | 3 | $8.40 | 10/18 09:41:59 | CBOE |
| | | | | Sell | 10 | $8.40 | 10/18 09:42:01 | CBOE |
| | | | | Sell | 5 | $8.40 | 10/18 09:42:02 | CBOE |
| | | | | Sell | 3 | $8.40 | 10/18 09:42:02 | CBOE |

13

11. In support of the foregoing statements, attached as Exhibit 3 and Exhibit 4 are daily account statements for IB account U412281 for trading dates October 17, and 18, 2007. Exhibits 3 and 4 are true and reliable copies of the actual business records that were recorded in the regular course of Interactive Brokers' business.

12. I also have included, as Exhibit 5, a summary of "audit trail" information showing the order entry and execution data captured by various IB systems during the course of the trading activity in account U412281 on October 17 and 18, 2007. An audit trail is the electronic record of an order's history. Exhibit 5 was prepared under my supervision. The information contained in Exhibit 5 was derived directly from actual business records maintained by IB and is true and accurate.

13. The audit trail contains both order ticket and execution information. IB captures all order data submitted by the customer and compiles an electronic file of all subsequent information about that order, including information about the submission, revision, execution and/or cancellation of an order from the time the order is first submitted to IB by the customer until its ultimate disposition by execution or cancellation. This file contains information from the customer, IB systems and any exchanges to which the order is routed for execution.

14. On October 19, 2007, Interactive Brokers began an internal investigation of Dorozhko's trades in the put options of RX and placed restrictions on the account preventing the withdrawal of funds and restricting trading.

15. On October 19, 2007, and October 22, 2007, Dorozhko attempted to access funds held in account U412281. Interactive Brokers informed Dorozhko that his account was being reviewed by compliance and that access to his account was restricted.

Attached as <u>Exhibit 6</u> are transcripts of online chats between Dorozhko and representatives of Interactive Brokers on October 19, 2007, and October 22, 2007.

16. As reflected in <u>Exhibit 7,</u> account login information for U412281- Oleksandr Dorozhko, Dorozhko accessed account U412281 eight times on October 19, 2007, two times on October 22, 2007, and once on October 23, 2007.

I declare under penalty of perjury that the foregoing is true and correct.

*Martin J. Ward*
Martin J. Ward

Executed on November 9, 2007
Chicago, IL