# EXHIBIT 1

# ACCOUNT INFORMATION FOR OLEKSANDR DOROZHKO

## ACCOUNT SUMMARY FOR OLEKSANDR DOROZHKO

| User name: doroz222 | Account ID: U412281 | IB Entity: IB-UK | Currency: USD | Clearing Status: Open. |
|---|---|---|---|---|
| Started: 19 Sep 2007 | Approved: 10 Oct 2007 | Opened: 10 Oct 2007 | Funded: 04 Oct 2007 | Closed: |
| Type of Account: INDIVIDUAL | | Capabilities: MRGN MULT OPT STK | | E-mail Address odorozhko@yahoo.com |
| Phylum Code: C | STP Invited ? Yes | Priority:LOW Set/Unset Employer | | TMS tickets |
| | | Reg. Status: APP_STATUS (2.0) | | Assign Operator |
| **RELATIONSHIP TO FORMER ML RISK COUNTRY** – Applicant (Legal Residence/Mailing Address) Account Holder | | | | |
| **RELATIONSHIP TO OTHER JURISDICTION THAT MAY POSE INCREASED FRAUD RISK** – Applicant (Legal Residence/Mailing Address) Account Holder | | | | |
| **RELATIONSHIP TO Non FATF COUNTRY** – Applicant (Legal Residence/Mailing Address) Account Holder | | | | |

## PRIOR NOTES

NOTE: In September 2007, Interactive Brokers increased its threshold financial and other criteria for approval to use IB's IDEAL PRO trading platform. This account was approved for forex trading under the prior criteria existing before October 2007. Since this account was properly approved for forex trading via IDEAL PRO under the then-existing criteria, and has significant experience with forex trading and with IB and the IB system, the account is authorized to continue forex trading via IDEAL PRO.
(ACES)

MW certified
(mwahlkvist)

MW certified
(mwahlkvist)

UK Impersonation Check for Oleksandr Dorozhko
(ebrennan)

customer advised:
I'm independent engineering consultant for the energy producing industry
(ebrennan)

Nature of business requested
(cbattig)

## ACCOUNT APPROVAL DECISION

Decision: Accepted

Proclamations:
Deciding Officer: mwahlkvist
Deciding Time: 10 Oct 2007 11:16:05 EDT

Account Information for Oleksandr Dorozhko

Compliance Officer: mwahlkvist
Compliance Time: 10 Oct 2007 11:16:05 EDT

Additional Remarks:

## ACCOUNT UPGRADE DECISIONS

No Upgrade Decisions yet

## ADDITIONAL APPLICANT/REGISTRATION INFORMATION

Applicant ID: 394151
US Tax ID: N/A
Country of Legal residence: Ukraine
State of Legal residence: N/A

Market Data Status: Non-Professional

Primary Phone: +7 916 245 6491

Mailing Address #: Gojdi Str. 24-15
Uzhgorod, N/A  88000
Ukraine

Maketing/Sales Info:
Assisted by: self

Change this Information

## IPO CERTIFICATION INFORMATION

No response

## INVESTMENT EXPERIENCE

|  | Years of Experience | # of Trades per Year | Knowledge Level |
|---|---|---|---|
| Stocks | 2 | 51 - 100 | Good |
| Options | 2 | > 100 | Good |
| Commodities | 0 | 0 | 0 |
| Bond | 0 | 0 | 0 |
| FX | 1 | 11 - 25 | Limited |

## FINANCIAL INFORMATION

| | | | |
|---|---|---|---|
| Estimated Net Worth | 100,001 - 250,000 | Estimated Liquid Net Worth | 100,001 - 250,000 |
| Net Income | 45,001 - 50,000 | Sources of Funds (Other than regular income) | N/A |
| Investment objective | Speculation | Total Assets | N/A |
| Is Accredited investor for Private Placement ? | No | Invited to Private Placement ? | No |

## W8 INFO

| TaxPayer ID# | Business Name | Form Name | For | Other data | Time |
|---|---|---|---|---|---|
| | | | | reference_number=<br>city_state=Uzhgorod, 88000<br>part_2_10_income_type=<br>action=<br>foreign_tax_id=<br>account_title=Oleksandr | |

Dorozhko
address=Gojdi Str. 24-15
part_2_10_reasons=
part_2_10_article=
sequence=587634599
part_2_9a_country=Ukraine

Ben

Interest: No
Divident: No
Broker: No

country=Ukraine
mail_city_state=
mail_country=
citizenship=N/A
part_2_9a=part_2_9a
part_2_10_percent=
y=13
owner_type=Individual
signatures=Oleksandr
Dorozhko
x=59
tax_id=
mail_address=

19 Sep 2007
10:33:14 EDT

| PERSONAL INFORMATIONS | | SHOW ALL |
|---|---|---|
| Personal Information for **Oleksandr Dorozhko (Account Holder)** | | show |

| | | |
|---|---|---|
| **Name:** Oleksandr Dorozhko | **Citizenship:** Ukraine | **# of Dependents:** 2 |
| | **DOB:** 13 Aug 1954 | **Marital Status:** M |
| | **Passport:** EC565300 (Ukraine) | **Mother's Maiden Name:** Marija Mirovska |
| **% of Ownership:** 100 | **Home Phone:** +7 916 245 6491 | |
| Request Proof of ID and DOB | **Residential Address:** Gojdi Str. 24-15 | **Occupation:** Consultant |
| Request Proof of Address | Uzhgorod , 88000 Ukraine | **Employment Status:** SELFEMPLOYED |
| | **Mailing Address:** Same as residential address | **Employer Business:** Basic Industry |

Add Individual                                      add Legal Entity

### DISCIPLINARY EVENTS

| | |
|---|---|
| Has the account holder ever been the subject of, or initiated, litigation, arbitration or any other type of dispute or settlement procedure with another broker or dealer ? | No |
| Has the account holder ever been the subject of an investigation or proceeding by any commodities or securities exchange or regulatory authority or self regulatory authority ? | No |

### COMPLIANCE/REGULATORY INFORMATION

Add Broker-Dealer Affiliation

| | |
|---|---|
| Is the account holder a member of an exchange or an associated person, affiliated person or employee of an exchange member ? | No |
| Is the account holder a member of a regulatory or a self-regulatory organization ? | No |
| Is the account holder: i) a director; ii) a 10% shareholder; or iii) a policy-making officer of any publicly traded company? (Restricted or Controled Stock) | No |
| Does the account holder control the trading in, or have an ownership interest in, any other Interactive Brokers accounts ? | No |
| Accepted Arbitration Agreement ? | Yes |

Account Information for Oleksandr Dorozhko                                          Page 4 of 5

Edit Compliance Information                              Change Arbitration Agreement

## EXCHANGE MEMBERSHIP AND COMMISSION INFO

Customer's current **Commodities** commission status: Bundled

Customer's current **Securities** commission status: Bundled

## OTHER IB ACCOUNTS LINKED TO THIS CUSTOMER

No Other Accounts linked to this Applicant

Link another Account to this account

## EQUIFAX ID/OFAC REPORTS

No Equifax or OFAC Verification reports for this Account.

## OFAC AND PROHIBITED CUSTOMERS CHECKS

| NAME | MATCHES | STATUS/ACTION |
|---|---|---|
| OFAC, SANCTIONED AND CONTROL LIST SEARCH RESULT (# 14943060) FOR OLEKSANDR DOROZHKO (ACCOUNT HOLDER) | | |
| Oleksandr Dorozhko | No Match. | Complete - no match found 12 Oct 2007 18:31:27 EDT |

## WORLDCHECK TASKS

| NAME | MATCHES | STATUS/ACTION |
|---|---|---|
| WORLDCHECK RESULT (# 14943061) FOR OLEKSANDR DOROZHKO (ACCOUNT HOLDER) | | |
| Oleksandr Dorozhko | No WorldCheck Match. | Complete - no match found 19 Sep 2007 10:45:19 EDT |

## DOCUMENT SUBMISSION TASKS

Reject Multiple

| DOCUMENT SUBMISSION TASK | DOCUMENT RECEIVED | STATUS | ACTIONS |
|---|---|---|---|
| Proof of Identity and Date of birth for Oleksandr Dorozhko (Account Holder) | Received Passport(IB-UK-382430.jpg) via E-mail on 20 Sep 2007 10:05:08 EDT | Approved (mwahlkvist) on 10 Oct 2007 11:16:06 EDT

Additional Notes: MW certified (mwahlkvist) | |
| | | Approved (mwahlkvist) on 10 Oct 2007 11:16:06 | |

Account Information for Oleksandr Dorozhko

| | | |
|---|---|---|
| Proof of address for Oleksandr Dorozhko (Account Holder) | Received Bank Statement (IB-UK-382431.jpg) via E-mail on 20 Sep 2007 10:05:08 EDT | EDT<br><br>Additional Notes: MW certified (mwahlkvist) |

\* - Not Required for approval but required for Exchange Access/Trading

## CONFIDENTIAL CHECKS

| TASK | STATUS |
|---|---|
| Additional Verification of Account Information for Oleksandr Dorozhko | Completed on 01 Oct 2007 11:18:26 EDT<br><br>customer advised: I'm independent engineering consultant for the energy producing industry (ebrennan) |
| UK Impersonation Check for Oleksandr Dorozhko | Completed on 10 Oct 2007 10:27:45 EDT<br><br>UK Impersonation Check for Oleksandr Dorozhko (ebrennan) |

# EXHIBIT 2



ПАСПОРТ
PASSPORT

УКРАЇНА ✦ UKRAINE

Тип/Type
Р

Код держави/Code of State
UKR

Номер паспорта/Passport No.
EC565300

Прізвище/Surname
ДОРОЖКО/DOROZHKO

Ім'я/Given names
ОЛЕКСАНДР/OLEKSANDR

Громадянство/Nationality
УКРАЇНА/UKRAINE

Дата народження/Date of birth
16 СЕР/AUG 1964

Стать/Sex
Ч/M

Запис No./No.
1

Місце народження/Place of birth
РОСІЙСЬКА ФЕДЕРАЦІЯ/RUS

Персональний No./Personal No.
19948055550

Дата видачі/Date of issue
23 ТРА/MAY 2006

Орган, що видав/Authority
2110

Дійсний до/Date of expiry
23 ТРА/MAY 2016

Підпис пред'явника/Signature of bearer

P<UKRDOROZHKO<<OLEKSANDR<<<<<<<<<<<<<<<<<<<<
EC565300<9UKR5408139M1605239199480555O<<<04

# EXHIBIT 3



**CIB KÖZÉP-EURÓPAI NEMZETKÖZI BANK RT.
CENTRAL-EUROPEAN INTERNATIONAL BANK LTD.**

LAKOSSÁGI KÖZPONT
H-1062 BUDAPEST, ANDRÁSSY ÚT 70.   H-1364 BUDAPEST, P.O. BOX: 170
TEL.: (36-1) 302-7701   FAX: (36-1) 374-8685
BANCA COMMERCIALE ITALIANA GROUP
ITALIAN BANKING GROUP REGISTRY CODE No. 20024

IKT.SZ: 217/2007-ZOLD

## Subject: Certification

The Central-European International Bank Ltd., Budapest hereby confirms that it keeps an account for Dorozhko Oleksandr (Russia, 1954.08.13., mother's name: Marija Mirovska, Passport nr. 565300 ,Permanent adr.: 88000 Uzhgorod Gojdi Str. 24 ), since 10.09.2007 and up to now no problems have arisen concerning her payment obligations.

The account number is:

**10700419 58012794 50000005 (USD)**

The total available balance on her account exceeds **USD 997,-** of today.

Please note that the above certificate has been issued upon request of our client, confidential and no liability shall be attached to the Bank or its officers for any of the information given herewith.

Budapest, 10. Sept., 2007.

CIB BANK ZRT.
1013 Budapest, Krisztina tér 10.
Telefon: 224-7160
Fax: 224-7169

# EXHIBIT 4

## Cashier Entry

| Field | Value |
|---|---|
| Currency | USD |
| Amount | 42,500.00 |
| Account No. | U412281 |
| Account Title | Oleksandr Dorozhko |
| Entry Id | EFTDeposit.20071004.13520086 |
| Value Date | 2007-10-04 |
| When Entered | 2007-10-04 01:30:38.0 |
| Operator Name | autoDepositMatcher |
| Matched By | EFTDepositMatcher |
| When Matched | 2007-10-04 |
| Bank Account | 40805826 |
| Label | IB-CLRNG-CITI NY-USD-RECEIPTS |
| Type | EFTDeposit |

## Bank Activity

| Field | Value |
|---|---|
| Currency | USD |
| Amount | 42,500.00 |
| Payment Details | TNS/C0103 I GID C0072270550201 CHP0045681 REF PAY BK DEUTSCHE BANK TRUST CO AMERICAS NDUSER DOROZHKO OLEKSANDR UA/X GODI STR, 24 88900 UZHGOROD DETAILS /INV/U412281 / OLEKSANDR DOROZHKO BENEF INTERACTIVE BROKERS LLC ORIG BK CENTRAL EUROPEA INTERNATI I B/O DOROZHKO OLEKSANDR I /INV/U412281 / OLEKSANDR DOROZHKO TSN 0003355 OSN 00850 I SSN 0045681 |
| By Order Of | HU281070041956012779450000005 DOROZHKO OLEKSANDR UA/X GODI STR, 24 88900 UZHGOROD |
| Value Date | 2007-10-04 |
| Beneficiary | INTERACTIVE BROKERS LLC |
| Beneficiary's Account | ADV/SESWIFT |
| Extra Information | |
| Originating Bank | |
| Bank Reference Id | C0072270550201 |
| BA-ID | 669941 |
| Type | BankEFTCustReceipt |
| Entry Date | 2007-10-04 |
| IB Reference Id | BS-317388-CUST_WIRE |
| Confirmation Reference | |
| Further Reference | SAME DAY CR TRANSFER |
| Ordering Bank | 04035772 CENTRAL EUROPEAN INTERNATIONAL BANK LTD ATT: INTERNATIONAL DIVISION MEDVE |
| Customer Reference | UTCA 4-14 |
| Related Reference | NONREF |
| Bank Account | C0072270550201 40805826 |
| Label | IB-CLRNG-CITI NY-USD/RECEIPTS |
| Settle-State | S |