# EXHIBIT 3



Activity Statement for October 17, 2007                               ⬇ Expand All | ⬆ Contract All | 🖨 Print

Activity Statement for October 17, 2007
INTERACTIVE BROKERS (U.K.) Ltd., 5th Floor, 1 Carey Lane, London EC2V 8AE, UK. Regulated by FSA

### - Account Information

| | |
|---|---|
| Name | Oleksandr Dorozhko |
| Account ID | U412281 |
| Account Type | Individual |
| Customer Type | Individual |
| Account Capabilities | Reg T Margin |
| Trading Permissions | Stocks,Options,Forex |
| Base Currency | USD |

### - Equity Summary In Base Currency ( October 17, 2007 )

| | Current Period | | | Prior Period | |
|---|---|---|---|---|---|
| | TOTAL | LONG | SHORT | TOTAL | % CHANGE |
| Cash | 829.10 | 829.10 | 0.00 | 42,500.00 | -98.05% |
| Securities Options | 34,766.64 | 34,766.64 | 0.00 | 0.00 | — |
| Interest Accruals | 49.78 | 49.78 | 0.00 | 46.01 | 8.19% |
| Total | 35,645.52 | 35,645.52 | 0.00 | 42,546.01 | -16.22% |

### - Mark-to-Market Performance Summary In Base Currency ( October 17, 2007 )

| | Total | Stocks | Options | Bonds | Futures | Future Options |
|---|---|---|---|---|---|---|
| MTM P/L On Transactions | -6,458.36 | 0.00 | -6,458.36 | 0.00 | 0.00 | 0.00 |
| Total P/L Mark-To-Market | -6,458.36 | 0.00 | -6,458.36 | 0.00 | 0.00 | 0.00 |
| Commissions | -445.90 | | | | | |
| Total P/L for Statement Period | -6,904.26 | | | | | |
| Internal Rate of Return | -16.22% | | | | | |

### - Realized & Unrealized Performance Summary in Base Currency ( October 17, 2007 )

| | Total | Stocks | Options | Bonds | Futures | Future Options |
|---|---|---|---|---|---|---|
| Unrealized Loss | -6,904.26 | 0.00 | -6,904.26 | 0.00 | 0.00 | 0.00 |
| Total Unrealized Profit & Loss | -6,904.26 | 0.00 | -6,904.26 | 0.00 | 0.00 | 0.00 |
| Total FIFO Profit & Loss | -6,904.26 | 0.00 | -6,904.26 | 0.00 | 0.00 | 0.00 |

### - Profit & Loss By Underlying Instrument ( October 17, 2007 )

**Options**

| Symbol | FIFO Realized | FIFO Unrealized | Mark-To-Market | Commission | Dividend |
|---|---|---|---|---|---|
| RX OCT07 25 P | 0.00 | -3,098.26 | -2,883.36 | -214.90 | 0.00 |
| RX OCT07 30 P | 0.00 | -3,806.00 | -3,575.00 | -231.00 | 0.00 |
| Total | 0.00 | -6,904.26 | -6,458.36 | -445.90 | 0.00 |

### - Cash Report ( October 17, 2007 )

| Cash Detail | Total | Securities | Commodities |
|---|---:|---:|---:|
| **BASE CURRENCY SUMMARY** | | | |
| Starting Cash | 42,500.00 | 42,500.00 | 0.00 |
|    Commissions | -445.90 | -445.90 | 0.00 |
|    Net Trades | -41,225.00 | -41,225.00 | 0.00 |
| Ending Cash | 829.10 | 829.10 | 0.00 |
| Ending Settled Cash | 42,054.10 | 42,054.10 | 0.00 |
| Average Credit Balance | 829.10 | 829.10 | 0.00 |

### - Change In Position Value ( October 17, 2007 )

**Options**

| | |
|---|---:|
| Prior Period Value | 0.00 |
|    Transactions | 41,225.00 |
|    MTM P/L On Transactions | -6,458.36 |
| End Of Period Value | 34,766.64 |

### - Open Positions ( October 17, 2007 )

**Options**

| Symbol | Open | Quantity | Mult | Open Price | Close Price | Cost Basis | Value | Unrealized P/L |
|---|---|---:|---:|---:|---:|---:|---:|---:|
| USD | | | | | | | | |
| - RX OCT07 25 P | | 300 | 100 | 0.1071 | 0.0039 | 3,214.90 | 116.64 | -3,098.26 |
| RX OCT07 25 P (Exp: 2007-10-20) | 2007-10-17, 14:52:26 | 11 | 100 | 0.1070 | 0.0039 | 117.70 | 4.28 | -113.42 |
| RX OCT07 25 P (Exp: 2007-10-20) | 2007-10-17, 14:52:26 | 11 | 100 | 0.1070 | 0.0039 | 117.70 | 4.28 | -113.42 |
| RX OCT07 25 P (Exp: 2007-10-20) | 2007-10-17, 14:52:26 | 11 | 100 | 0.1070 | 0.0039 | 117.70 | 4.28 | -113.42 |
| RX OCT07 25 P (Exp: 2007-10-20) | 2007-10-17, 14:52:26 | 21 | 100 | 0.1070 | 0.0039 | 224.70 | 8.16 | -216.54 |
| RX OCT07 25 P (Exp: 2007-10-20) | 2007-10-17, 14:52:26 | 5 | 100 | 0.1070 | 0.0039 | 53.50 | 1.94 | -51.56 |
| RX OCT07 25 P (Exp: 2007-10-20) | 2007-10-17, 14:52:26 | 32 | 100 | 0.1075 | 0.0039 | 344.00 | 12.44 | -331.56 |
| RX OCT07 25 P (Exp: 2007-10-20) | 2007-10-17, 14:52:27 | 9 | 100 | 0.1075 | 0.0039 | 96.75 | 3.50 | -93.25 |
| RX OCT07 25 P (Exp: 2007-10-20) | 2007-10-17, 14:59:33 | 11 | 100 | 0.1070 | 0.0039 | 117.70 | 4.28 | -113.42 |
| RX OCT07 25 P (Exp: 2007-10-20) | 2007-10-17, 14:59:33 | 3 | 100 | 0.1070 | 0.0039 | 32.10 | 1.17 | -30.93 |
| RX OCT07 25 P (Exp: 2007-10-20) | 2007-10-17, 14:59:33 | 11 | 100 | 0.1070 | 0.0039 | 117.70 | 4.28 | -113.42 |
| RX OCT07 25 P (Exp: 2007-10-20) | 2007-10-17, 14:59:33 | 11 | 100 | 0.1070 | 0.0039 | 117.70 | 4.28 | -113.42 |
| RX OCT07 25 P (Exp: 2007-10-20) | 2007-10-17, 14:59:33 | 21 | 100 | 0.1075 | 0.0039 | 225.75 | 8.16 | -217.59 |
| RX OCT07 25 P (Exp: 2007-10-20) | 2007-10-17, 14:59:34 | 5 | 100 | 0.1070 | 0.0039 | 53.50 | 1.94 | -51.56 |
| RX OCT07 25 P (Exp: 2007-10-20) | 2007-10-17, 15:01:06 | 11 | 100 | 0.1070 | 0.0039 | 117.70 | 4.28 | -113.42 |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| RX OCT07 25 P (Exp: 2007-10-20) | 2007-10-17, 15:01:06 | 11 | 100 | 0.1070 | 0.0039 | 117.70 | 4.28 | -113.42 |
| RX OCT07 25 P (Exp: 2007-10-20) | 2007-10-17, 15:01:06 | 11 | 100 | 0.1070 | 0.0039 | 117.70 | 4.28 | -113.42 |
| RX OCT07 25 P (Exp: 2007-10-20) | 2007-10-17, 15:01:06 | 10 | 100 | 0.1070 | 0.0039 | 107.00 | 3.89 | -103.11 |
| RX OCT07 25 P (Exp: 2007-10-20) | 2007-10-17, 15:01:06 | 21 | 100 | 0.1070 | 0.0039 | 224.70 | 8.16 | -216.54 |
| RX OCT07 25 P (Exp: 2007-10-20) | 2007-10-17, 15:01:06 | 31 | 100 | 0.1075 | 0.0039 | 333.25 | 12.05 | -321.20 |
| RX OCT07 25 P (Exp: 2007-10-20) | 2007-10-17, 15:01:06 | 5 | 100 | 0.1070 | 0.0039 | 53.50 | 1.94 | -51.56 |
| RX OCT07 25 P (Exp: 2007-10-20) | 2007-10-17, 15:05:55 | 11 | 100 | 0.1070 | 0.0039 | 117.70 | 4.28 | -113.42 |
| RX OCT07 25 P (Exp: 2007-10-20) | 2007-10-17, 15:05:55 | 11 | 100 | 0.1070 | 0.0039 | 117.70 | 4.28 | -113.42 |
| RX OCT07 25 P (Exp: 2007-10-20) | 2007-10-17, 15:05:55 | 11 | 100 | 0.1070 | 0.0039 | 117.70 | 4.28 | -113.42 |
| RX OCT07 25 P (Exp: 2007-10-20) | 2007-10-17, 15:05:55 | 5 | 100 | 0.1075 | 0.0039 | 53.75 | 1.94 | -51.81 |
| - RX OCT07 30 P | | 330 | 100 | 1.1720 | 1.0500 | 38,456.00 | 34,650.00 | -3,806.00 |
| RX OCT07 30 P (Exp: 2007-10-20) | 2007-10-17, 15:00:51 | 30 | 100 | 1.1570 | 1.0500 | 3,471.00 | 3,150.00 | -321.00 |
| RX OCT07 30 P (Exp: 2007-10-20) | 2007-10-17, 15:00:51 | 45 | 100 | 1.1570 | 1.0500 | 5,206.50 | 4,725.00 | -481.50 |
| RX OCT07 30 P (Exp: 2007-10-20) | 2007-10-17, 15:00:54 | 25 | 100 | 1.0870 | 1.0500 | 2,717.50 | 2,625.00 | -92.50 |
| RX OCT07 30 P (Exp: 2007-10-20) | 2007-10-17, 15:01:23 | 100 | 100 | 1.1570 | 1.0500 | 11,570.00 | 10,500.00 | -1,070.00 |
| RX OCT07 30 P (Exp: 2007-10-20) | 2007-10-17, 15:06:02 | 45 | 100 | 1.2070 | 1.0500 | 5,431.50 | 4,725.00 | -706.50 |
| RX OCT07 30 P (Exp: 2007-10-20) | 2007-10-17, 15:06:02 | 30 | 100 | 1.2070 | 1.0500 | 3,621.00 | 3,150.00 | -471.00 |
| RX OCT07 30 P (Exp: 2007-10-20) | 2007-10-17, 15:06:05 | 25 | 100 | 1.1270 | 1.0500 | 2,817.50 | 2,625.00 | -192.50 |
| RX OCT07 30 P (Exp: 2007-10-20) | 2007-10-17, 15:06:36 | 25 | 100 | 1.2070 | 1.0500 | 3,017.50 | 2,625.00 | -392.50 |
| RX OCT07 30 P (Exp: 2007-10-20) | 2007-10-17, 15:06:47 | 2 | 100 | 1.2070 | 1.0500 | 241.40 | 210.00 | -31.40 |
| RX OCT07 30 P (Exp: 2007-10-20) | 2007-10-17, 15:06:47 | 3 | 100 | 1.2070 | 1.0500 | 362.10 | 315.00 | -47.10 |
| **Total in USD** | | | | | | 41,670.90 | 34,766.64 | -6,904.26 |

- Transactions ( October 17, 2007 )

### Options

| Symbol | Date/Time | Exchange | Quantity | T. Price | C. Price | T. Amount | Comm/Tax | Cost | FIFO P/L | MTM P/L | Code |
|---|---|---|---|---|---|---|---|---|---|---|---|
| USD | | | | | | | | | | | |
| RX OCT07 25 P | 2007-10-17, 14:52:26 | ISE | 32 | 0.1000 | 0.0039 | 320.00 | -24.00 | 344.00 | 0.00 | -307.56 | P;O |
| RX OCT07 25 P | 2007-10-17, 14:52:26 | CBOE | 5 | 0.1000 | 0.0039 | 50.00 | -3.50 | 53.50 | 0.00 | -48.06 | P;O |

| Symbol | Date/Time | Exchange | Qty | Price | Comm | Proceeds | Comm/Fee | Cost | MTM P/L | Realized P/L | Code |
|---|---|---|---|---|---|---|---|---|---|---|---|
| RX OCT07 25 P | 2007-10-17, 14:52:26 | CBOE | 21 | 0.1000 | 0.0039 | 210.00 | -14.70 | 224.70 | 0.00 | -201.84 | P;O |
| RX OCT07 25 P | 2007-10-17, 14:52:26 | BOX | 11 | 0.1000 | 0.0039 | 110.00 | -7.70 | 117.70 | 0.00 | -105.72 | P;O |
| RX OCT07 25 P | 2007-10-17, 14:52:26 | PHLX | 11 | 0.1000 | 0.0039 | 110.00 | -7.70 | 117.70 | 0.00 | -105.72 | P;O |
| RX OCT07 25 P | 2007-10-17, 14:52:26 | PSE | 11 | 0.1000 | 0.0039 | 110.00 | -7.70 | 117.70 | 0.00 | -105.72 | P;O |
| RX OCT07 25 P | 2007-10-17, 14:52:27 | ISE | 9 | 0.1000 | 0.0039 | 90.00 | -6.75 | 96.75 | 0.00 | -86.50 | P;O |
| RX OCT07 25 P | 2007-10-17, 14:59:33 | ISE | 21 | 0.1000 | 0.0039 | 210.00 | -15.75 | 225.75 | 0.00 | -201.84 | P;O |
| RX OCT07 25 P | 2007-10-17, 14:59:33 | BOX | 11 | 0.1000 | 0.0039 | 110.00 | -7.70 | 117.70 | 0.00 | -105.72 | P;O |
| RX OCT07 25 P | 2007-10-17, 14:59:33 | PHLX | 11 | 0.1000 | 0.0039 | 110.00 | -7.70 | 117.70 | 0.00 | -105.72 | P;O |
| RX OCT07 25 P | 2007-10-17, 14:59:33 | PSE | 3 | 0.1000 | 0.0039 | 30.00 | -2.10 | 32.10 | 0.00 | -28.83 | P;O |
| RX OCT07 25 P | 2007-10-17, 14:59:33 | PSE | 11 | 0.1000 | 0.0039 | 110.00 | -7.70 | 117.70 | 0.00 | -105.72 | P;O |
| RX OCT07 25 P | 2007-10-17, 14:59:34 | CBOE | 5 | 0.1000 | 0.0039 | 50.00 | -3.50 | 53.50 | 0.00 | -48.06 | P;O |
| RX OCT07 25 P | 2007-10-17, 15:01:06 | PHLX | 11 | 0.1000 | 0.0039 | 110.00 | -7.70 | 117.70 | 0.00 | -105.72 | P;O |
| RX OCT07 25 P | 2007-10-17, 15:01:06 | BOX | 11 | 0.1000 | 0.0039 | 110.00 | -7.70 | 117.70 | 0.00 | -105.72 | P;O |
| RX OCT07 25 P | 2007-10-17, 15:01:06 | PSE | 11 | 0.1000 | 0.0039 | 110.00 | -7.70 | 117.70 | 0.00 | -105.72 | P;O |
| RX OCT07 25 P | 2007-10-17, 15:01:06 | CBOE | 5 | 0.1000 | 0.0039 | 50.00 | -3.50 | 53.50 | 0.00 | -48.06 | P;O |
| RX OCT07 25 P | 2007-10-17, 15:01:06 | ISE | 31 | 0.1000 | 0.0039 | 310.00 | -23.25 | 333.25 | 0.00 | -297.95 | P;O |
| RX OCT07 25 P | 2007-10-17, 15:01:06 | CBOE | 21 | 0.1000 | 0.0039 | 210.00 | -14.70 | 224.70 | 0.00 | -201.84 | P;O |
| RX OCT07 25 P | 2007-10-17, 15:01:06 | BOX | 10 | 0.1000 | 0.0039 | 100.00 | -7.00 | 107.00 | 0.00 | -96.11 | P;O |
| RX OCT07 25 P | 2007-10-17, 15:05:55 | ISE | 5 | 0.1000 | 0.0039 | 50.00 | -3.75 | 53.75 | 0.00 | -48.06 | P;O |
| RX OCT07 25 P | 2007-10-17, 15:05:55 | BOX | 11 | 0.1000 | 0.0039 | 110.00 | -7.70 | 117.70 | 0.00 | -105.72 | P;O |
| RX OCT07 25 P | 2007-10-17, 15:05:55 | PHLX | 11 | 0.1000 | 0.0039 | 110.00 | -7.70 | 117.70 | 0.00 | -105.72 | P;O |
| RX OCT07 25 P | 2007-10-17, 15:05:55 | PSE | 11 | 0.1000 | 0.0039 | 110.00 | -7.70 | 117.70 | 0.00 | -105.72 | P;O |
| **Total ( RX OCT07 25 P )** | | | **300** | | | **3,000.00** | **-214.90** | **3,214.90** | **0.00** | **-2,883.36** | |
| RX OCT07 30 P | 2007-10-17, 15:00:51 | PSE | 45 | 1.1500 | 1.0500 | 5,175.00 | -31.50 | 5,206.50 | 0.00 | -450.00 | P;O |
| RX OCT07 30 P | 2007-10-17, 15:00:51 | PSE | 30 | 1.1500 | 1.0500 | 3,450.00 | -21.00 | 3,471.00 | 0.00 | -300.00 | P;O |
| RX OCT07 30 P | 2007-10-17, 15:00:54 | BOX | 25 | 1.0800 | 1.0500 | 2,700.00 | -17.50 | 2,717.50 | 0.00 | -75.00 | P;O |
| RX OCT07 30 | 2007-10-17, | PHLX | 100 | 1.1500 | 1.0500 | 11,500.00 | -70.00 | 11,570.00 | 0.00 | -1,000.00 | O |

| | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| P | 15:01:23 | | | | | | | | | | |
| RX OCT07 30 P | 2007-10-17, 15:06:02 | PSE | 30 | 1.2000 | 1.0500 | 3,600.00 | -21.00 | 3,621.00 | 0.00 | -450.00 | P;O |
| RX OCT07 30 P | 2007-10-17, 15:06:02 | PSE | 45 | 1.2000 | 1.0500 | 5,400.00 | -31.50 | 5,431.50 | 0.00 | -675.00 | P;O |
| RX OCT07 30 P | 2007-10-17, 15:06:05 | BOX | 25 | 1.1200 | 1.0500 | 2,800.00 | -17.50 | 2,817.50 | 0.00 | -175.00 | P;O |
| RX OCT07 30 P | 2007-10-17, 15:06:36 | PHLX | 25 | 1.2000 | 1.0500 | 3,000.00 | -17.50 | 3,017.50 | 0.00 | -375.00 | O |
| RX OCT07 30 P | 2007-10-17, 15:06:47 | PSE | 3 | 1.2000 | 1.0500 | 360.00 | -2.10 | 362.10 | 0.00 | -45.00 | P;O |
| RX OCT07 30 P | 2007-10-17, 15:06:47 | PSE | 2 | 1.2000 | 1.0500 | 240.00 | -1.40 | 241.40 | 0.00 | -30.00 | P;O |
| Total ( RX OCT07 30 P ) | | | 330 | | | 38,225.00 | -231.00 | 38,456.00 | 0.00 | -3,575.00 | |
| Total ( USD ) | | | | | | 41,225.00 | -445.90 | 41,670.90 | 0.00 | -6,458.36 | |

### - Interest Accruals ( October 17, 2007 )

**USD**

| | |
|---|---|
| Starting Accrual Balance | 46.01 |
| Interest Accrued | 3.77 |
| Accrual Reversal | -0.00 |
| Ending Accrual Balance | 49.78 |

### - Exchange Rates to USD ( October 17, 2007 )

| | |
|---|---|
| AUD | 0.889080 |
| CAD | 1.025000 |
| CHF | 0.846110 |
| DKK | 0.190330 |
| EUR | 1.418800 |
| GBP | 2.037800 |
| HKD | 0.128970 |
| ILS | 0.248030 |
| JPY | 0.008569 |
| KRW | 0.001089 |
| MXN | 0.092422 |
| NOK | 0.185060 |
| SEK | 0.155060 |

### - Codes

| Code | Meaning |
|---|---|
| P | Partial Execution |
| T | Transfer |
| O | Opening Trade |
| C | Closing Trade |
| Ca | Cancelled Trade |
| Cc | Cancelled Corporate Action |
| Co | Corrected Trade |
| L | Ordered by IB (Margin Violation) |
| M | Entered manually by IB |

| | |
|---|---|
| I | Internal Transfer |
| E | External Transfer |
| Ex | Exercise and Assignment |
| Ep | Resulted from an Expired Position |
| N | Late Trade. Profit or Loss will be recognized on next day's statement |
| St | Short Term P/L |
| Lt | Long Term P/L |
| Plc | P/L affected by Corporate Action |
| Plt | P/L affected by Transfer |

- **Notes/Legal Notes**

**Notes**

1. Stock transactions settle on the trade date plus three days and securities options settle on the trade date plus one day. Ending settled cash reflects the cash which has actually settled.

2. Initial and maintenance margin requirements are available within the Account Window of the Trader Workstation.

3. Quantities preceded by a "-" sign indicate sell transactions. Other transactions are purchases. The settlement date for stock transactions is trade date + 3 business days, except for transactions on XETRA, which settle on trade date + 2 business days. Option transactions settle on trade date + 1 business day.

4. In case of partial executions, commissions are charged on the total quantity executed on the original order. The commission is displayed on the first partial execution only.

5. All times are local to the exchange.

6. Click here to view the applicable commodity Regulatory Fees for your transactions.

**Legal Notes**

1. **Please promptly report any inaccuracy or discrepancy in this statement, or in your account. Contact the IB Customer Service Department in writing using the form available on the IB website. You may also contact IB by phone, but if you report an error by phone, you should re-confirm such oral communications in writing in order to protect your rights, including rights under the Securities Investor Protection Act (SIPA).**
   **Interactive Brokers LLC,** http://www.interactivebrokers.com/, 877-442-2757 (U.S.)
   **Interactive Brokers (UK) (Ltd),** http://www.interactivebrokers.co.uk/, 00800-42-276537 (Intl)
   **Interactive Brokers Canada Inc.,** http://www.interactivebrokers.ca/, 877-745-4222 (Can.)

2. Unless otherwise noted, Interactive Brokers acted as agent in the execution of the above transactions. For those exchanges where IB is not self-clearing, IB may use one of the following clearing agents: Interactive Brokers (U.K.) Limited, Timber Hill Canada Company, Timber Hill Europe AG, Timber Hill LLC, Timber Hill Securities Hong Kong Limited, Société Générale Zurich branch, Refco Overseas Limited, Euroclear Bank S.A./N.V., Fortis Clearing Sydney Pty Limited, Kas Bank N.V.

3. All Interactive Brokers (U.K.) Ltd. customer trades are executed and cleared through Interactive Brokers LLC, which may utilize the services of another Interactive Brokers Group affiliate or a third party broker.

4. IB acts as agent or riskless principal in foreign currency exchange transactions. Such transactions are executed against an IB affiliate or a third party, which acts as principal in such transactions and may have a long or short position and may have profited or lost in connection with the transaction. Foreign currency exchange transactions executed by Customer through IB are not regulated or overseen by the SEC or the CFTC.

5. Trades marked with the exchange indicator of TMBR were effected by IB as agent through a market making affiliate, which acted as principal in the transaction and may have a long or short position in the security and may have profited or lost in connection with the transaction.

6. All VWAP trades are effected pursuant to an average price formula based on a reference price provided by a third-party data provider. Additional information and reference prices are available upon request. IB, as agent, effects VWAP transactions through a market

making affiliate, which acts as principal in such transactions and may have a long or short position in the security and may have profited or lost in connection with the transaction.

7. Except for liquidity rebates that may be paid by ECNs for certain orders routed to those ECNs, IB does not generally accept payment for order flow for stock orders. ECN liquidity rebates are credited against the fees charged by the ECNs to execute other orders. IB receives payment for some option orders pursuant to exchange-mandated marketing fee programs or other arrangements. IB does not generally accept payment for order flow for security futures orders. To the extent permissible under exchange rules, IB may direct customer stock, option, futures, or security futures orders to its market making affiliate Timber Hill LLC, or to another affiliate, for execution. In such cases IB's affiliate may act as principal in the resulting transaction and may earn a profit or incur a loss in connection with the transaction. The source and nature of any compensation received by IB in connection with any transaction is available upon written request of the customer. For further information, check the IB website or email help@interactivebrokers.com.

8. For security futures trades, if not already indicated on this statement, information about the time of any transaction, the identity of the counterparty to the transaction, and whether IB is acting as agent or principal, as agent for the counterparty, as agent for both parties to the contract, or as principal, and if acting as principal, whether the transaction was a block transaction or an exchange for physicals transaction, will be available upon written request of the customer.

9. Customer is requested to promptly advise Interactive Brokers of any material change in Customer's investment objectives or financial situation.

10. A financial statement of this organization is available for your personal inspection at http://www.interactivebrokers.co.uk/ or at its offices, or a copy of it will be mailed upon your written request.

11. Funds and assets of IB (U.K.) Limited customers are maintained at Interactive Brokers LLC, which is a member of SIPC.

Generated at: 2007-10-19,16:05:02EST