# EXHIBIT 6

6 records: [476700] [476787] [476838] [476987] [478769] [478873]

| Owner CSR | Other CSRs | From Cust | To Cust | Internal | System |
|---|---|---|---|---|---|
| 476700 mattm gareth | 2007-10-19 01:28:23 Closed CRM | Customer: doroz222/U412281 Subject: Customer Chat Topics: 1404 -> TWS, Web Trader, Mobile Trader Operation 2007-10-19 01:28:23 | 2007-10-19 01:46:10 1409303 | Customer Low Customer Chat | Chat Language [Top] |

[132823] ChatSys -> This chat is associated with ticket #476700. Please record this number for use in future inquiries. You are currently in room 'Technical Assistance'.
[132823] gareth -> Hello, this is 'Gareth'. How may I help you?
[132832] doroz222 -> Hello
[132853] doroz222 -> There is something wrong with my Trader Workstation
[132925] doroz222 -> There is some kind of error message and I cant buy stocks...
[133112] doroz222 -> I tried to reinstall it, but it did not help.
[133249] gareth -> what is the error/
[133350] doroz222 -> it was something like lig or liq
[133426] doroz222 -> but with CAPITAL LETTER
[133432] doroz222 -> LIG
[133443] gareth -> one moment please. I will have to get you over to Trade Problems for assistance with this
[133508] gareth -> seems like you account may be in Liqidation mode
[133513] gareth -> one second please
[133517] ChatSys -> Transferring ChatSession from 'Technical Assistance' to 'Trade Problems'
[133526] doroz222 -> what does it mean?
[133544] ChatSys -> Matt M has joined the chat
[133544] mattm -> Hello, this is Matthew. How can I help you?
[133544] doroz222 -> I have not changed any mode
[133557] mattm -> I am reviewing the details of the previous chat conversation. One moment please.
[133632] doroz222 -> How can I change it back?
[134010] doroz222 -> test
[134022] doroz222 -> are you still there?

| | | | | |
|---|---|---|---|---|
| | 10 - 19 01:46:10 | | | [134025] mattm -> yes<br>[134042] mattm -> the account is being reviewed by compliance and will only be able to place closing trades<br>[134053] mattm -> this will be the case until further notice<br>[134120] doroz222 -> what does is mean?<br>[134153] mattm -> closing orders only<br>[134158] mattm -> you cannot open new positions<br>[134206] doroz222 -> why?<br>[134228] doroz222 -> what are you reviewing there?<br>[134240] doroz222 -> and who is compliance?<br>[134258] mattm -> additional information cannot be provided<br>[134307] mattm -> you will be informed when the restriction has been lifted<br>[134327] doroz222 -> I do not undertand<br>[134354] doroz222 -> Do you have some kind of technical problems there? |
| mattm | CRM | 1409408 | | [134411] mattm -> no<br>[134418] mattm -> compliance is our legal department<br>[134428] mattm -> you will be notified when you can place opening trades<br>[134503] doroz222 -> so I have to wait e-mail?<br>[134513] mattm -> you will be notified when you can place opening trades<br>[134531] doroz222 -> is it so just with me or all clients?<br>[134540] mattm -> just to you<br>[134543] mattm -> Is there anything else that I can assist you with today?<br>[134556] doroz222 -> you are assisting me now already<br>[134608] mattm -> Please feel free to return to chat if there are any additional questions.<br>[134609] doroz222 -> but I still do not understand very much<br>[134609] ChatSys -> This chat session is being terminated by the CSR |
| 476787<br><br>mattm | 2007-10-19 01:55:55<br><br>Closed | Customer: doroz222/U412281<br>Subject: Customer Chat<br>Topics: 1404 -> TWS, Web Trader, Mobile Trader Operation | 2007-10-19 02:10:44 | Customer<br><br>Low | Chat<br><br>Language | [Top] |
| lwong | CRM | 2007-10-19 01:55:55 | 1409469 | Customer Chat |

| | | | | |
|---|---|---|---|---|
| mattm | CRM | 2007 10 19 02:03:21 | 1409522 | Fri Oct 19 10:21:16 EDT 2007 - webliqtool - User U412281 was liqOnly enable by jeffb Reason:reviewing trading activity in RX (JAB) |
| mattm | CRM | 2007 10 19 02:10:44 | 1409572 | [135555] ChatSys -> This chat is associated with ticket #476787. Please record this number for use in future inquiries. You are currently in room 'Technical Assistance'. [135555] lwong -> Hello, this is 'lwong'. How may I help you? [135605] doroz222 -> Hello [135622] doroz222 -> I just chated with somebody, but I did not get the answer [135658] lwong -> ok, what is is the question? [135716] doroz222 -> he said, that I cant trade now until further notice, but he did not explain why and how long [135822] lwong -> I cannot see this dialog you had previously.. Can you explain what the problem was [135859] doroz222 -> my trader workstation gives me error massage when I want to buy stocks [135949] doroz222 -> he told me, that account is Ligidation mode [140003] doroz222 -> but he did not tell me why and how long [140023] doroz222 -> chat was ended befor I got the answer [140115] lwong -> The Trade Problems department has more information on this subject. I can transfer you to them. [140118] ChatSys -> Transferring ChatSession from 'Technical Assistance' to 'Trade Problems' [140131] doroz222 -> okay [140246] ChatSys -> Matt M has joined the chat. [140246] mattm -> Hello, this is Matthew. How can I help you? [140255] doroz222 -> hello [140258] mattm -> I am reviewing the details of the previous chat conversation. One moment please. [140336] mattm -> yes, I believe we just discussed this [140341] doroz222 -> I just chat with somebody [140352] doroz222 -> so it was you [140358] mattm -> correct [140404] doroz222 -> you did not answer my question [140416] doroz222 -> why is this mode and how long [140430] doroz222 -> how long does it usualy take? [140629] ChatSys -> No activity from customer side in the last 30 seconds. Session may be terminated by CSR, if customer does not respond |

```
[140705] mattm -> i believe that I did
[140713] mattm -> I informed you that you would be notified
[140721] mattm -> when the restriction has been lifted
[140731] mattm -> a timeframe cannot be provided
[141043] ChatSys -> This chat session is being terminated on customer request
```

| 476838 | 2007-10-19 02:15:34 | Customer: doroz222/U412281 Subject: Customer Chat Topics: 1405 -> Liquidation | 2007-10-19 02:29:45 | Customer | Chat |
|---|---|---|---|---|---|
| mattm | Closed | | | Low | Language [Top] |
| meganc | CRM | 2007-10-19 02:15:34 | 1409599 | Customer Chat | |

```
[141534] ChatSys -> This chat is associated with ticket #476838. Please record this number for use in future inquiries. You are currently in room 'Trade Problems'.
[141534] meganc -> Hello, this is 'meganc'. How may I help you?
[141543] doroz222 -> hello
[141547] meganc -> hello
[141609] doroz222 -> Im trying to understand why I can not trade?
[141636] meganc -> alright one moment
[141701] meganc -> alright
[141711] doroz222 -> I somebody already told me, that I just cant, but he did not explain why and how long.
[141715] meganc -> one moment please
[141724] ChatSys -> ChatSession transferred from 'Trade Problems' to 'Matt M' in 'Trade Problems'
[141726] ChatSys -> Matt M has joined the chat.
[141726] mattm -> Hello, this is Matthew. How can I help you?
[141728] doroz222 -> He was a bit rude and terminated chat.
[141745] mattm -> it appears that you terminated the last chat
[141755] mattm -> is there some more information that I can provide for you
[141800] doroz222 -> not intentionally
[141822] doroz222 -> yes, Im still asking why is this mode active now and how long?
[141852] doroz222 -> I do not like if I cant access to my money and take positions every time I want.
[141853] mattm -> unfortunately the answer is not
```

```
                                    going to change
                                    [141902] mattm -> a timeframe cannot be provided
                                    [141916] doroz222 -> but you do not answer to my
                                    question!
                                    [141916] mattm -> you will be informed when the
                                    restriction has been lifted
                                    [141924] mattm -> the account is being reviewed
                                    [141932] mattm -> that is all the information that
                                    can be provided
                                    [141933] doroz222 -> what does it mean?
                                    [141937] mattm -> that is all the information that
                                    can be provided
                                    [141941] doroz222 -> what is there to review?
                                    [141949] doroz222 -> no, you can do better
                                    [141949] mattm -> you will be informed when the
                                    status changes
                                    [141958] doroz222 -> my account is already
                                    accepted
                                    [142008] doroz222 -> this is not what Im asking
                                    [142019] doroz222 -> Im not asking do you inform
                                    me!
                                    [142042] doroz222 -> Im asking why I cant trade
                  2007              and what is there to review?
                                    [142045] mattm -> as has been indicated multiple
                                    times previously
 mattm  CRM  10       1409681       [142057] mattm -> you trading activity is being
                                    reviewed by compliance
                  19 02:29:45       [142105] mattm -> while it is being reviewed
                                    [142107] doroz222 -> trading activity?
                                    [142111] mattm -> you can only place closing trades
                                    [142119] mattm -> you will be notified when this
                                    changes
                                    [142127] doroz222 -> wait a second
                                    [142135] doroz222 -> what does it mean?
                                    [142140] doroz222 -> trading activity?
                                    [142147] mattm -> that is all that can be told
                                    [142155] doroz222 -> I know how to buy and sell!
                                    [142217] mattm -> no additional information can be
                                    provided until compliance completes their review
                                    [142224] doroz222 -> Your job is to talk to clients
                                    [142243] doroz222 -> I have questions and your job
                                    is to chat with me I think.
                                    [142245] mattm -> i have
                                    [142257] mattm -> unfortunately you are not
                                    accepting the information that I am providing
                                    [142308] mattm -> i understand the frustration of not
                                    understanding
                                    [142311] mattm -> however
                                    [142317] doroz222 -> Im accepting, but this is not
                                    enough
                                    [142325] mattm -> no additional information can be
                                    provided
                                    [142332] mattm -> i have told you all that I can
```

```
[142333] doroz222 -> yes you can
[142336] mattm -> no additional information can be
provided until compliance completes their review
[142400] doroz222 -> how long do you review my
trading activiti
[142414] doroz222 -> there is not much to review
[142426] doroz222 -> I just started trading
[142426] mattm -> no additional information can be
provided until compliance completes their review
[142456] doroz222 -> how long does it take to
review?
[142501] doroz222 -> a day?
[142507] doroz222 -> or two days?
[142528] mattm -> i have responded to that question
multiple times already but would be happy to again
[142535] mattm -> a timeframe cannot be provided
[142538] mattm -> U412281
[142547] mattm -> no additional information can be
provided until compliance completes their re
```

| 476987 | 2007-10-19 02:37:11 | Customer: doroz222/U412281 Subject: Customer Chat Topics: 1405 -> Liquidation | 2007-10-19 02:38:51 | Customer | Chat |
|---|---|---|---|---|---|
| meganc | Closed | | Low | Language | [Top] |
| meganc | CRM | 2007-10-19 02:37:11 | 1409742 | Customer Chat | |
| meganc | CRM | 2007-10-19 02:38:51 | 1409751 | [143711] ChatSys -> This chat is associated with ticket #476987. Please record this number for use in future inquiries. You are currently in room 'Trade Problems'. [143711] meganc -> Hello, this is 'meganc'. How may I help you? [143736] meganc -> Like you have been told before in previous chats, [143740] meganc -> compliance is reviewing your account [143746] meganc -> and no further information can be given at this time [143850] ChatSys -> This chat session is being terminated by the CSR | |
| 478769 | 2007-10-22 09:23:09 | Customer: doroz222/U412281 Subject: Customer Chat Topics: 1405 -> Liquidation | 2007-10-22 09:38:56 | Customer | Chat |
| ferni | Closed | | Low | Language | [Top] |
| | 2007 | | | | |

| | | | | | | |
|---|---|---|---|---|---|---|
| ferni | CRM | 10 22 09:23:09 | | 1412911 | Customer Chat | |
| 478873 ricoe | 2007-10-22 09:38:59 Closed 2007 | **Customer:** doroz222/U412281 **Subject:** Customer Chat **Topics:** 1399 -> Account Configuration/Permissions | 2007-10-22 10:03:10 | Low | Customer Language | Chat [Top] |
| ricoe | CRM | 10 22 09:38:59 | | 1413076 | Customer Chat | |

[093859] ChatSys -> This chat is associated with ticket #478873. Please record this number for use in future inquiries. You are currently in room 'General'

[093900] ricoe -> Hello, this is Rico. How may I help you ?
[093918] doroz222 -> Hello
[093936] doroz222 -> Please try to be here and not to go away
[093951] doroz222 -> I had a chat with your colleagues on friday
[094000] doroz222 -> the prblem is, that I can't trade and I do not understand why and how long
[094120] doroz222 -> I want to know why I can't trade and on what grounds are you preventing me from trading with my own money?
[094203] ricoe -> what exactly are you trying to trade, and what exactly happens when you place an order, do you get an error message?
[094224] doroz222 -> yes, message sais liqonly
[094305] ricoe -> ok, let me go and check, please hold on
[094441] doroz222 -> on what grounds are you doing that? please show me that section on my customer agreement that premits you to block my trading
[094548] ricoe -> according to my information here, this was done by our compliance department. Unfortunately I can not check the reason why. I will contact them right now, so they could contact you by phone to discuss this. Please hold on
[094741] doroz222 -> okay, but still - give me this part of customer agreement that allows you to block my account with no explanation!
[095033] ricoe -> ok, I just talked to our Compliance Department and this account is currently under investigation. Once this investigation has been

finished you will be contacted by our Compliance Department. Would you be reachable under +7 916 245 6491 "?
[095126] doroz222 -> yes, but I'm not satisfied with such solution!
[095222] doroz222 -> I want to know EXACT agreement or stock exchange rule that gives you the right to block my account!
[095305] doroz222 -> and I'd like to get your Compliance Department contacts and name of this person who is investigating my account!
[095414] doroz222 -> I'd like to get the answer today and not to wait another day without any explanation!
[095418] ricoe -> unfortunately I can not assist you further regarding this problem, as explained our Compliance department is working on it and you will get a reply once this investigation is finished.
[095432] ricoe -> I unfortunately can not give you any further information.
[095452] doroz222 -> Is this the american dream how you understand it? Block clients money and not to explain what is going on??
[095537] ricoe -> you have to wait until you get contacted by our Compliance
[095546] doroz222 -> Give me the contact of this compliance department
[095622] doroz222 -> my US lawyer wants to talk with those people!
[095711] doroz222 -> this is not funny anymore, you are braking the law if you are blocking my money and not explain to me why and how long!
[095807] doroz222 -> I have to know on what grounds are you blocking my trades and you HAVE TO tell me.
[095921] ricoe -> ok, you could provide me your lawyers name and address so I could pass this information along to our compliance department
[100013] doroz222 -> no, my lawyer will contact you TODAY.
[100051] doroz222 -> I don't want to wait until your compliance department calls to my lawyer someday in the future
[100122] doroz222 -> Start acting like a customer service
[100157] ricoe -> I see that you have already talked to us a few times on this, and you received all the time the same answer. You could provide me now your lawyers information so I could forward this to our compliance department, otherwise I would have to end now the chat.
[100213] doroz222 -> I will pass this chat to the lawyer and it will not look good when you are not

ricoe   CRM   10   1413286
2007
=
22 10:03:10

| | | | | |
|---|---|---|---|---|
| ricoe | CRM | 10 | 1413482 | giving me information I have right to know.<br>[100300] doroz222 -> You have not giving me any answers!<br>[100304] ricoe -> Sir, I can just provide the information which Im allowed too. I will end now this conversation. Good bye.<br>[100308] ChatSys -> This chat session is being terminated by the CSR |
| | | 2007<br>--<br>22 10:23:09 | | talked to Jeff Bauch regarding this, im not allowed to provide any information regarding the current investigation on that account, I told him that 3 times and then I closed the chat, customer has to wait for the reply from Compliance |