# EXHIBIT 7

Case 1:07-cv-09606-NRB   Document 14-21   Filed 11/09/2007   Page 1 of 3

Account login information for U412281 - Oleksandr Dorozhko

| Date / Time | Event | Account # | Username | | | Session ID | | MAC Address | | IP Address |
|---|---|---|---|---|---|---|---|---|---|---|
| 10/23/2007 00:00:00.0 | | | | | | | | | | |
| 10/23/2007 14:44:40.0 | Login | U412281 | doroz222 | - | AM | | null | 0 | null | 0 87.118.110.160 |
| 10/22/2007 00:00:00.0 | | | | | | | | | | |
| 10/22/2007 09:08:26.0 | Login | U412281 | doroz222 | - | AM | | null | 0 | null | 0 87.118.110.160 |
| 10/22/2007 09:20:10.0 | Login | U412281 | doroz222 | US | TWS | 16610777 | | 0 | 00-0F-B0-D0-3D-54 | 0 87.118.110.160 |
| 10/19/2007 00:00:00.0 | | | | | | | | | | |
| 10/19/2007 12:22:38.0 | Login | U412281 | doroz222 | US | TWS | 16610777 | | 0 | 00-0F-B0-D0-3D-54 | 0 87.118.110.160 |
| 10/19/2007 13:25:47.0 | Login | U412281 | doroz222 | - | AM | | null | 0 | null | 0 87.118.110.160 |
| 10/19/2007 13:47:57.0 | Login | U412281 | doroz222 | - | AM | | null | 0 | null | 0 87.118.110.160 |
| 10/19/2007 13:52:50.0 | Login | U412281 | doroz222 | - | AM | | null | 0 | null | 0 87.118.110.160 |
| 10/19/2007 14:09:38.0 | Login | U412281 | doroz222 | - | AM | | null | 0 | null | 0 87.118.110.160 |
| 10/19/2007 14:14:31.0 | Login | U412281 | doroz222 | - | AM | | null | 0 | null | 0 87.118.110.160 |
| 10/19/2007 14:31:52.0 | Login | U412281 | doroz222 | - | AM | | null | 0 | null | 0 87.118.110.160 |
| 10/19/2007 14:35:42.0 | Login | U412281 | doroz222 | - | AM | | null | 0 | null | 0 87.118.110.160 |
| 10/18/2007 00:00:00.0 | | | | | | | | | | |
| 10/18/2007 09:19:00.0 | Login | U412281 | doroz222 | US | TWS | 16610777 | | 0 | 00-0F-B0-D0-3D-54 | 0 87.118.110.160 |
| 10/18/2007 09:44:44.0 | Login | U412281 | doroz222 | - | AM | | null | 0 | null | 0 87.118.110.160 |
| 10/18/2007 11:28:56.0 | Login | U412281 | doroz222 | - | AM | | null | 0 | null | 0 87.118.110.160 |
| 10/18/2007 12:55:05.0 | Login | U412281 | doroz222 | - | AM | | null | 0 | null | 0 87.118.110.160 |
| 10/18/2007 13:59:30.0 | Login | U412281 | doroz222 | - | AM | | null | 0 | null | 0 87.118.110.160 |
| 10/17/2007 00:00:00.0 | | | | | | | | | | |
| 10/17/2007 14:47:55.0 | Login | U412281 | doroz222 | US | TWS | 16610777 | | 0 | 00-0F-B0-D0-3D-54 | 0 212.172.221.181 |
| 10/11/2007 00:00:00.0 | | | | | | | | | | |
| 10/11/2007 04:51:37.0 | Login | U412281 | doroz222 | - | AM | | null | 0 | null | 0 87.118.110.160 |
| 10/10/2007 00:00:00.0 | | | | | | | | | | |
| 10/10/2007 10:20:12.0 | Login | U412281 | doroz222 | - | AM | | null | 0 | null | 0 87.118.110.160 |
| 10/08/2007 00:00:00.0 | | | | | | | | | | |
| 10/08/2007 11:07:04.0 | Login | U412281 | doroz222 | - | AM | | null | 0 | null | 0 87.118.110.160 |
| 10/08/2007 11:30:50.0 | Login | U412281 | doroz222 | - | AM | | null | 0 | null | 0 87.118.110.160 |
| 10/08/2007 11:31:31.0 | Login | U412281 | doroz222 | - | AM | | null | 0 | null | 0 87.118.110.160 |
| 10/08/2007 11:32:02.0 | Login | U412281 | doroz222 | - | AM | | null | 0 | null | 0 87.118.110.160 |
| 10/08/2007 11:40:36.0 | Login | U412281 | doroz222 | - | AM | | null | 0 | null | 0 87.118.110.160 |
| 10/08/2007 15:12:38.0 | Login | U412281 | doroz222 | - | AM | | null | 0 | null | 0 87.118.110.160 |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 10/05/2007 00:00:00.0 | | | | | | | |
| 10/05/2007 12:10:30.0 Login | U412281 | doroz222 | - | AM | null | 0 null | 0 87.118.110.160 |
| 10/03/2007 00:00:00.0 | | | | | | | |
| 10/03/2007 08:24:49.0 Login | U412281 | doroz222 | - | AM | null | 0 null | 0 87.118.110.160 |
| 10/02/2007 00:00:00.0 | | | | | | | |
| 10/02/2007 09:36:09.0 Login | U412281 | doroz222 | - | AM | null | 0 null | 0 87.118.110.160 |
| 09/21/2007 00:00:00.0 | | | | | | | |
| 09/21/2007 10:09:58.0 Login | U412281 | doroz222 | - | AM | null | 0 null | 0 87.118.110.160 |