UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

SECURITIES AND EXCHANGE COMMISSION,  :
                                         *Plaintiff*,  :
                                                    :
                            -v.-                            :   Case No. 07 CIV 9606 (NRB)

OLEKSANDR DOROZHKO  :
                                     *Defendant*,  :

---

**PLAINTIFF SECURITIES AND EXCHANGE COMMISSION'S MEMORANDUM OF LAW IN REPLY TO DEFENDANT DOROZHKO'S OPPOSITION TO PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTION AND OTHER EQUITABLE RELIEF AND OPPOSITION TO DEFENDANT'S MOTION TO DISMISS**

# TABLE OF CONTENTS

Table of Authorities .................................................................................................................. ii

I.    Relevant Facts And Procedural History ........................................................................ 2

II.    The Court Has Personal Jurisdiction Over Defendant Dorozhko ................................. 5

III.    Motion to Dismiss Is Not Appropriate In This Case ..................................................... 7

IV.    The SEC's Complaint Pleads Fraud with Particularity .................................................. 9

V.    An Order of Preliminary Injunction Is Appropriate .................................................... 11

    A. Violations of the Anti-Fraud Provisions of the Federal Securities Laws .............. 13

    B. The SEC Is Likely To Succeed On The Merits ...................................................... 15

    C. Risk of Future Violations ........................................................................................ 19

VI.    An Order Continuing The Existing Asset Freeze Is Appropriate ............................... 19

VII.    Defendant Dorozhko Failed To Comply With The Expedited Discovery Order ....... 21

VIII.    Conclusion .................................................................................................................... 24

# TABLE OF AUTHORITIES

## FEDERAL CASES

Aerogroup International, Inc. v. Marlboro Footworks Ltd., 956 F. Supp. 427 (S.D.N.Y. 1996) ...................................................................................................... 6

Affiliated Ute Citizens v. United States, 406 U.S. 128 (1972) ........................................ 14

In re Apple Computer Sec. Litigation, 886 F.2d 1109 (9th Cir. 1989) ............................. 14

Basic, Inc. v. Levinson, 485 U.S. 224 (1988) .................................................................. 14

Baxter v. Palmigiano, 425 U.S. 308 (1976) ..................................................................... 23

Brass v. America Film Technologies, Inc., 987 F.2d 142 (2d Cir. 1993) .......................... 8

Burrell v. Board Of Trustee of Ga. Military College, 970 F.2d 785 (11th Cir. 1992) ............................................................................................................................. 14

CFTC v. Rodriguez, 2006 U.S. Dist. LEXIS 13773 (S.D.N.Y. 2006) ............................. 21

Chiarella v. United States, 445 U.S. 222 (1980) ............................................................. 18

Desiderio v. NASD, 191 F.3d 198 (2d Cir. 1999) ............................................................. 8

DiLeo v. Ernst & Young, 901 F.2d 624 (7th Cir. 1990) .................................................... 9

Dirks v. SEC, 463 U.S. 646 (1983) ................................................................................. 18

Dory v. Ryan, 999 F.2d 679 (2d Cir.1993), modified on other grounds, 25 F.3d 81 (2d Cir. 1994) ................................................................................................................ 8

Ganino v. Citizens Utilities Co., 228 F.3d 154 (2d Cir. 2000) ......................................... 8

In re Global Crossing Ltd. Sec. Litigation, 322 F. Supp. 2d 319 (S.D.N.Y. 2004) .......... 13

Griffin v. Crippen, 193 F.3d 89 (2d Cir.1999) .................................................................. 8

Hecht Co. v. Bowles, 321 U.S. 321 (1944) ..................................................................... 12

Herman & MacLean v. Huddleston, 459 U.S. 375 (1983) .............................................. 14

Hishon v. King & Spalding, 467 U.S. 69 (1984) ........................................................... 8, 9

Krimstock v. Kelly, 306 F.3d 40 (2d Cir. 2002) ..................................................................8

Leasco Data Processing Equipment Corp. v. Maxwell, 468 F.2d 1326 (2d Cir.
    1972) ..........................................................................................................................6

Metropolitan Life Insurance Co. v. Robertson-Ceco Corp., 84 F.3d 560 (2d Cir.
    1996) ..........................................................................................................................6

National Organization for Women, Inc. v. Scheidler, 510 U.S. 249, 114 S. Ct. 798
    (1994) .........................................................................................................................8

Ouaknine v. MacFarlane, 897 F.2d 75 (2d Cir. 1990) ................................................9, 10, 11

In re Parmalat Sec. Litigation, 376 F. Supp. 2d 472 (S.D.N.Y. 2005) ................................9

Physicians Interactive v. Lathian System, Inc., 2003 U.S. Dist. LEXIS 22868
    (E.D.Va. Dec. 5, 2003) .............................................................................................17

SEC v. Alexander, 160 F. Supp. 2d 642 (S.D.N.Y. 2001) .................................................11

SEC v. Cavanagh, 155 F.3d 129 (2d Cir. 1998) ................................................................12

SEC v. Ginsburg, 362 F.3d 1292 (11th Cir. 2004) ............................................................14

SEC v. Hirshberg, 1999 U.S. App. LEXIS 4764 (2d Cir. 1999) .......................................24

SEC v. Invest Better 2001, 2005 U.S. Dist. LEXIS 34654 (S.D.N.Y. 2005) ....................24

SEC v. Kan King Wong and Charlotte Ka On Wong Leung, 07 Civ. 3628
    (S.D.N.Y. May 8, 2007) ...........................................................................................19

SEC v. Management Dynamics, Inc., 515 F.2d 801 (2d Cir. 1975) ..................................12

SEC v. Materia, 745 F.2d 197 (2d Cir. 1984) ..............................................................13, 18

SEC v. Murphy, 626 F.2d 633 (9th Cir. 1980) ..................................................................14

SEC v. Musella, 748 F. Supp. 1028 (S.D.N.Y. 1989), aff'd, 898 F.2d 138 (2d Cir.
    1990) ........................................................................................................................14

SEC v. Naegeli, 1993 U.S. Dist. LEXIS 237 (S.D.N.Y. Jan. 12, 1993) ............................11

SEC v. North Shore Asset Management et al., 2006 U.S. Dist. LEXIS 39255
    (S.D.N.Y. 2006) .......................................................................................................24

SEC v. One or More Unknown Purchasers of Call Options and Common Stock of USCS Int'l, Inc., 98 Civ. 6327 (S.D.N.Y. Sept. 8, 1998) ..................20

SEC v. Sargent, 229 F.3d 68 (1st Cir. 2000) ..................14

SEC v. Shapiro, 494 F.2d 1301 (2d Cir. 1974) ..................12, 19

SEC v. Sonja Anticevic, 05 ..................19

SEC v. Switzer, 580 F. Supp. 756 (W.D. Okla. 1984) ..................9

SEC v. Texas Gulf Sulphur, 401 F.2d 833 (2d Cir. 1968) ..................15, 16

SEC v. U.S. Environmental, Inc., 82 F. Supp. 2d 237 (S.D.N.Y. 2000) ..................9, 11

SEC v. Unifund SAL, 910 F.2d 1028 (2d Cir. 1990) ..................5, 12, 20, 21

SEC v. Warde, 151 F.3d 42 (2d Cir. 1998) ..................14, 15

SEC v. Willis, 777 F. Supp. 1165 (S.D.N.Y. 1991) ..................14

SEC v. Zandford, 535 U.S. 813 (2002) ..................13, 14

Santa Fe Industrial, Inc. v. Green, 430 U.S. 462 (1977) ..................13

Sec. Investment Prot. Corp. v. BDO Seidman, LLP, 222 F.3d 63 (2d Cir. 2000) ..................8

Sec v. Euro Sec. Fund, 2000 U.S. Dist. LEXIS 13847 (S.D.N.Y. 2000) ..................17

Shields v. Citytrust Bancorp, Inc., 25 F.3d 1124 (2nd Cir. 1994) ..................11

Superintendent of Insurance v. Bankers Life & Casualty Co., 404 U.S. 6 (1971) (citations omitted) ..................9

Swierkiewicz v. Sorema N.A., 534 U.S. 506 (2002) ..................8

TSC Industrial Inc. v. Northway, Inc., 426 U.S. 438 (1976) ..................14

United States v. Cassese, 273 F. Supp. 2d 481, aff'd on other grounds, 428 F.3d 92 (2d Cir. 2005) ..................9

United States v. Charnay, 537 F.2d 341 (9th Cir. 1976) ..................9

United States v. Falcone, 257 F.3d 226 (2d Cir. 2001) ..................18

United States v. Gamache, 156 F.3d 1 (1st Cir. 1998) ..................14

United States v. O'Hagan, 521 U.S. 642 (1997)..................................................................18

World-Wide Volkswagen Corp. v. Woodson, 444 U.S. 286 (1980)................................5, 6

In re ZZZZ Best Sec. Litigation, 864 F. Supp. 960 (C.D. Cal. 1994)................................13

## FEDERAL STATUTES

18 U.S.C. § 1030 ................................................................................................................18

Fed. R. Civ. P. 12(b)(6) .......................................................................................................7

Fed. R. Civ. P. Rule 4(f) and (h) .........................................................................................1

S. Rep. No. 73-792 (1934) ................................................................................................13

S. Rep No. 792, 73d Cong., 2d Sess., 6 (1934).................................................................18

## MISCELLANEOUS

Microsoft Encarta College Dictionary, 644 (1st ed. 2001)................................................17