# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF NEW YORK

---

SECURITIES AND EXCHANGE
COMMISSION,

Case No. 07 CIV 9606

Plaintiff,

vs.

OLEKSANDR DOROZHKO,

**DECLARATION OF MICHAEL FOX**

Defendant.

---

## DECLARATION OF MICHAEL FOX

I, MICHAEL FOX, declare as follows:

1.  I am the Director of Employee and Executive Communications at IMS Health Incorporated ("IMS" or "the Company"), which has its principal place of business in Norwalk, Connecticut.  I submit this declaration to describe the events leading to the publication on October 17, 2007 of IMS's announcement of its third quarter ("3Q") earnings for fiscal year 2007.  (IMS's fiscal year is the same as the calendar year).  I make this declaration based on my personal knowledge of the events described below in connection with Plaintiff Securities and Exchange Commission's Memorandum of Law in Reply to Defendant Dorozhko's Opposition to Plaintiff's Motion for Preliminary Injunction and Other Equitable Relief and Opposition to Defendant's Motion to Dismiss.

2.  I have worked at IMS at positions of increasing responsibilities for ten years.  I have served as the Director of Employee and Executive Communications for the last three years.

3.      As Director of Employee and Executive Communications, my job responsibilities include the communication of IMS's financial results to investors and the public. I am responsible for, among other things, the communication of IMS's releases of its quarterly earnings to investors and the public, including through the posting of such releases on IMS's global intranet, the newswire services through Business Wire, and www.imshealth.com.

**The October 17, 2007 Earnings Release**

4.      Beginning on or about October 1, 2007, IMS began preparing for its conference call with investors, scheduled for October 17, 2007, to announce the Company's 3Q earnings. This activity included the drafting and editing of the relevant portions of the earnings call script and the drafting of IMS's 3Q earnings press release, the final version of which is attached as Exhibit A hereto.

On October 17, 2007, I directed the communication of IMS's 3Q earnings release to investors and the public, which occurred at 4:33 p.m. after the close of the stock market on October 17. Prior to publishing IMS's 3Q earnings release, the Company, its employees and its agents took steps to maintain the confidentiality of the information contained in this release to ensure that the public could not access or take advantage of IMS's earnings information prior to its public release. Attached as Exhibit B hereto is a chronology prepared by IMS that I understand lists all steps taken by IMS in connection with the public release of its 3Q earnings release for fiscal year 2007. I am not aware of any media reports prior to IMS's publication of this earnings release that indicated negative earnings expectations for IMS in the third quarter of fiscal year 2007.

2

5.      IMS uses the Business Wire service to communicate the Company's quarterly earnings releases to investors and the public. At 1:33 p.m. on October 17, I sent the final version of IMS's 3Q earnings press release and the 8K Edgar filing to Business Wire via the Business Wire Connect online tool. It is my understanding that access to Business Wire Connect is password protected. I was the only employee at IMS authorized to communicate confidential information with Business Wire in connection with the release of IMS's 3Q earnings for fiscal year 2007, and IMS did not authorize any third parties to intercept or access any of this confidential information communicated to Business Wire.

6.      It is my understanding that at 2:01 p.m. on October 17, IMS sent the slides for IMS's 3Q earnings conference call, which included information concerning IMS's 3Q earnings for fiscal year 2007, with investors to Thomson Financial ("Thomson"). It is my understanding that Thomson received the slides and posted them to a non-live URL, which is an internet address that is not yet connected to the World Wide Web. It is my understanding that this URL was not available to the public until activated and connected to the World Wide Web, when IMS's conference call began after the close of the stock market on October 17.

7.      At 2:30 p.m., I received an e-mail notification from Business Wire that IMS's 3Q earnings press release was available for my review over the internet through a secure means. It is my understanding that Business Wire took steps to maintain the confidentiality of this release until its public release after the close of the stock market. To access the release, I had to click on the link in the Business Wire e-mail and enter my password to Business Wire Connect.

8.      At 2:37 p.m., I e-mailed the 3Q earnings press release to the IMS Finance team for their final approval.  I used a secured and encrypted Virtual Private Network connection, which links remote users to the internal IMS network via the internet, to send the email.  I also understand that IMS communicated the updated press release to IMS's Media team at 3:01 p.m.  It is my understanding that the IMS Finance and Media teams took steps to maintain the confidentiality of this release until the release was provided to investors after the close of the stock market.

9.      At 2:47 p.m., I received an email from Business Wire attaching IMS's Form 8-K filing, which included the 3Q earnings press release, for review.

10.      At 3:55 p.m. I conducted a final review of the 3Q earnings press release through a secure means by clicking on a link that Business Wire sent to me via e-mail and re-entering my password.

11.      At 4:29 p.m., I notified Business Wire that IMS's 3Q earnings press release was approved and could be issued to investors.

12.      At 4:33 p.m., IMS's 3Q earnings press release crossed the wire.

13.      At 4:45 p.m., IMS sent its 3Q earnings press release via a blast e-mail to 1,496 investor contacts.

I declare under the penalty of perjury that the foregoing is true and correct.

Dated:  November 9, 2007

Michael Fox

# EXHIBIT A

# ims



**For Immediate Release**

Contacts:      Darcie Peck                              Gary Gatyas
               Investor Relations                       Communications
               (203) 845-5237                           (610) 834-4596
               dpeck@imshealth.com                      ggatyas@us.imshealth.com

## IMS Health Announces 12 Percent Revenue Growth
## In Third Quarter

### Results in U.S., Consulting Drive Growth

**NORWALK, CT, October 17, 2007** – IMS Health (NYSE: RX), the world's leading provider of market intelligence to the pharmaceutical and healthcare industries, today announced third-quarter 2007 revenue of $538.8 million, up 12 percent or 8 percent on a constant-dollar basis, compared with revenue of $482.7 million for the third quarter of 2006.

Operating income in the third quarter of 2007 was $117.1 million, up 1 percent on both a reported and constant-dollar basis, compared with $115.4 million in the year-earlier period.

"IMS's results for the third quarter reflect solid gains in our U.S. operations and more moderate growth in Europe," said David R. Carlucci, IMS chairman and chief executive officer. "In an increasingly demanding healthcare environment, momentum in our consulting business was very strong as clients continue to recognize the value of our strategic recommendations and industry perspective. Our clients' challenges present considerable opportunities for us. We're focused on these opportunities, and remain well-positioned to help drive their continued success."

Third-quarter 2007 diluted earnings per share on a GAAP basis was $0.29, compared with $0.34 in the prior-year quarter, a 15 percent decline. Earnings per share for the third quarter of 2007 included a tax provision related to a change in the German federal tax rate. When adjusted for this item, and the phasing of tax benefits, tax provisions, and foreign exchange hedge gains and losses, earnings per share on a non-GAAP basis for this year's third quarter would have been $0.36, unchanged year over year (See Note c to the financial tables).

Net income on a GAAP basis was $57.1 million, compared with $69.3 million in the year-earlier quarter, down 18 percent.  Net income for the third quarter of 2007 included the German tax provision. When adjusted for this item, and the phasing of tax benefits, tax provisions, and foreign exchange hedge gains and losses, net income on a non-GAAP basis for this year's third quarter would have been $71.6 million, a decline of $1.9 million (See Note c to the financial tables).

**Year-to-Date Results**

For the first nine months of 2007, revenues were $1,586.6 million, up 12 percent or 9 percent constant dollar, compared with revenue of $1,415.1 million for the first nine months of 2006. Operating income for the first nine months of 2007 was $346.3 million, up 9 percent on a reported and constant-dollar basis, compared with $318.5 million in the year-earlier period.

For the first nine months of 2007, diluted earnings per share on a GAAP basis was $1.08, compared with $1.20 in the prior-year period. Earnings per share for the first nine months of 2007 and 2006 included net tax benefits and foreign exchange hedge gains and losses, while the second quarter of 2006 included income and expenses related to the terminated merger with The Nielsen Company (formerly VNU, N.V.). When adjusted for these items, on a non-GAAP basis, earnings per share for the first nine months of 2007 would have grown $0.09 year over year to $1.10 (See Note c to the financial tables).

Net income on a GAAP basis was $216.1 million, compared with $250.0 million in the first nine months of 2006.  Net income for the first nine months of 2007 and 2006 included net tax benefits and foreign exchange hedge gains and losses, while the second quarter of 2006 included merger-related income and expenses.  Adjusted for these items, on a non-GAAP basis, net income for this year's first nine months would have grown $11.3 million to $220.9 million (See Note c to the financial tables).

**Balance Sheet Highlights**

IMS's cash and cash equivalents as of September 30, 2007 totaled $196.0 million, compared with $157.3 million on December 31, 2006.  Total debt as of September 30, 2007 was $1,197.6 million, up from $975.4 million at the end of 2006, due to borrowings in connection with 2007 share repurchases.

**Share Repurchase Program, Shares Outstanding**

During the third quarter, 2.0 million shares were repurchased at a total cost of $59.2 million, bringing the total shares repurchased in the first nine months of 2007 to 13.2 million shares at a total cost of $392.8 million.  There remain approximately 3.3 million shares available to repurchase under the current Board of Directors' authorization.

The number of shares outstanding as of September 30, 2007 was approximately 194.0 million, compared with 198.4 million as of September 30, 2006.

**About IMS**

Operating in more than 100 countries, IMS Health is the world's leading provider of market intelligence to the pharmaceutical and healthcare industries. With $2.0 billion in 2006 revenue and more than 50 years of industry experience, IMS offers leading-edge market intelligence products and services that are integral to clients' day-to-day operations, including portfolio optimization capabilities; launch and brand management solutions; sales force effectiveness innovations; managed care and consumer health

offerings; and consulting and services solutions that improve ROI and the delivery of

quality healthcare worldwide. Additional information is available at

http://www.imshealth.com.

## Conference Call and Webcast Details

IMS will host a conference call at 5:00 p.m. Eastern time today to discuss its third-

quarter results. To participate, please dial 1-800-952 6697 (U.S. and Canada) and 1-212-

231 2939 (outside the U.S. and Canada) approximately 15 minutes before the scheduled

start of the call. The conference call also will be accessible live on the Investor Relations

section of the IMS Website at www.imshealth.com. Prior to the conference call, a copy of

this press release and any other financial or statistical information presented during the

call will be made available in the "Investors" area of IMS's Website.

A replay of the conference call will be available online on the "Investors" section of

the IMS Website and via telephone by dialing 1-800-633 8284 (U.S. and Canada) or 1-

402-977 9140 (outside the U.S. and Canada), and entering access code 21351004

beginning at 7:30 p.m. Eastern time today.

## Forward-Looking Statements

*This press release includes statements that may constitute forward-looking statements made pursuant to the safe harbor provisions of the Private Securities Litigation Reform Act of 1995.  Although IMS Health believes the expectations contained in such forward-looking statements are reasonable, it can give no assurance that such expectations will prove correct.  This information may involve risks and uncertainties that could cause actual results of IMS Health to differ materially from the forward-looking statements.  Factors that could cause or contribute to such differences include, but are not limited to (i) the risks associated with operating on a global basis, including fluctuations in the value of foreign currencies relative to the U.S. dollar, and the ability to successfully hedge such risks, (ii) regulatory, legislative and enforcement initiatives, particularly in the areas of data access and utilization and tax, (iii) to the extent unforeseen cash needs arise, the ability to obtain financing on favorable terms, (iv) to the extent IMS Health seeks growth through acquisitions and joint ventures, the ability to identify, consummate and integrate acquisitions and joint ventures on satisfactory terms, (v) the ability to develop new or advanced technologies and systems for its businesses on time and on a cost-effective basis, and (vi) deterioration in economic conditions, particularly in the pharmaceutical, healthcare or other industries in which IMS Health's customers operate. Additional information on factors that may affect the business and financial results of the Company can be found in the filings of the company made from time to time with the Securities and Exchange Commission.*

**Table 1**
**IMS Health**
**GAAP Income Statement**
**Three Months Ended September 30**
**(unaudited, in millions except per share)**

| | 2007 GAAP | 2006 GAAP | % Fav (Unfav) | | Non-GAAP Constant $ Growth % |
|---|---|---|---|---|---|
| **Revenue (a)** | | | | | |
| **Sales Force Effectiveness** | $252.8 | $226.1 | 12 | % | 9 |
| **Portfolio Optimization** | 148.6 | 134.7 | 10 | | 7 |
| **Launch, Brand and Other** | 137.4 | 122.0 | 13 | | 9 |
| **Total** | 538.8 | 482.7 | 12 | | 8 |
| *Revenue Detail:* | | | | | |
| *Information & Analytics ("I&A") Revenue* | *421.6* | *396.5* | *6* | | *3* |
| *Consulting & Services ("C&S") Revenue* | *117.2* | *86.2* | *36* | | *31* |
| *Total Revenue* | *538.8* | *482.7* | *12* | | *8* |
| **Operating Expenses (b)** | | | | | |
| **Operating Costs of I&A** | (179.0) | (165.0) | (8) | | |
| **Direct and Incremental Costs of C&S** | (54.0) | (43.6) | (24) | | |
| **Selling and Administrative** | (157.0) | (129.7) | (21) | | |
| **External-use Software Amortization** | (12.2) | (11.0) | (11) | | |
| **Depreciation and Other Amortization** | (19.5) | (18.0) | (8) | | |
| **Merger Costs** | 0.0 | 0.0 | 0 | | |
| **Total** | (421.7) | (367.3) | (15) | | |
| **Operating Income (a)** | 117.1 | 115.4 | 1 | % | 1 |
| **Interest expense, net** | (8.0) | (9.3) | 14 | | |
| **Gains (losses) from investments, net** | 0.4 | (0.3) | NM | | |
| **Other Income (Expense), net** | (9.6) | (0.4) | NM | | |
| **Pretax Income** | 99.9 | 105.4 | (5) | | |
| **Provision for Income Taxes** | (42.8) | (36.1) | (18) | | |
| **Net Income** | 57.1 | $69.3 | (18) | | |
| **Diluted EPS:** | | | | | |
| **Total Diluted EPS** | $0.29 | $0.34 | (15) | % | |
| **Shares Outstanding:** | | | | | |
| **Weighted Average Diluted** | 198.4 | 204.9 | | | |
| **End-of-Period Actual** | 194.0 | 198.4 | | | |
| **Weighted Average Basic** | 194.9 | 200.9 | | | |

*The accompanying notes are an integral part of these financial tables.*

**Table 2**
**IMS Health**
**GAAP Income Statement**
**Nine Months Ended September 30**
**(unaudited, in millions except per share)**

| | 2007 GAAP | 2006 GAAP | % Fav (Unfav) | | Non-GAAP Constant $ Growth % |
|---|---|---|---|---|---|
| **Revenue (a)** | | | | | |
| **Sales Force Effectiveness** | $732.1 | $670.2 | 9 | % | 7 |
| **Portfolio Optimization** | 460.1 | 403.0 | 14 | | 11 |
| **Launch, Brand and Other** | 394.5 | 341.8 | 15 | | 11 |
| **Total** | 1,586.6 | 1,415.1 | 12 | | 9 |
| *Revenue Detail:* | | | | | |
| *Information & Analytics ("I&A") Revenue* | *1,255.6* | *1,167.4* | *8* | | *5* |
| *Consulting & Services ("C&S") Revenue* | *331.0* | *247.7* | *34* | | *29* |
| *Total Revenue* | *1,586.6* | *1,415.1* | *12* | | *9* |
| **Operating Expenses (b)** | | | | | |
| **Operating Costs of I&A** | (531.5) | (489.5) | (9) | | |
| **Direct and Incremental Costs of C&S** | (164.6) | (129.0) | (28) | | |
| **Selling and Administrative** | (450.8) | (387.0) | (17) | | |
| **External-use Software Amortization** | (35.8) | (32.2) | (11) | | |
| **Depreciation and Other Amortization** | (57.5) | (52.9) | (9) | | |
| **Merger Costs** | 0.0 | (6.0) | NM | | |
| **Total** | (1,240.3) | (1,096.6) | (13) | | |
| **Operating Income (a)** | 346.3 | 318.5 | 9 | % | 9 |
| **Interest expense, net** | (22.4) | (25.2) | 11 | | |
| **Gains (losses) from investments, net** | 2.3 | 2.4 | (5) | | |
| **Other Income (Expense), net** | (12.4) | 38.2 | NM | | |
| **Pretax Income** | 313.8 | 333.9 | (6) | | |
| **Provision for Income Taxes** | (97.7) | (83.9) | (17) | | |
| **Net Income** | $216.1 | $250.0 | (14) | | |
| **Diluted EPS:** | | | | | |
| **Total Diluted EPS** | $ 1.08 | $1.20 | (10) | % | |
| **Shares Outstanding:** | | | | | |
| **Weighted Average Diluted** | 200.1 | 207.5 | | | |
| **End-of-Period Actual** | 194.0 | 198.4 | | | |
| **Weighted Average Basic** | 196.0 | 203.6 | | | |

*The accompanying notes are an integral part of these financial tables.*

**Table 3**
**IMS Health**
**Selected Consolidated Balance Sheet Items**
**(unaudited, in millions)**

|  | Sep. 30, 2007 | Dec. 31, 2006 |
|---|---|---|
| **Cash and cash equivalents** | $196.0 | $157.3 |
| **Accounts receivable, net** | 423.1 | 367.4 |
| **Total long-term debt** | 1,197.6 | 975.4 |

*The accompanying notes are an integral part of these financial tables.*

**IMS Health**
## NOTES TO FINANCIAL TABLES

a)  Reference to Constant Dollar Growth (non-GAAP). "Constant-dollar growth (non-GAAP)" rates eliminate the impact of year-over-year foreign currency fluctuations (Table 1).  IMS reports results in U.S. dollars but does business on a global basis.  Exchange rate fluctuations affect the rate at which IMS translates foreign revenues and expenses into U.S. dollars and have important effects on results.  In order to illustrate these effects, IMS provides the magnitude of changes in revenues and operating income in constant dollar terms.  IMS uses results at constant-dollar rates for purposes of global business decision-making, including developing budgets and managing expenditures.  IMS management believes this information, when read together with U.S. GAAP results, facilitates a comparative view of business growth.  Constant-dollar rates are not prepared under U.S. GAAP and are not a replacement for the more comprehensive information for investors included in IMS's U.S. GAAP results. The method IMS uses to prepare constant-dollar rates differs in significant respects from U.S. GAAP and is likely to differ from the methods used by other companies.

b)  Operating expenses in 2006 reflect a reclassification between operating costs and selling and administrative expenses to make them comparable with the 2007 presentation.

c)  Net income and fully diluted EPS for the three and nine months ended September 30, 2007 included the following notable items:
- In Provision for income taxes, a $7.5 million tax provision ($0.04 EPS impact) recorded in the three months ended September 30, 2007 to revalue net deferred tax assets in Germany as a result of a reduction in the statutory German federal tax rate during the quarter.
- In Provision for income taxes, a $20.9 million tax benefit during the first quarter of 2007 arising from the settlement of a foreign tax audit and the reorganization of certain subsidiaries; if $4.8 million ($0.02 EPS impact) was included in the three months ended September 30, 2007 for non-GAAP measures, and $5.6 million ($0.03 EPS impact) was phased into the fourth quarter for non-GAAP measures, each quarter's effective tax rate would be approximately 31%.
- After adjusting for these items and the phasing of foreign exchange losses ($2.1 million or a $0.01 EPS impact and $2.8 million or a $0.01 EPS impact, net of taxes for the three and nine months ended September 30, 2007, respectively), on a non-GAAP basis, net income and diluted EPS would have been $71.6 million and $220.9 million and $0.36 and $1.10 for the three and nine months ended September 30, 2007.

Net income and fully diluted EPS for the three and nine months ended September 30, 2006 included the following notable items:
- In Merger costs, $6.0 million ($3.8 million net of taxes, or $0.02 EPS impact) of investment bankers' fees for the nine months ended September 30, 2006 due on the receipt of a $45.0 million merger termination payment from The Nielsen Company ("Nielsen"), formerly known as VNU N.V., as discussed below.
- In Other income (expense), net, $45.0 million income ($28.3 million net of taxes, or $0.14 EPS impact) for the nine months ended September 30, 2006 from a payment received during the second quarter of 2006 from Nielsen associated with the termination of a proposed merger.  The merger termination agreement provided that Nielsen would pay IMS $45.0 million in the event Nielsen had a change of control within twelve months of the merger termination; this event occurred in second quarter 2006.
- In Other income (expense), net, a $1.6 million foreign exchange hedge gain for the three months ended September 30, 2006, of which $2.3 million ($1.5 million net of taxes, or $0.01 EPS impact) was phased into the fourth quarter for non-GAAP measures, as the phased amount related to hedging operating income anticipated to be earned in quarter four. A $2.9 million foreign exchange hedge loss for the nine months ended September 30, 2006, of which $1.0 million ($0.7 million net of taxes, or $0.01 EPS impact) was phased into the fourth quarter for non-GAAP measures, as the phased amount related to hedging operating income anticipated to be earned in quarter four.
- In Provision for income taxes, a $28.6 million net tax benefit ($0.14 EPS impact) for the nine months ended September 30, 2006, resulting from a favorable audit settlement with the IRS of certain D&B legacy matters.
- In Provision for income taxes, a $28.7 million net tax benefit in the first quarter of 2006 resulting primarily from a favorable audit settlement with the IRS of the IMS corporate tax audit for years 2000 – 2003, of which $5.5 million ($0.03 EPS impact) was included in the three months ended September 30, 2006 for non-GAAP measures, and $9.8 million ($0.05 EPS impact) was phased into the fourth quarter for non-GAAP measures, causing each quarter's adjusted effective tax rate to be approximately 29%.

- In Provision for income taxes, a $21.4 million tax provision ($0.10 EPS impact) for the nine months ended September 30, 2006 associated with a reorganization of several of the Company's subsidiaries.
- After adjusting for these items, on a non-GAAP basis, net income and diluted EPS was $73.5 million and $209.6 million and $0.36 and $1.01 for the three and nine months ended September 30, 2006, respectively.

Operating income for the nine months ended September 30, 2006 included the following notable item:

- In Merger costs, $6.0 million of investment bankers' fees for the nine months ended September 30, 2006 due on the receipt of a $45.0 million merger termination payment from Nielsen as discussed above.
- After adjusting for this item, on a non-GAAP basis, operating income was $324.5 million for the nine months ended September 30, 2006.

References are made to results after adjusting certain U.S. GAAP measures to reflect notable items to the extent that management believes adjusting for these items will facilitate comparisons across periods and more clearly indicate trends.  Certain non-GAAP measures are those used by management for purposes of global business decision making, including developing budgets and managing expenditures. Any such measures presented on a non-GAAP basis are not prepared under a comprehensive set of accounting rules and are not a replacement for the more comprehensive information for investors included in IMS's U.S. GAAP results.

*Amounts presented in the financial tables may not add due to rounding.*

*These financial tables should be read in conjunction with IMS Health's filings previously made or to be made with the Securities and Exchange Commission.*

**EXHIBIT B**

IMS HEALTH Q3-2007 Chronology

| Date | Time | Activity | Persons Involved | Discussion | Location |
|---|---|---|---|---|---|
| 10/01/07 | 1:00PM | Earnings Process Overview | Katz / Peck | | Norwalk, CT |
| 10/03/07 | 10:30AM | Earnings Prep Session | Peck / Carlucci / Katz / Pajot / Bartolotta / Berkshire / Bettink / Bhangdia / Boggs / Dusek / Fox / Radeff / Knightly | Discussed outline / process and general content approach for script | Norwalk, CT |
| 10/04/07-10/10/07 | ongoing | Prepared draft CEO Board Letter on 3Q results | Bartolotta / Katz / Berkshire / Allen / Peck / Walsh / Steinfeld / Murphy / Bettink / Carlucci | Discussed content, incorporated input/edits following multiple reviews | Norwalk, CT |
| 10/05/07 | 8:30AM | Prep for Earnings Prep Session | Katz / Peck / Bartolotta | Discussed approach to CFO section in script | Norwalk, CT |
| 10/05/07 | 10:30AM | Earnings Prep Session | Peck / Carlucci / Katz / Pajot / Bartolotta / Berkshire / Bettink / Bhangdia / Boggs / Dusek / Fox / Radeff / Knightly | Discussed outline / content for script | Norwalk, CT |
| 10/08/07 | 3:00PM | Earnings Prep Session | Peck / Carlucci / Katz / Pajot / Bartolotta / Berkshire / Bettink / Bhangdia / Boggs / Dusek / Fox / Radeff / Knightly | Discussed outline / content for script | Norwalk, CT |
| 10/09/07 | 11:15 AM | Drafted, distributed press release via BusinessWire announcing 3Q Earnings Call Details | Fox / Katz / Peck / Boggs / Dusek / Tobin / Penrosa / Carlucci / Murphy | Shared release for final review/approval; issued at 3:00PM | Norwalk, CT |
| 10/09/07 | 3:04PM | Q3 Earnings Call Details press release shared with global exec team via e-mail; posted on Intranet and imshealth.com | Fox / Wharton / Bost / Eichert / McCouch / Deutsch / Tobin | | Norwalk, CT |
| 10/10/07 | 1:00PM | Earnings Prep Session | Peck / Carlucci / Katz / Pajot / Bartolotta / Berkshire / Bettink / Bhangdia / Boggs / Dusek / Fox / Radeff / Knightly | Discuss and Edit Earnings Script | Norwalk, CT |
| 10/10/07 | 4:00PM | Q3 Earnings Prep Call - Launch, Brand & Other | Peck / Bartolotta / Berkshire / Boggs / Dusek / Fox / Radeff / Knightly / Lawrence / Casagrande / Coyle, Liz | Review / Edit relevant portion of script with leadership team | Norwalk, CT |
| 10/11/07-10/17/07 | ongoing | Prepared draft CEO 3Q message to employees | Fox / Wharton / Barnes / Allen / Boggs / Dusek / Katz / Bartolotta / Bhangdia / Carlucci | Discussed content, incorporated input/edits following reviews | Norwalk, CT |

Page 1

IMS HEALTH Q3-2007 Chronology

| Date | Time | Activity | Participants | Notes | Location |
|---|---|---|---|---|---|
| 10/11/07 | 1:30PM | Q3 Earnings Prep Call - Americas | Peck / Bartolotta / Berkshire / Boggs / Dusek / Fox / Radeff / Nelligan / Guizetti | Review / Edit relevant portion of script with leadership team | Norwalk, CT |
| 10/11/07 | 3:00PM | Q3 Earnings Prep Call - Portfolio Optimization | Peck / Bartolotta / Berkshire / Boggs / Dusek / Fox / Radeff / Mahon / Kevorkian / Knightly | Review / Edit relevant portion of script with leadership team | Norwalk, CT |
| 10/11/07 | 3:30PM | Q3 Earnings Prep Call - Consulting | Peck / Bartolotta / Berkshire / Boggs / Dusek / Fox / Radeff / Hill, Ray / Costantino / Knightly | Review / Edit relevant portion of script with leadership team | Norwalk, CT |
| 10/11/07 | 4:40PM | Q3 Income statement e-mailed to PWC | Ryan / Suwannalee / Makara / Bajwa | | Norwalk, CT |
| 10/11/07 | 5:45PM | Blast e-mail of 3Q Earnings Call Details to 1491 investor contacts | Tobin | Shared earnings call details | Norwalk, CT |
| 10/11/07 | 9:42PM | First Final CFO Board Letter distributed | Katz / Bartolotta / Bettink / Radeff | | Norwalk, CT |
| 10/11/07 | 9:57PM | CFO Board Letter Distributed to BOD | Carlucci / Clementi / Edwards / Giusti / Imlay / Kamerschen / Lockhart / Puckett / Van Faasen / Wise / Pajot / Steinfeld / Bartolotta / Bhangdia / Nance / Katz | CFO Board Letter e-mailed | Norwalk, CT |
| 10/12/07 | 8:30AM | Q3 Earnings Prep Call | Peck / Bartolotta / Berkshire / Boggs / Dusek / Fox / Radeff / Sian / Costantino / Knightly | Review / Edit relevant portion of script with leadership team | Norwalk, CT |
| 10/12/07 | 9:45AM | September close journal listing e-mailed to PWC | Ryan / Suwannalee / Makara / Bajwa | | Norwalk, CT |
| 10/12/07 | 10:04AM | 9/07 Income spread and OP margin analysis e-mailed to PWC | Ryan / Suwannalee / Makara / Bajwa | | Norwalk, CT |
| 10/12/07 | 11:00AM | Q3 Earnings Prep Call - Europe | Peck / Bartolotta / Berkshire / Boggs / Dusek / Fox / Radeff / Al-Saleh / Jackson | Review / Edit relevant portion of script with leadership team | Norwalk, CT |
| 10/12/07 | 12:00PM | Earnings Prep Session | Peck / Carlucci / Katz / Pajot / Bartolotta / Berkshire / Bettink / Bhangdia / Boggs / Dusek / Fox / Radeff / Knightly | Discuss and Edit Earnings Script | Norwalk, CT |

IMS HEALTH Q3-2007 Chronology

| 10/12/07 | 2:20PM | E-mail communication and phone discussion regarding Media Strategy review call | Dusek / Murphy / Steinfeld / Fox / Peck / Nelson | | Norwalk, CT |
|---|---|---|---|---|---|
| 10/12/07 | 2:32PM | Consolidated income file for September financials e-mailed to PWC | Ryan / Suwannalee / Makara / Bajwa | | Norwalk, CT |
| 10/12/07 | 4:00PM | Final Forecast deck with financial details distibuted via e-mail | Chahalis / Cupp / Kevorkian / Scheffler / Radeff / Cossitt-Levy / Costantino / Ascher / Bhangdia / DePascale / Bartolotta / Bettink / Peck / McNally | Financial Results communicated | Norwalk, CT |
| 10/12/07 | 4:00PM | 3Q Earnings press release draft shared with Disclosure Controls & Procedures Committee (DCP) | Bhangdia / Walsh / Ascher / Steinfeld / Murphy / Ford / Peck / McKay / Bartolotta / Katz | Incorporated input/edits following review | Norwalk, CT |
| 10/12/07 | 6:00PM | Updated 3Q Earnings press release draft shared with exec team for review | Fox / Carlucci / Pajot / Katz / Bhangdia / Peck / Boggs / Dusek/ Steinfeld / Murphy / Allen / Berkshire | Incorporated input/edits following review | Norwalk, CT |
| 10/12/07 | 6:01PM | Updated 3Q Earnings press release draft shared with Sullivan & Cromwell | Murphy / Dietderich | Incorporated input/edits following review | Norwalk, CT |
| 10/13/07 | 5:30PM | Q3 07 Earnings script (draft 5:15pm) shared with the team | Peck / Carlucci / Katz / Pajot / Boggs / Berkshire / Bartolotta / Fox / Bhangdia / Dusek / Knightly / Steinfeld / Murphy / Tobin / Guerrero | Discussed and Edit Earnings Script | Norwalk, CT |
| 10/14/07 | 8:16AM | Q3 07 Earnings script (draft 8:00am) shared with the team | Fox / Pajot / Katz / Bhangdia / Peck / Boggs / Dusek / Steinfeld / Murphy/ Berkshire / Ascher / Nelson / Gaytas / Bartolotta | Discussed and Edit Earnings Script | Norwalk, CT |
| 10/14/07 | 4:50PM | E-mail and phone discussion on revised David R. Carlucci quote for press release | Fox / Dusek | | Norwalk, CT |

Page 3

IMS HEALTH Q3-2007 Chronology

| Date | Time | Description | Names | Location |
|---|---|---|---|---|
| 10/14/07 | 9:30PM | Draft Q3 earnings release e-mailed to PWC | Bhangdia / Sheeran / Makara / Cupp / Salerno / Ascher | The Inn at Palmetto Bluff Bluffton, SC |
| 10/15/07 | 8:00AM | Latest 3Q Earnings draft with updated CEO quote shared with exec team | Fox / Carlucci / Pajot / Katz / Bhangdia / Peck / Boggs / Dusek / Steinfeld / Murphy / Berkshire / Nelson / Ascher / Gatyas / Bartolotta | Norwalk, CT |
| 10/15/07 | 8:00AM-9:30AM | Hard copy of earnings press release distributed at Audit & Committee meeting | Bhangdia / Ascher / Carlucci / Katz / Steinfeld / Edwards / Lockhart / Van Faasen / Wise / Sherran / Makara | The Inn at Palmetto Bluff Bluffton, SC |
| 10/15/07 | 8:00AM-5:00PM | Board of Directors Meeting | Carlucci / Clemente / Edwards / Giusti / Imlay./ Kamerschen / Lockhart / Puckett / Van Faasen / Wise / Katz / Steinfeld / Pajot / Nance | The Inn at Palmetto Bluff Bluffton, SC |
| 10/15/07 | 12:02PM | Draft FX on cash file e-mailed to PWC | Ascher / Suwannalee | Norwalk, CT |
| 10/15/07 | 2:00PM | Drafted/Distributed 4Q 07 Dividend press release via BusinessWire | Fox / Katz / Steinfeld / Murphy / Nance / Boggs / Dusek / Tobin / Deutsch / Wharton / Eichert / McCouch / Bost | Norwalk, CT |
| 10/15/07 | 3:00PM | Media Strategy Review call | Dusek / Nelson / Gaytas / Longwell | Norwalk, CT |
| 10/15/07 | 4:00PM | E-mail of Draft Earnings Press Release shared with media team | Dusek / Gaytas / Nelson / Longwell | Norwalk, CT |
| 10/15/07 | 6:34PM-6:51PM | Relevant Excerpts of Script distributed to respective members of leadership teams via e-mail | Peck / Berkshire / Fox / Jackson / Al-Saleh / Hill / Costantino / Nelligan / Guizzetti / Saeki / Drakopoulos / Yap / Phua / Howden / Sian / Lawrence / Casagrande / Mahon / Kevorkian | Norwalk, CT |
| 10/15/07 | 6:40PM | 4Q 07 Dividend press release posted on Intranet and imhealth.com | Fox / Deutsch / Wharton / Eichert / McCouch / Bost | Norwalk, CT |
| 10/16/07 | 10:13AM | Q3 Balance sheet file to PWC via e-mail | Ryan / Suwannalee / Makara / Bajwa | Norwalk, CT |
| 10/16/07 | 10:56AM | Draft cash flow sent to PWC | Ascher / Suwannalee | Norwalk, CT |

IMS HEALTH Q3-2007 Chronology

| Date | Time | Description | Attendees | Notes | Location |
|---|---|---|---|---|---|
| 10/16/07 | 2:27PM | 07 Balance sheet back-up e-mailed to PWC | Ryan / Ascher / Suwannalee / Bajwa / Makara / Hopkins | | Norwalk, CT |
| 10/16/07 | 3:00PM-4:00PM | Board of Directors Meeting | Carlucci / Clemente / Edwards / Giusti / Imlay / Kamerschen / Lockhart / Puckett / Van Faasen / Wise / Katz / Steinfeld / Pajot / Walsh / Knightly | Presentation of Financial Strategy | The Inn at Palmetto Bluff Bluffton, SC |
| 10/16/07 | 5:58PM | Q3 Earnings release e-mailed to PWC | Ryan / Ascher / Suwannalee | | Norwalk, CT |
| 10/16/07 | 9:59PM | Financial information journal listing e-mailed to PWC | Ryan / Hopkins / Suwannalee / Makara / Bajwa | | Norwalk, CT |
| 10/17/07 | 12:45AM | Q3 07 Earnings Script draft e-mail distribution (12:45am draft) to media team | Carlucci / Pajot / Katz / Bhangdia / Peck / Boggs / Dusek / Bartolotta / Knightly / Berkshire / Fox | | The Inn at Palmetto Bluff Bluffton, SC |
| 10/17/07 | 8:00AM-5:00PM | Ongoing Review and Edit of Earnings Script, Q&A and webcast Slides | Fox / Carlucci / Pajot / Katz / Bhangdia / Peck / Boggs / Dusek / Berkshire / Bartolotta | Ongoing Edits / Script Finalization | The Inn at Palmetto Bluff Bluffton, SC |
| 10/17/07 | 8:12AM | Q3 07 Earnings Script draft e-mail distribution (12:45am draft) to media team | Dusek / Nelson / Gaytas / Longwell | Updated script from previous night edits | The Inn at Palmetto Bluff Bluffton, SC |
| 10/17/07 | 11:30AM | Operating Team Meeting | Packer / Sonde / Al-Saleh / Berkshire / Carlucci / Hill / Howden / Katz / Knightly / Lawrence / Mahon / McKay / Nelligan / Pajot / Phua / Saeki / Sian / Zaugg / Boggs / Dusek / Fox / Bartolotta / Bhangdia / Peck | Presented financials, discussed guidance and review of earnings script | The Inn at Palmetto Bluff Bluffton, SC |
| 10/17/07 | 11:30AM | Final review and okay of 3Q Earnings press release | Fox / Carlucci / Pajot / Katz / Bhangdia / Bartolotta / Peck / Boggs / Dusek | | The Inn at Palmetto Bluff |
| 10/17/07 | 11:35AM | Updated Final/Ok'd Press Release shared with Media team via e-mail | Dusek / Nelson / Gaytas / Longwell | | The Inn at Palmetto Bluff Bluffton, SC |

IMS HEALTH Q3-2007 Chronology

| | | | | |
|---|---|---|---|---|
| 10/17/07 | 1:33PM | 3Q Earnings press release/8K Edgar filing submitted to BusinessWire via "Business Wire Connect" online tool | Fox / Murphy / BusinessWire | The Inn at Palmetto Bluff Bluffton, SC |
| 10/17/07 | 1:54PM | Final Analyst Slides shared with media team via e-mail, and teleconference review of press release and Slide 9 of the deck (EPS) | Peck / Dusek / Nelson / Gaytas | The Inn at Palmetto Bluff Bluffton, SC |
| 10/17/07 | 2:01PM | Earnings presentation including updated guidance (slides only) sent to Thomson Financial (CCBN) for the analyst webcast | Tobin / Cox | Norwalk, CT |
| 10/17/07 | 2:12PM | Preliminary Free Cash Flow information forwarded to Fox for posting on IMS website after 3Q press release has crossed the wire | Fox / Ascher / Bhangdia / Murphy / Peck / Tobin / Katz | The Inn at Palmetto Bluff Bluffton, SC |
| 10/17/07 | 2:30PM | E-mail notification from Business Wire that the 3Q Earnings press release is ready for review | Fox / Murphy / BusinessWire | The Inn at Palmetto Bluff Bluffton, SC |
| 10/17/07 | 2:37PM | BusinessWire draft of press release e-mailed by Fox to Finance team in Norwalk for final proofread | Fox / Kevorkian / Bettink | The Inn at Palmetto Bluff Bluffton, SC |
| 10/17/07 | 2:47PM | E-mail notification from BusinessWire that 8K Edgar filing is ready for review | Fox / Murphy / BusinessWire | The Inn at Palmetto Bluff Bluffton, SC |
| 10/17/07 | 3:01PM | Final Earnings Press Release shared with Media team via e-mail | Fox / Dusek / Nelson | The Inn at Palmetto Bluff |

IMS HEALTH Q3-2007 Chronology

| | | | | |
|---|---|---|---|---|
| 10/17/07 | 3:50PM | BusinessWire contacted by phone to provide format updates to financial tables | Fox / BusinessWire | The Inn at Palmetto Bluff Bluffton, SC |
| 10/17/07 | 3:55PM | E-mail notification received from BusinessWire that revisions on 3Q press release are ready for review | Fox / BusinessWire | The Inn at Palmetto Bluff Bluffton, SC |
| 10/17/07 | 4:11PM | E-mail notification received from BusinessWire that revisions on Edgar filing are ready for review | Fox / Murphy / BusinessWire | The Inn at Palmetto Bluff Bluffton, SC |
| 10/17/07 | 4:29PM | BusinessWire notified via "Business Wire Connect" that news release is approved and can be issued | Fox | The Inn at Palmetto Bluff Bluffton, SC |
| 10/17/07 | 4:33PM | 3Q Earnings News Release crosses the wire | Fox / BusinessWire | Fox contacts BusinessWire by phone to confirm news release has crossed | The Inn at Palmetto Bluff Bluffton, SC |
| 10/17/07 | 4:34PM | Preliminary Free Cash Flow information forwarded to Thomson Financial (CCBN) for posting on IMS website | Fox/Luera | The Inn at Palmetto Bluff Bluffton, SC |
| 10/17/07 | 4:36PM | 3Q Earnings press release shared with imshealth.com/ Intranet team for posting | Wharton / Bost / Deutsch / Thibodeau / Eichert/ Fox | Posted on home page of website at 5:15 PM/Intranet at 5:30 PM | Norwalk, CT & Plymouth Meeting, PA |
| 10/17/07 | 4:40PM | Q3 earnings webcast presentation, plus supporting documents (FCF & release) sent to Thomson Financial (CCBN) for posting on the IMS Health website | Tobin / Luera | Norwalk, CT |
| 10/17/07 | 4:45PM | Blast e-mail of 3Q Earnings Release to 1496 investor contacts | Tobin | Shared earnings press release after crossing Business Wire | Norwalk, CT |