# EXHIBIT 5



**Medical/Pharm/Biotech SALES Oppty's**
We have been recruiting exclusively for Medical/Pharm/Biotech SALES positions since 1987

**adayinatlanta.com**
where the people of Atlanta report the news

**Email Resume to 1000+ Medical Sales Recruiters!**
MedmarketConnect.com has helped thousands of candidates network their career in healthcare sales!

Your Ad Here

**We now have a board category for Laboratory Scientists and Personnel**

» Sponsored ads

Cafepharma Message Boards > Pharma Industry Support Services
**IMS Health**

User Name | User Name | ☐ Remember Me?
Password | | Log in

Register    FAQ    Members List    Calendar    Today's Posts    Search

**New Thread**

**Threads in Forum** : IMS Health          Forum Tools    Search this Forum

| | Thread / Thread Starter | Rating | Last Post | Replies | Views |
|---|---|---|---|---|---|
| | **Announcement**: Introducing - The Book of Pharma<br>cafead (Administrator) | | 11-01-2007 | Views: | **1,525** |
| | **Announcement**: We now have a board category for lab personnel and scientists<br>cafead (Administrator) | | 10-25-2007 | Views: | **2,566** |
| | How do you?<br>Need Data, Need Advice | | 11-09-2007 11:46 AM<br>by Anonymous | 8 | 528 |
| | IMS Reporting Error<br>Anonymous | | 11-06-2007 11:11 PM<br>by Anonymous | 9 | 713 |
| | Look at the stock!<br>Anonymous | | 11-05-2007 09:44 AM<br>by Anonymous | 7 | 201 |
| | IMS vs. market research at a pharma manufacturer (Merck, Pfizer, etc.)<br>Anonymous | | 10-30-2007 01:21 PM<br>by Anonymous | 1 | 168 |
| | IMS Sucks<br>Anonymous | | 10-30-2007 01:10 PM<br>by Anonymous | 1 | 82 |
| | How much $$$ is IMS data?<br>Anonymous | | 10-26-2007 09:16 PM<br>by Anonymous | 1 | 85 |
| | what's up with NGPS?<br>cubicle jockey | | 10-21-2007 07:01 PM<br>by Anonymous | 17 | 931 |





» Today's Top News

**What Merck Gains by Settling**
Businessweek 11/12/07

**New claim for Crestor pleases AstraZeneca**
News Journal, DE

# cafepharma boards

home | chat | research | boards | classifieds | rep tools

**Free White Paper**
Leverage next-day channel data to maximize marketing campaigns
www.EdgeDynamics.com

**IMS**
IMS, VoIP, and IP Telephony News Daily Telecom Industry Newsletter
www.FierceTelecom.com

**Parcel Recovery**
Recover refunds on late parcel Complete parcel auditing
www.parcelrecovery.com

**PriceSpective LLC**
Expert guidance in Integrated Pharma Pricing and Reimbursement
pricespective.com

Ads by Goc

**Medical/Pharm/Biotech SALES Oppty's**
We have been recruiting exclusively for Medical/Pharm/Biotech SALES positions since 1987

**adayinatlanta.com**
where the people of Atlanta report the news

**Email Resume to 1000+ Medical Sales Recruiters!**
MedmarketConnect.com has helped thousands of candidates network their career in healthcare sales!

Your Ad Here

**We now have a board category for Laboratory Scientists and Personnel**

» Sponsored ads

Cafepharma Message Boards > Pharma Industry Support Services > IMS Health
**IMS Reporting Error**

User Name | User Name | ☐ Remember Me?
Password | | Log in

Register | FAQ | Members List | Calendar | Today's Posts | Search

Post Reply

NeatReceipts Professional Mobile Receipt and Document Scanner and Software Combination Version 3.0

Thread Tools | Search this Thread | Rate Thread

---

09-28-2007, 04:22 PM · #1

**Anonymous** · Posts: n/a

**IMS Reporting Error**

Novartis is have a conference call at 3pm to discuss an IMS reporting error. It's reported that several companies, like Novartis are effected by this error.

Can anyone comment on the error or/and which compaines that this effects?

Quote

---

09-29-2007, 11:06 AM · #2

**Anonymous** · Posts: n/a

**Re: IMS Reporting Error**

Quote:

> Originally Posted by **Anonymous**
> Novartis is have a conference call at 3pm to discuss an IMS reporting error. It's reported that several companies, like Novartis

> are effected by this error.
>
> Can anyone comment on the error or/and which compainies that this effects?

Abbott and Eisai are also having reporting errors



---

🗓 10-06-2007, 05:56 PM                                                #3

Anonymous                                                         Posts: n/a

⌐ **Re: IMS Reporting Error**

Check this link out:
http://messages.finance.yahoo.com/St...&tof=1&f rt=2

It's the IMS page on the Yahoo! Finance webpage (it's sort of like a chat board amongst investors---like us at CafePharma). If you ask me, I'd say that the "RXdata" guy works for IMS and is 'quelling' the investors who asked about a potential data problem at IMS.

We should not let some vendor who makes AN AWFUL LOT OF MONEY from us kill our personal bonusses/commissions and then try to lightly brush us under the carpet. I don't like this AT ALL.



---

🗓 10-07-2007, 07:07 PM                                                #4

Anonymous                                                         Posts: n/a

⌐ **Re: IMS Reporting Error**

It's real. Don't believe anything else.



---

🗓 10-08-2007, 03:45 PM                                                #5

Anonymous                                                         Posts: n/a

⌐ **Re: IMS Reporting Error**

IMS has been a joke ever since they got rid of, or let people walk away who knew something about the drug business, and how to collect and analyze data.
Dun and Bradstreet screwed up A.C. Neilsen after they bought it, and then did pretty much the same with IMS because D&B knew squat about the businesses they bought, but proceeded to interfere with them. After they created enough annoyance among the shareholders, Weissman and friends gave way to the IBM crowd, which may have made the shareholders happy (although the price of the stock hasn't really changed in 5 years) but while IBM people may know technology, they don't know anything about the drug business either.



View the demo.
Start here

THE FAST, EASY WAY FOR EMPLOYERS TO FIND GREAT, LOCAL TALENT.
Post a Job Now!
monster

» Today's Top News

**What Merck Gains by Settling**
Businessweek 11/12/07

**New claim for Crestor pleases AstraZeneca**
News Journal, DE

11/12/07

**Analyst Raises Merck Price Target As Vioxx Settlement Is at Low End of Expectations**
Yahoo/AP 11/12/07

**Abbott Laboratories Refutes Wachovia's Negative Conclusions**
SeekingAlpha 11/12/07

**Bear Stearns Analyst Downgrades Wyeth on Generic Threats to Effexor, Protonix and Zosyn**
Yahoo/AP 11/12/07

**Insulin inhaler idea is not to be sniffed at; although Pfizer has scrapped its project, a Danish firm reckons the device has a bright future**
Times Online, UK 11/12/07

**J&J's Zyrtec-D Approved Without Prescription in U.S.**
Bloomberg 11/12/07

**New Data Shows GSK's Veramyst Effectively Treats Symptoms of Perennial Allergic Rhinitis**
Yahoo 11/12/07

10-09-2007, 05:42 PM     #6

Anonymous     Posts: n/a

Re: IMS Reporting Error

> Quote:
> Originally Posted by **Anonymous**
> *Novartis is have a conference call at 3pm to discuss an IMS reporting error. It's reported that several companies, like Novartis are effected by this error.*
>
> *Can anyone comment on the error or/and which compainies that this effects?*

Lost alot of money last year because of inaccurate data from IMS-one part of the US made all the money. Told by management it was fixed by IMS, but this year data is just as schewed..WHERE ARE THE AUDITORS- Where is accountability...?



10-25-2007, 06:32 PM     #7

Anonymous     Posts: n/a

Re: IMS Reporting Error

> Quote:
> Originally Posted by **Anonymous**
> *Novartis is have a conference call at 3pm to discuss an IMS reporting error. It's reported that several companies, like Novartis are effected by this error.*
>
> *Can anyone comment on the error or/and which compainies that this effects?*

So, what happened, and is there a list as to which companies were involved. As for the poster who commented on certain parts of the country doing better than others, it's the same with most. East coast is always looking worse than west coast, and west coast looks worse than the LA, ALA states that have fabulous coverage.



10-27-2007, 03:55 PM     #8

Anonymous     Posts: n/a

Re: IMS Reporting Error

many big pharms from NJ were effected and anyone that totally relies on ims for calculating all data (read: small to mid-size pharma)



**Genentech responds to physicians' concerns over compounding pharmacies decision**
OSN Supersite 11/12/07

**ViroPharma Incorporated: Value in a Pharmaceutical**
SeekingAlpha 11/12/07

**Drugs for ADHD 'not the answer'**
BBC News 11/12/07

**Biovail Optimistic On Approval For Depression Drug Launch**
SeekingAlpha 11/12/07

**NicOx Pain Treatment Helps Arthritis Patients, Tests Indicate**
Bloomberg 11/12/07

**Biotech Bizz: A New Model For Biotech**
Worcester Business Journal, MA 11/12/07

**Get all today's headlines on our front page**

**Miss yesterday's headlines? Check our new improved archive format**

**Get the latest pharma and biotech news releases here**

---

10-30-2007, 01:17 PM                                                              #9

Anonymous                                                                   Posts: n/a

Re: IMS Reporting Error

Quote:
> Originally Posted by **Anonymous**
> Lost alot of money last year because of inaccurate data from IMS- one part of the US made all the money. Told by management it was fixed by IMS, but this year data is just as schewed..WHERE ARE THE AUDITORS-Where is accountability...?

It's easy to place the blame in one place...you have to realize that other stakeholders are part of the problem. There are often major errors in the information provided by retailers and even manufacturers.

Further as IMS works on increasing quality assurance and improved methodologies for projection, adjustments are sometimes required. YOu have to remember that the supply chain is dynamic and it falls upon IMS and other data vendors to find ways to keep up with changing IT systems, reporting methodolgies, and wholesaler/retailer/manufacturer reporting arrangements.

Come on guys...in this era of exponentially dynamic IT change, much of these issues are not in one stakeholder's control. When 100% data visibility is impossible, there will ALWAYS be error and the need to work together to deal with it in the most productive way.



---

11-06-2007, 11:11 PM                                                             #10

Anonymous                                                                   Posts: n/a

Re: IMS Reporting Error

This error was due to error of an input file right? Fixed so it can't happen again right? For $$Million per year you should have had it right the first time.





**Pharma Development Jobs**
Pharmaceutical Development Jobs Search Pharma Jobs online
www.jobs4dd.com





« Previous Thread | Next Thread »

Posting Rules

You **may** post new threads
You **may** post replies
You **may not** post attachments
You **may not** edit your posts

vB code is **On**
Smilies are **On**
[IMG] code is **Off**
HTML code is **Off**

**Forum Jump**
        IMS Health         - Go

All times are GMT -5. The time now is 10:39 AM.

Contact Us - cafepharma home page - Archive - To

Powered by vBulletin Version 3.6.0 Release Candidate 1
Copyright ©2000 - 2007, Jelsoft Enterprises Ltd.

# cafepharma boards

home | chat | research | boards | classifieds | rep tools

**Drug e-Pedigree with RFID**
FDA Compliant & Standardized. Seamless Implementation/Maintenance
www.reltronicstech.com

**Top Penny Stocks**
Get 2000+ Top Stock Picks Online Interactive Web Tool. Try It Free!
www.Investors.com

**Penny Stocks Listings**
Trade stocks, options, futures and Bonds online with optionsXpress.
optionsXpress.com

**$0 Stock Trades at Zecco**
Up to 10 free trades/month No gimmicks. No hidden fees.
www.Zecco.com

Ads by GOC

**Medical/Pharm/Biotech SALES Oppty's**
We have been recruiting exclusively for Medical/Pharm/Biotech SALES positions since 1987

**adayinatlanta.com**
where the people of Atlanta report the news

**Email Resume to 1000+ Medical Sales Recruiters!**
MedmarketConnect.com has helped thousands of candidates network their career in healthcare sales!

Your Ad Here

**We now have a board category for Laboratory Scientists and Personnel**

» Sponsored ads

Cafepharma Message Boards > Pharma Industry Support Services > IMS Health
**Look at the stock!**

User Name | User Name | ☐ Remember Me?
Password | | Log in

Register | FAQ | Members List | Calendar | Today's Posts | Search

Post Reply

NeatReceipts Professional Mobile Receipt and Document Scanner and Software Combination Version 3.0

Thread Tools | Search this Thread | Rate Thread

---

10-22-2007, 02:11 PM                                                    #1

Anonymous                                                          Posts: n/a

**Look at the stock!**

IMS shows largest decline in one day trading among entire NYSE - most quoted analysts are downgrading. Numbers have been missed; maybe people in pharma are getting smart and canceling, or not buying any of the alleged new services.
What's your company done about IMS?

Quote

---

10-30-2007, 11:32 PM                                                    #2

Anonymous                                                          Posts: n/a

**Re: Look at the stock!**

Quote:

> Originally Posted by **Anonymous**
> IMS shows largest decline in one day trading among entire NYSE - most quoted analysts are downgrading. Numbers have been missed; maybe people in pharma are getting smart and canceling,



dogpile
All the best search engines piled into one.
Favorite Fetches
Go Fetch!
Post a Job on Monster
Post a Job
monster

» Today's Top News

**What Merck Gains by Settling**
Businessweek 11/12/07

**New claim for Crestor pleases AstraZeneca**
News Journal, DE

> or not buying any of the alleged new services.
> What's your company done about IMS?

The market doesn't punish for fundamentals of the company alone. If there are other companies that get better returns, money will move away from the IMS stock. That doesn't mean that IMS is a bad company or having trouble.

It is difficult to move toward a consulting paradigm from a data vendor. Margins will suffer.



---

10-31-2007, 11:25 AM    #3

Anonymous    Posts: n/a

**Re: Look at the stock!**

Quote:
> Originally Posted by **Anonymous**
> *The market doesn't punish for fundamentals of the company alone. If there are other companies that get better returns, money will move away from the IMS stock. That doesn't mean that IMS is a bad company or having trouble.*
>
> *It is difficult to move toward a consulting paradigm from a data vendor. Margins will suffer.*

Hear Hear! Very intelligent response. As I read the OP, I was about to say the same thing. IMS has gone from a high margin date business to a more consulting focused model. Further exacerbating profitability are the large number of acquisitions that must be integrated.

Obviously a very pedestrian review of the performance I would say.



---

10-31-2007, 01:27 PM    #4

Anonymous    Posts: n/a

**Re: Look at the stock!**

Quote:
> Originally Posted by **Anonymous**
> *Hear Hear! Very intelligent response. As I read the OP, I was about to say the same thing. IMS has gone from a high margin date business to a more consulting focused model. Further exacerbating profitability are the large number of acquisitions that must be integrated.*
>
> *Obviously a very pedestrian review of the performance I would say.*

11/12/07

**Analyst Raises Merck Price Target As Vioxx Settlement Is at Low End of Expectations**
Yahoo/AP 11/12/07

**Abbott Laboratories Refutes Wachovia's Negative Conclusions**
SeekingAlpha 11/12/07

**Bear Stearns Analyst Downgrades Wyeth on Generic Threats to Effexor, Protonix and Zosyn**
Yahoo/AP 11/12/07

**Insulin inhaler idea is not to be sniffed at; although Pfizer has scrapped its project, a Danish firm reckons the device has a bright future**
Times Online, UK 11/12/07

**J&J's Zyrtec-D Approved Without Prescription in U.S.**
Bloomberg 11/12/07

**New Data Shows GSK's Veramyst Effectively Treats Symptoms of Perennial Allergic Rhinitis**
Yahoo 11/12/07

What's pedestrian? The first poster stated what was going on. You're giving reasons why doesn't change the fact that the stock tanked that day. Your suggestion and the previous poster's that there is nothing fundamentally wrong with the company - that it in transition - is a bit starry-eyed. Watch this stock sink even further.



11-01-2007, 10:06 AM    #5

Anonymous    Posts: n/a

Re: Look at the stock!

Quote:
> Originally Posted by **Anonymous**
> What's pedestrian? The first poster stated what was going on. You're giving reasons why doesn't change the fact that the stock tanked that day. Your suggestion and the previous poster's that there is nothing fundamentally wrong with the company - that it in transition - is a bit starry-eyed. Watch this stock sink even further.

It was an unbalanced comment mentioning nothing about the change to the business platform. The stock didn't "tank"...it took a hit justly so because profitability has fallen. This doesn't mean the company is in trouble. It means that it's going through change. No company can rest on one business model forever. It has to be ahead of the game.

Innovation is costly both to the bottom line and to The Street. Sure the stock will sink more, but considering that IMS is only number two next to McKinsey in biopharma consulting in billings, I guarantee you things will start looking up when they get their house in order by integrating the new operating companies.



11-01-2007, 01:57 PM    #6

Anonymous    Posts: n/a

Re: Look at the stock!

Quote:
> Originally Posted by **Anonymous**
> It was an unbalanced comment mentioning nothing about the change to the business platform. The stock didn't "tank"...it took a hit justly so because profitability has fallen. This doesn't mean the company is in trouble. It means that it's going through change. No company can rest on one business model forever. It has to be ahead of the game.
>
> Innovation is costly both to the bottom line and to The Street. Sure the stock will sink more, but considering that IMS is only number two next to McKinsey in biopharma consulting in billings, I guarantee you things will start looking up when they get their house in order by integrating the new operating companies.

**Genentech responds to physicians' concerns over compounding pharmacies decision**
OSN Supersite 11/12/07

**ViroPharma Incorporated: Value in a Pharmaceutical**
SeekingAlpha 11/12/07

**Drugs for ADHD 'not the answer'**
BBC News 11/12/07

**Biovail Optimistic On Approval For Depression Drug Launch**
SeekingAlpha 11/12/07

**NicOx Pain Treatment Helps Arthritis Patients, Tests Indicate**
Bloomberg 11/12/07

**Biotech Bizz: A New Model For Biotech**
Worcester Business Journal, MA 11/12/07

Get all today's headlines on our front page

Miss yesterday's headlines? Check our new improved archive format

**Get the latest pharma and biotech news releases here**

Are you Ray Hill, or are you just regurgitating his PR blather?



---

11-02-2007, 11:08 PM                                            #7

Anonymous                                                 Posts: n/a

Re: Look at the stock!

Quote:
> Originally Posted by **Anonymous**
> *Are you Ray Hill, or are you just regurgitating his PR blather?*

actually...no. What I say is fact...and is known widely and is public information that anyone who wants to with brains can figure out.



---

11-05-2007, 09:44 AM                                            #8

Anonymous                                                 Posts: n/a

Re: Look at the stock!

Quote:
> Originally Posted by **Anonymous**
> *actually...no. What I say is fact...and is known widely and is public information that anyone who wants to with brains can figure out.*

What anyone with brains can also figure out is that consulting is linear - x number of people times y number of hours. Nothing can come close to the high margins generated by selling the same data to large numbers of clients. Once past covering collection and processing costs, everything else falls to the bottom line. EXPANDING into consulting is one thing - moving the paradigm is quite another.





Search

- Home/Blog
- About
- Contact
- News
- Archives
- Anonymous Tips
- RSS Feed
- Subscribe via e-mail

**Pharmalot**

 News, Comment and Conversation

- Blog
- News
    - FDA OKs Nonprescription Use of Johnson & Johnson's Zyrtec-D Powered By Daylife

« AIDS Activists Hit Merck Over Isentress Pricing
Par For The Course: Drugmaker Irks Investors »

# Novartis Blames IMS For Its Angry Reps

October 1st, 2007 7:55 am By Ed Silverman

In recent weeks, the drugmaker began telling many of its reps that some were overpaid bonus money this summer based on faulty IMS market-share data. The move has outraged some reps, who are being asked to return the money, although others apparently will now receive more than they were initially paid. Those crying foul say the decision is ruining morale; others say they don't believe the reason given and that it may be a way to urge some to quit during a stretch in which cost-cutting is on the table.

"It's one thing if your salary is too high one month and the company seeks the money back. You know, in that case, you were overpaid. On the other hand, we depend on them to give us our commission numbers and it is expected they are correct, especially given that they have four months to get it right in terms of corrections.

Once the checks go out, I think it is unfair to expect money back. We all make life decisions such as: savings, college tuition, purchases etc. based on that check when it arrives," writes one sales rep on CafePharma, where reps are venting their anger.

Another writes: "The wrong thing to do is to keep any unearned money through the company's error. I know some will not like this, but keeping it is like getting too much change for a purchase and not giving it back. it's just fundamentally wrong. Conflict resolution suggests that those overpaid consider the situation in reverse. You paid too much to the company for something / anything, wouldn't you want your money back?" Reminder: CafePharma, which some describe as an electronic bathroom wall, contains only anonymous posts. We'll assume, for now, these are only from reps.

Meanwhile, a Novartis spokesman in Switzerland writes us this morning that "IMS is to blame for this situation, and maybe other (drugmakers) are not being as transparent with their sales forces as Novartis. The bonus payouts have been delayed for a few weeks, from mid-November until mid-December, and we proactively informed the force to keep them aprised of the situation."

**UPDATE**: Late in the day, an IMS spokesman sent us this statement: "IMS does not comment publicly on client matters. We are committed to delivering high-quality services and continue to communicate directly with our clients regarding any issues that impact their services from IMS." In other words, IMS didn't deny causing the problem.

This response also leaves open this question - whether other drugmakers suffered the same problem. Perhaps, one or more have. We've not done a survey yet. The Novartis spokesman, meanwhile, suggests other drugmakers aren't being transparent. Perhaps, other drugmakers aren't asking for bonus money to be returned? Or maybe Novartis massaged the data? In any event, sales reps are unlikely to be appeased.

Tags:IMS Health, Novartis, Sales Reps

- Share / E-mail
- Sphere it
- 
- Trackback
- Permalink

**Sponsored links**

You can follow any responses to this entry through the RSS feed.
You can leave a response, or trackback from your own site.

# 2 Responses

1. 
   October 2nd, 2007 at 8:12 am

   ### Don't be Too Quick to Blame IMS for Data Errors « PharmaFraud

   […] by fraudpi on October 2nd, 2007 Yesterday I read a Post on Pharmalot regarding sales data errors; Novartis Blames IMS for Angry Reps. I assume the alleged errors were in retail prescription […]

2.

October 7th, 2007 at 11:57 am

**Novartis is More Transparent than other Drug Firms - IMS is to Blame « PharmaFraud**

[…] Silverman reported reported in his post, Novartis Blames IMS, that according to a Novartis […]

# Leave a Reply

**Name** (required)

**Email** (will not be published) (required)

**Website URL**

Submit Comment

Meet the man behind Pharmalot, Ed Silverman of The Star-Ledger of New Jersey.



# Featured Pharmalot posts

- FDA's Woodcock: Blame Pharma For Approval Rate

**Company News**

Search

- Home/Blog
- About
- Contact
- News
- Archives
- Anonymous Tips
- RSS Feed
- Subscribe via e-mail

**Pharmalot**

 News, Comment and Conversation



- Blog
- News
    - Number theory
  Powered By Daylife

« Abbott's World Is Flat: Profits Are Unchanged
Thailand And Drugmakers To Talk About Prices »

# The IMS Mess: Merck Is Another Victim

October 17th, 2007 9:28 am By Ed Silverman

Earlier this month, we wrote how IMS data was wreaking havoc with several drugmakers that relied on the firm to calculate market share and sales rep compensation. Novartis was the most notable example, mostly because the drugmaker created a flap after telling its reps that some would have to return bonus money. But Wyeth and Lilly also had trouble, although they told Pharmalot there were no plans to ask reps to fork over any dollars.

Now, Merck can be added to the list. A spokeswoman confirms the difficulties, although the trouble with IMS data is apparently on a regional, not national level. "However, we are working closely with IMS to determine whether sub-national performance reporting corrections will be large enough to impact our various sales compensation plans," she writes us. "We expect to have corrected information from IMS in a few weeks that

will enable us to make any corrections if they prove to be necessary." There was no word, though, on whether Merck reps will be forced to return bonuses.

Again, the IMS mess is very much a behind-the-scenes, inside baseball drama, but it's likely to set off a scramble among data firms, such as smaller, up-and-coming operations, to fight for those lucrative and crucial pharma contracts showing market share.

Tags: Eli Lilly, IMS Health, Merck, Novartis, Wyeth

- Share / E-mail
- Sphere it
- 
- Trackback
- Permalink

**Sponsored links**

You can follow any responses to this entry through the RSS feed.
You can leave a response, or trackback from your own site.

# Leave a Reply

**Name** (required)

**Email** (will not be published) (required)

**Website URL**

Submit Comment

Meet the man behind Pharmalot, Ed Silverman of The Star-Ledger of New Jersey.