AO 458 (Rev. 10/95) Appearance

# UNITED STATES DISTRICT COURT

___Southern___  DISTRICT OF  ___New York___

**APPEARANCE**

Case Number: 07 CIV 9606

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

The United States Securities and Exchange Commission

I certify that I am admitted to practice in this court.

| | |
|---|---|
| 11/15/2007 | _[signature]_ |
| Date | Signature |
| | Paul A. Gumagay — PG0805 |
| | Print Name — Bar Number |
| | 100 F Street, N.E. |
| | Address |
| | Washington — DC — 20549-4631 |
| | City — State — Zip Code |
| | (202) 551-4443 — (202) 772-9233 |
| | Phone Number — Fax Number |