

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

───────────────────────────────

SECURITIES AND EXCHANGE COMMISSION,

                  *Plaintiff,*

-v.-

OLEKSANDR DOROZHKO

                  *Defendant.*

───────────────────────────────

Case No. 07 CIV 9606 (NRB)

### JOINT STIPULATION ON ADMISSIBILITY OF EXHIBITS

Plaintiff Securities and Exchange Commission ("SEC"), by and through its undersigned counsel, and Defendant Oleksandr Dorozhko ("Dorozhko"), by and through his undersigned counsel, hereby agree and stipulate as follows:

1.    Neither party has any objection to the admissibility of the following declarations and exhibits:

    a.    Declaration of Martin John Ward dated November 9, 2007 ("Ward Decl.")

    b.    Exhibit 2 to the Ward Decl.;

    c.    Exhibit B of the Declaration of Paul A. Gumagay dated October 29, 2007 ("Gumagay I");

    d.    Exhibits B, C, D, E, F, G, H, and I of the Second Declaration of Paul A. Gumagay dated November 8, 2007 ("Gumagay II");

    e.    Declaration of Michael Fox dated November 9, 2007 ("Fox Decl.");

    f.    Declaration of Stephen P. Glascoe dated November 9, 2007 ("Glascoe Decl.");

  g. Exhibits 1, 2, and 3 of the <u>Declaration Of Charles A. Ross In Support Of Dorozhko's Motion To Dismiss The Complaint And To Vacate The TRO, An Order Freezing Assets And Other Relief</u> dated November 6, 2007; and

  h. Exhibits 1, 2, 3, 4, 6, 7 and 8 of the <u>Reply Memorandum of Law In Further Support Of Oleksandr Dorozhko's Motion To Dismiss The Complaint And To Vacate The Temporary Restraining Order, An Order Freezing Assets And Granting Other Relief</u> dated November 12, 2007 ("Motion To Dismiss").

2. The following SEC exhibits meet the requirements of authentication as a condition precedent to admissibility under Fed. R.Evid. 901(a) and of **business records** under Fed. R. Evid. 803(6), and, if called to testify, Martin J. Ward would testify that these exhibits are Interactive Brokers LLC's ("Interactive Brokers") records and data compilations that (1) were made at or near the time of the events and occurrences set forth therein and by, or from information transmitted by, an Interactive Brokers employee with knowledge of those matters; (2) were kept in the course of a regularly conducted business activity; and (3) it was the regular practice and business activity of Interactive Brokers to make such records and data compilations:

  a. Exhibit 1 of Ward Decl. (also Exhibit C of Gumagay I);

  b. Exhibit 2 of Ward Decl. (also Exhibit B of Gumagay I);

  c. Exhibit 3 of Ward Decl. (also Exhibit A of Gumagay II);

  d. Exhibit 3a of Ward Decl. (also Exhibit F of Gumagay I);

  e. Exhibit 4 of Ward Decl. (also Exhibit E of Gumagay I);

  f. Exhibit 4a of Ward Decl. (also Exhibit I of Gumagay I);

  g. Exhibit 5 of Ward Decl.;

  h. Exhibit 7 of Ward Decl.; and

    i.  Exhibit D of Gumagay I.

  3. The following SEC exhibits meet the requirements of authentication as a condition precedent to admissibility under Fed. R.Evid. 901(a) and of **business records** under Fed. R. Evid. 803(6), and, if called to testify, Michael Fox would testify that these exhibits are IMS Health Incorporated ("IMS Health") records and data compilations that (1) were made at or near the time of the events and occurrences set forth therein and by, or from information transmitted by, an IMS Health employee with knowledge of those matters; (2) were kept in the course of a regularly conducted business activity; and (3) it was the regular practice and business activity of IMS Health to make such records and data compilations:

    a.  Exhibit A of Fox Decl.; and

    b.  Exhibit B of Fox Decl.

  4. The following SEC exhibits meet the requirements as a condition precedent to admissibility under Fed. R. Evid. 901(a) and of **market reports or commercial publications** under Fed. R. Evid. 803(17) and the parties further stipulate that they are publications generally used and relied upon by the public or by persons in particular occupations:

    a.  Exhibit A of Gumagay I;

    b.  Exhibit G of Gumagay I;

    c.  Exhibit H of Gumagay I; and

    d.  Exhibit A of Glascoe Decl.

  5. Defendant Dorozhko objects, on the basis of hearsay, to the following exhibits and requests a ruling from the Court:

    a.  Exhibit 6 of Ward Decl. (also Exhibit J of Gumagay I).

6. Plaintiff SEC objects, on the basis of hearsay, to the following exhibit and requests a ruling from the Court:

    a. Exhibit 5 of Motion To Dismiss.

7. Plaintiff SEC and Defendant Dorozhko stipulate that, with this Court's permission, the testimonies of Messrs. Ward and Fox may be conducted by telephone during the hearing scheduled for Wednesday, November 28, 2007, at 10:00 a.m.

8. Both parties reserve their rights to object to the admissibility of any of the above evidence based on relevance.

9. Both parties agree that the declarations of counsel will not be offered as evidence.

Dated: Nov. 19, 2007

Respectfully submitted,

_____
Robert B. Blackburn (RB 1545)
Local Counsel
U.S. Securities and Exchange Commission
3 World Financial Center, Room 4300
New York, New York 10281-1022
(212) 336-1050
(212) 336-1317 (Fax)

_____
Carl A. Tibbetts (Trial Counsel)
Christopher R. Conte
Charles E. Cain
Christine E. Neal
Paul A. Gumagay (PG0805)
Suzanne E. Ashley
Adam J. Eisner
Attorneys for Plaintiff
U.S. Securities and Exchange Commission
100 F Street, N.E.
Washington, DC 20549-4030
(202) 551-4483 (Tibbetts)
(202) 551-4443 (Gumagay)
(202) 772-9233 (Fax)

By: _____
Charles A. Ross, Esq.
Charles A. Ross & Associates
Trinity Centre
111 Broadway - Suite 1401
New York, New York 10006
(212) 616-3032
(212) 616-3033 (Fax)
*Counsel for Defendant Oleksandr Dorozhko*

So Ordered.

_____
USDJ
November 21, 2007

SEC v. Dorozbko, 07 Civ. 9606 (NRB)

| Party Offering | Declaration | Exhibits | Description | Objection? | Stipulate | Authentication | FRE |
|---|---|---|---|---|---|---|---|
| SEC | Gumagay I | A | Bloomberg Chart | No | Yes | N/A | FRE 803(17) Market Reports |
| SEC | Gumagay I | B | Passport | No | | See Ward Decl. Ex. 2 | |
| SEC | Gumagay I | C | Acct. Info | No | | See Ward Decl. Ex. 1 | |
| SEC | Gumagay I | D | Acct. Summary | No | Yes | Ward | FRE 803(6) Business Records |
| SEC | Gumagay I | E | Wire Transfer | No | | See Ward Decl. Ex. 4 | |
| SEC | Gumagay I | F | 10/17 Acct. Stmt. | No | | See Ward Decl. Ex. 3a | |
| SEC | Gumagay I | G | Business Wire | No | Yes | N/A | FRE 803(17) Market Reports |
| SEC | Gumagay I | H | Dow Jones | No | Yes | N/A | FRE 803(17) Market Reports |
| SEC | Gumagay I | I | 10/18 Acct. Stmt. | No | | See Ward Decl. Ex. 4a | |
| SEC | Gumagay II | A | Bank Certification | No | | See Ward Decl. Ex. 3 | |

| Party Offering | Declaration | Exhibits | Description | Objection? | Stipulate | Authentication | FRE |
|---|---|---|---|---|---|---|---|
| SEC | Gumagay II | B | Notice of Deposition | No | Yes | N/A | N/A |
| SEC | Gumagay II | C | Interrogatories | No | Yes | N/A | N/A |
| SEC | Gumagay II | D | Admissions | No | Yes | N/A | N/A |
| SEC | Gumagay II | E | Ross 11/5 letter | No | Yes | N/A | N/A |
| SEC | Gumagay II | F | Ross 11/8 letter | No | Yes | N/A | N/A |
| SEC | Gumagay II | G | Tibbetts 11/2 letter | No | Yes | N/A | N/A |
| SEC | Gumagay II | H | Tibbetts undated letter | No | Yes | N/A | N/A |
| SEC | Gumagay II | I | LHV pleadings | No | Yes | N/A | N/A |
| SEC | Declaration of Fox | N/A | Declaration | No | Yes | N/A | N/A |
| SEC | Fox @ IMS Health | A | IMS Press Release | No | Yes | Fox | FRE 803(6) Business Records |
| SEC | Fox @ IMS Health | B | Chronology | No | Yes | Fox | FRE 803(6) Business Records |
| SEC | Declaration of Glascoe | N/A | Declaration | No | Yes | N/A | N/A |
| SEC | Glascoe | A | Dow Jones | No | Yes | N/A | FRE 803(17) Market Reports |
| SEC | Declaration of Ward | N/A | Declaration | No | Yes | N/A | N/A |

| Party Offering | Declaration | Exhibits | Description | Objection? | Stipulate | Authentication | FRE |
|---|---|---|---|---|---|---|---|
| SEC | Ward @ Interactive Brokers | 1 | Acct. Info | No | Yes | Ward | FRE 803(6) Business Records |
| SEC | Ward @ Interactive Brokers | 2 | Passport | No | Yes | N/A | N/A |
| SEC | Ward @ Interactive Brokers | 3 | Bank Certification | No | Yes | Ward | FRE 803(6) Business Records |
| SEC | Ward @ Interactive Brokers | 3a | 10/17 Acct. Stmt. | No | Yes | Ward | FRE 803(6) Business Records |
| SEC | Ward @ Interactive Brokers | 4 | Wire Transfer | No | Yes | Ward | FRE 803(6) Business Records |
| SEC | Ward @ Interactive Brokers | 4a | 10/18 Acct. Stmt. | No | Yes | Ward | FRE 803(6) Business Records |
| SEC | Ward @ Interactive Brokers | 5 | Login/IP/MAC | No | Yes | Ward | FRE 803(6) Business Records |

| Party Offering | Declaration | Exhibits | Description | Objection? | Stipulate | Authentication | FRE |
|---|---|---|---|---|---|---|---|
| SEC | Ward @ Interactive Brokers | 7 | Acct. login info. | No | Yes | Ward | FRE 803(6) Business Records |
| Dor. | Ross | 1 | Gumagay I | No | Yes | N/A | N/A |
| Dor. | Ross | 2 | Gumagay 6.1 | No | Yes | N/A | N/A |
| Dor. | Ross | 3 | TRO | No | Yes | N/A | N/A |
| Dor. | MTD | 1 | Bloomberg News; Yahoo!; MSN.com | No | Yes | N/A | N/A |
| Dor. | MTD | 2 | Yahoo! Financial Analyst | No | Yes | N/A | N/A |
| Dor. | MTD | 3 | Listing of IMS Health Analysts | No | Yes | N/A | N/A |
| Dor. | MTD | 4 | Business Week Article | No | Yes | N/A | N/A |

| Party Offering | Declaration | Exhibits | Description | Objection? | Stipulate | Authentication | FRE |
|---|---|---|---|---|---|---|---|
| Dor. | MTD | 6 | Kenneth Glazer article | No | Yes | N/A | N/A |
| Dor. | MTD | 7 | ECF/CM Notification | No | Yes | N/A | N/A |
| Dor. | MTD | 8 | E-mail from Padurano to Blackburn | No | Yes | N/A | N/A |
| SEC | Telephonic Testimony of Fox | N/A | Testimony | No | Yes | N/A | N/A |
| SEC | Telephonic Testimony of Ward | N/A | Testimony | No | Yes | N/A | N/A |