```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------X
SECURITIES AND EXCHANGE COMMISSION,

                    Plaintiff,                O R D E R

        - against -                           07 Civ. 9606 (NRB)

OLEKSANDR DOROZHKO,

                    Defendant.
------------------------------------X
```

**NAOMI REICE BUCHWALD**
**UNITED STATES DISTRICT JUDGE**

**WHEREAS** in connection with the prospective testimony of Timothy Mathias at a preliminary injunction hearing held in this case on November 28, 2007, non-party Thomson Financial moved this Court for an Order To Show Cause why a protective order should not issue pursuant to Fed. R. Civ. P. 26(a) sealing all or portions of Mathias's testimony as well as any documents submitted along with his testimony; and

**WHEREAS** at the preliminary injunction hearing this Court concurred with the view of all counsel including Thomson Financial's that plaintiff's Exhibit 2 be received in redacted form; and

**WHEREAS** subsequent to the hearing at Thomson Financial's renewed request for sealing, this Court has reviewed Mathias's testimony and concluded that it poses no substantial risk of aiding unauthorized access to confidential information; it is hereby

**ORDERED** that Thomson Financial's request for an order sealing Mathias's testimony is denied in all respects with the exception of the redaction in plaintiff's Exhibit 2.

Dated:   New York, New York
         January 7, 2008

                                          _____
                                          NAOMI REICE BUCHWALD
                                          UNITED STATES DISTRICT JUDGE

Copies of the foregoing Order have been mailed on this date to the following:

Michael J. McAllister, Esq.
Satterlee Stephens Burke & Burke LLP
230 Park Avenue
New York, NY 10169-0079

Robert B. Blackburn, Esq.
Securities and Exchange Commission
3 World Financial Center, Room 4300
New York, NY 10281

Charles A. Ross, Esq.
Charles A. Ross & Associates, LLC
111 Broadway, Suite 1401
New York, NY 10006