Carl A. Tibbetts (CT 3248)
U.S. SECURITIES AND EXCHANGE COMMISSION
100 F STREET, N.E.
WASHINGTON, D.C. 20549-4030
(202) 551-4483; fax: 202-772-9245, 9233
E Mail: TibbettsC@Sec.Gov

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/9/08

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

U.S. SECURITIES AND EXCHANGE COMMISSION, :
       Plaintiff,

v.

OLEKSANDR DOROZHKO, Defendant,

07 Civ. 9606 (NRB)(RLE)

## ORDER

IT IS ORDERED that the *Pro Hac Vice* Application of Carl A. Tibbetts, Assistant Chief Litigation Counsel for the United States Securities and Exchange Commission, Plaintiff in the above styled case, is hereby approved.

DATED: November 21, 2007.

                        United States District Judge
                        for the Southern District of New York

Requested by:
Carl A. Tibbetts (CT 3248)
Assistant Chief Litigation Counsel
U.S. Securities and Exchange Commission