UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

SECURITIES AND EXCHANGE COMMISSION,

                  *Plaintiff,*

    -v.-                                  Case No. 07 CIV 9606 (NRB)

OLEKSANDR DOROZHKO,

                  *Defendant.*

---

### NOTICE OF APPEAL

Notice is hereby given that plaintiff Securities and Exchange Commission ("Commission") appeals to the United States Court of Appeals for the Second Circuit from the Memorandum and Order entered on January 8, 2008 (Docket No. 28), denying the Commission's motion for a preliminary injunction and dissolving the currently in place asset freeze as of January 14, 2008.

Dated: January 11, 2008                        Respectfully submitted,

                                                              Robert B. Blackburn (RB 1545)
                                                               Attorney for Plaintiff
                                                               U.S. Securities and Exchange Commission
                                                               3 World Financial Center, Room 4300
                                                               New York, New York 10281-1022
                                                               (212) 336-1050
                                                               (212) 336-1317 (Fax)

## CERTIFICATE OF SERVICE

I certify that I served a copy of the foregoing Notice of Appeal via e-mail and Federal Express for overnight delivery, as indicated below, on January 11, 2008 to the following persons at the addresses set forth below:

Charles A. Ross, Esq.
Christopher L. Padurano, Esq.
Charles A. Ross & Associates
111 Broadway
Suite 1401
New York, NY 10006
*Via Federal Express*
*& E-mail at cross@carossassoc.com; cpadurano@carossassoc.com*
**Counsel to Defendant Dorozhko**

Robert B. Blackburn

SEC v. OLEKSANDR DOROZHKO
UNITED STATES DISTRICT COURT -- SOUTHERN DISTRICT OF NEW YORK
Case No. 07 CIV 9606 (NRB)

## SERVICE LIST

Charles A. Ross, Esq. (by electronic and U.S. mail)
Christopher L. Padurano, Esq.
Charles A. Ross & Associates
111 Broadway
Suite 1401
New York, NY 10006
Phone: (212)-616-3030
Fax: (212)-616-3031
Email: cross@carossassoc.com; cpadurano@carossassoc.com
***Counsel to Defendant Dorozhko***