S.D.N.Y. - N.Y.C.
07-cv-9606
Buchwald, J.

# United States Court of Appeals
## FOR THE
## SECOND CIRCUIT

At a stated term of the United States Court of Appeals for the Second Circuit, held at the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, in the City of New York, on the 27th day of February, two thousand eight,

Present:

Hon. Richard J. Cardamone,
Hon. Sonia Sotomayor,
Hon. Reena Raggi,
*Circuit Judges.*

---

Securities and Exchange Commission,

*Plaintiff-Appellant,*

v.                                                              08-0201-cv

Oleksandr Dorozhko,

*Defendant-Appellee.*

---

Plaintiff-Appellant, through counsel, moves for a stay of the district court's decision to lift an asset freeze against Defendant-Appellee, pending Plaintiff-Appellant's appeal from the district court's denial of its motion for a preliminary injunction. Upon due consideration, it is hereby ORDERED that the motion is GRANTED. *See LaRouche v. Kezer,* 20 F.3d 68, 72 (2d Cir. 1994)

A TRUE COPY
Catherine O'Hagan Wolfe, Clerk

by *Joseph M. Rodriguez*
DEPUTY CLERK

SAO-MGM

FOR THE COURT:
Catherine O'Hagan Wolfe, Clerk

By:

CERTIFIED: FEB 2 7 2008