UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SECURITIES AND EXCHANGE COMMISSION,

Plaintiff,

- against –

OLEKSANDR DOROZHKO,

Defendant.

07 Civ. 9606 (NRB)

ORDER



NAOMI REICE BUCHWALD
UNITED STATES DISTRICT JUDGE

On October 29, 2007, the SEC applied for, and this Court granted, a temporary restraining order, *inter alia*, freezing the proceeds of defendant Dorozhko's trades.

By Order of this Court, dated January 7, 2008, dissolution of the Temporary Restraining Order was continued until January 14, 2008, pending appeal as to other matters.

The Second Circuit, by Order dated February 27, 2008, stayed dissolution of the Temporary Restraining Order, pending appeal of this case. And, by Order, dated July 22, 2009, the Second Circuit, *inter alia*, remanded this case to this Court.

For the foregoing reasons, this Court hereby orders that the Temporary Restraining Order continue in full force until further order of this Court.

Dated: New York, New York
November 30, 2009

NAOMI REICE BUCHWALD
UNITED STATES DISTRICT JUDGE