UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

SECURITIES AND EXCHANGE COMMISSION,

    *Plaintiff,*

-v.-

OLEKSANDR DOROZHKO

    *Defendant,*

Case No. 07 CIV 9606 (NRB)

---

## NOTICE OF MOTION

PLEASE TAKE NOTICE that upon the concurrently filed (1) <u>Plaintiff Securities And Exchange Commission's Memorandum Of Law In Support Of Its Motion For Summary Judgment Against Defendant Oleksandr Dorozhko</u>, dated January 31, 2010; (2) <u>Plaintiff Securities And Exchange Commission's Local Rule 56.1 Statement Of Material Facts As To Which There Are No Genuine Issues Of Fact To Be Tried Against Defendant Oleksandr Dorozhko</u>, dated January 31, 2010; (3) <u>Third Declaration Of Paul A. Gumagay</u>, dated January 31, 2010; and (4) <u>Declaration Of Timothy Mathias</u>, dated January 28, 2010, the undersigned will move this court before the Honorable Naomi Reice Buchwald at the United States Courthouse, 500 Pearl Street, New York, New York on February 1, 2010 at 10:00 a.m. or as soon thereafter as counsel may be heard for an Order granting Plaintiff Securities and Exchange Commission's motion for summary judgment against defendant Oleksandr Dorozhko, and for such other and further relief as to this court may deem just and proper.

Dated: January 31, 2010                                    Respectfully submitted,


*Robert B. Blackburn* (signature)                          *Christopher R. Conte* (signature)

Robert B. Blackburn (RB 1545)                              Christopher R. Conte
Local Counsel                                              Charles E. Cain
U.S. Securities and Exchange Commission                    Christine E. Neal
3 World Financial Center, Room 4300                        Paul A. Gumagay (PG0805)
New York, New York 10281-1022                              Suzanne E. Ashley
(212) 336-1050                                             Adam J. Eisner
(212) 336-1317 (Fax)                                       Attorneys for Plaintiff
                                                           U.S. Securities and Exchange Commission
                                                           100 F Street, N.E.
                                                           Washington, DC 20549-4030
                                                           (202) 551-4443 (Gumagay)
                                                           (202) 772-9233 (Fax)

# CERTIFICATE OF SERVICE

I certify that I served a copy of the foregoing (1) <u>Notice of Motion</u>, dated January 31, 2010; (2) <u>Plaintiff Securities And Exchange Commission's Memorandum Of Law In Support Of Its Motion For Summary Judgment Against Defendant Oleksandr Dorozhko</u>, dated January 31, 2010; (3) <u>Plaintiff Securities And Exchange Commission's Local Rule 56.1 Statement Of Material Facts As To Which There Are No Genuine Issues Of Fact To Be Tried Against Defendant Oleksandr Dorozhko</u>, dated January 31, 2010; (4) <u>Third Declaration Of Paul A. Gumagay</u>, dated January 31, 2010; and (5) <u>Declaration Of Timothy Mathias</u>, dated January 28, 2010, via e-mail and Federal Express for overnight delivery, as indicated below, on February 1, 2010, to the following person at the address set forth below:

Charles A. Ross, Esq.
Charles A. Ross & Associates
111 Broadway
Suite 1401
New York, NY 10006
***Via Federal Express***
***& E-mail at*** *cross@carossassoc.com*
*Counsel to Defendant Dorozhko*

_____
Paul A. Gumagay