**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------X
SECURITIES AND EXCHANGE COMMISSION,
                                    Plaintiff,

                -against-

OLEKSANDR DOROZHKO,
                                    Defendant.
------------------------------------------------------------X

07 **CIVIL** 9606 (NRB)
**JUDGMENT**

#10, 0492

    Whereas the above captioned action having come before this Court, and the matter having

come before the Honorable Naomi Reice Buchwald, United States District Judge, and the Court, on

March 23, 2010, having rendered its Order granting summary judgment to the plaintiff, permanently

enjoining defendant from violating Section 10(b) of the Securities Exchange Act of 1934, 15 U.S.C.

78j(b) and Rule 10b-5 thereunder, 17 C.F.R. section 240.10b-5, ordering defendant to fully disgorge

his gains from his conduct at issue here, including $286,456.59 in net profits from his trades in IMS

Health put options and $6,930.94 in prejudgment interest paid to his account at Interactive Brokers,

and ordering defendant to also pay $286,456.59 as a civil penalty, it is,

    **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the

Court's Order dated March 23, 2010, summary judgment is granted to the plaintiff; the Court

permanently enjoins defendant from violating Section 10(b) of the Securities Exchange Act of 1934,

15 U.S.C. 78j(b) and Rule 10b-5 thereunder, 17 C.F.R. section 240.10b-5; the Court orders

defendant to fully disgorge his gains from his conduct at issue here, including $286,456.59 in net

profits from his trades in IMS Health put options and $6,930.94 in prejudgment interest paid to his

account at Interactive Brokers; and the Court orders defendant to also pay $286,456.59 as a civil

penalty.

**Dated:** New York, New York
March 29, 2010

J. MICHAEL McMAHON

_____
**Clerk of Court**

BY: _____
**Deputy Clerk**

THIS DOCUMENT WAS ENTERED
ON THE DOCKET ON _____