UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC s /
DOCUMENT
ELECTRONICALLY F!!:
DOC #:
DATE FILED: 04/05/2018

---

SECURITIES AND EXCHANGE COMMISSION,

Plaintiff,

v.

OLEKSANDR DOROZHKO

Defendant.

Civ. No. 07 CIV 9606 (NRB)

## [PROPOSED] ORDER TO UNFREEZE AND TRANSFER FUNDS TO THE U.S. TREASURY

Upon consideration of Plaintiff Securities and Exchange Commission's ("Commission") Motion to Unfreeze and TRANSFER Funds to the U.S. Treasury and the relief requested therein,

IT IS HEREBY ORDERED that any and all funds currently being held in Defendant Dorozhko's account(s) at Interactive Brokers, LLC ("Interactive Brokers"), pursuant to this Court's previous orders are directed to be unfrozen and that Interactive Brokers shall send all such funds to the Commission;

AND IT IS FURTHER ORDERED that the Commission shall transfer the funds to the U.S. Treasury, together with any funds currently held by the Commission that were paid or collected pursuant to judgments entered in this matter. Any future funds, assets, or proceeds received by the Court or the Commission in satisfaction of a judgment entered in this action shall be promptly paid to the Commission for remission to the U.S. Treasury.

Dated: April 5, 2018

_____
UNITED STATES DISTRICT JUDGE